UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, SARAH HOUSTON, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, et al.<br><br>Plaintiffs,<br><br>versus,<br><br>CLUB 180, et al.<br><br>Defendants. | **Case No. 8:25-cv-00241-JFB-RCC** |

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY RELATIONSHIP**

Pursuant to FRCP 7.1, Plaintiff Imagination Industries, Inc. dba The American Dream Bar, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities:

1) This party is an individual, namely Casey Rowe.
2) Casey Rowe is the sole shareholder of the corporation.
3) Ten percent or more of the stock of a party is not owned by a public held corporation or other publicly held entity.

Date: April 4, 2025 *Casey Rowe*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 4th Day of April, 2025, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, giving notice to all parties in this action.

*/s/Evan Spencer*
Evan Spencer, Esq.