IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHUCK STREBLOW, SARAH HOUSTON, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, JANE DOE DANCERS #1 – 7, JOHN DOE SECURITY GUARDS #1 – 5, JOHN & JANE DOE CUSTOMERS #1 – 11, and all Similarly Situated Residential & Commercial Neighbors of Club 180,

Plaintiffs,

versus,

CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, NICHOLAS SCALISE dba DJ NEXT1, ERIC HAVERMANN, ELLIE JAEKE, EVRON, INC., SEVEN OAKS INVESTMENT CORP., HIGHLAND ASSOCIATES, INC., CTS, LLC, PTM, INC., NANCY WAGGENER, PAUL WAGGENER, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, MIROSLAVA KOTSAN, STU SLEEPER aka STUPAC X, DAVID EKDAHL, CHAD MCMAHON, JAMES PULL, IVON PENNY, BLAIKE KOCA, MARLEY NYGAARD, ROMAN, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI aka JAMAAL, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE, LLC dba KRUSH ULTRA LOUNGE, BRE MANNING aka ROSE, BROOKE

Case No. 8:25-cv-00241-JFB-RCC

MOTION TO DISMISS
ON BEHALF OF DEFENDANT
JESSICA RICHARDSON

LEIBERT aka MALIBU, ELENA RHODD-MORALES aka STARR, CHRISTINA CRAFT aka SKYLA, KATHERINE TEDI SMITH aka SIENNA, , ECHO, AMIRA, PERSUSIA, KINO, JESSIE, INDIE, NEA, PRETTY P, STORMIE, SANTANA, VOODOO LOUNGE, INC., KYRON O'BRIEN SR., TOAST, INC., COSTCO WHOLESALE CORP., and JOHN & JANE ROES #1– 50,

Defendants.

**COMES NOW** Defendant, Jessica Richardson ("Richardson") and moves this Court for an order dismissing the First Amended Complaint ("Complaint") of Plaintiffs pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject-matter jurisdiction in accordance with 28 U.S.C. § 1367 and to Fed. R. Civ. P. 12(b)(6) for failure to state a claim.

**WHEREFORE**, Defendant, Jessica Richardson, moves this Court for an order immediately dismissing Plaintiffs' Amended Complaint against her. pursuant to Fed. R. Civ. P. 12(h)(3).

JESSICA RICHARDSON, DEFENDANT

By: *s/Lynae Tucker-Chellew*
LYNAE TUCKER-CHELLEW #27521
Attorney for Defendant
Dornan, Howard, Breitkreutz,
Dahlquist & Klein PC LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044 (phone)
Lynae@dltlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2025 I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which automatically sent notification of such filing all attorneys of record. Parties served by the CM/ECF system are as follows:

| | |
|---|---|
| Kimberly Hernandez<br>(Plaintiff) | EVAN SPENCER<br>305 Broadway<br>7th Floor<br>New York, NY 10007<br>917-547-4665<br>Evan@EvanSpencerEsq.com |
| Sarah Houston<br>(Plaintiff) | EVAN SPENCER<br>305 Broadway<br>7th Floor<br>New York, NY 10007<br>917-547-4665<br>Evan@EvanSpencerEsq.com |
| Imagination Industries, Inc.<br>(Plaintiff) | EVAN SPENCER<br>305 Broadway<br>7th Floor<br>New York, NY 10007<br>917-547-4665<br>Evan@EvanSpencerEsq.com |
| Jane Doe Dancers #1-25<br>(Plaintiffs) | EVAN SPENCER<br>305 Broadway<br>7th Floor<br>New York, NY 10007<br>917-547-4665<br>Evan@EvanSpencerEsq.com |
| John & Jane Doe Customers #1-100 and all Similarly Situated Residential & Commercial Neighbors of Club 180<br>(Plaintiffs) | EVAN SPENCER<br>305 Broadway<br>7th Floor<br>New York, NY 10007<br>917-547-4665<br>Evan@EvanSpencerEsq.com |
| John Doe Security Guards #1-7<br>(Plaintiffs) | EVAN SPENCER<br>305 Broadway<br>7th Floor<br>New York, NY 10007 |

| | |
|---|---|
| | 917-547-4665<br>Evan@EvanSpencerEsq.com |
| James Pull<br>5901 S. 190th Terrace<br>Omaha, NE 68135<br>(Defendant) | RYAN M. KUNHART<br>DVORAK LAW GROUP<br>9500 West Dodge Road<br>Suite 100<br>Omaha, NE 68114<br>(402) 934-4770<br>(402) 933-9630 (fax)<br>rkunhart@ddlawgroup.com |
| Casey Rowe | EVAN SPENCER<br>305 Broadway<br>7th Floor<br>New York, NY 10007<br>917-547-4665<br>Evan@EvanSpencerEsq.com |
| Kristen Rozmiarek | EVAN SPENCER<br>305 Broadway<br>7th Floor<br>New York, NY 10007<br>917-547-4665<br>Evan@EvanSpencerEsq.com |
| Chuck Streblow | EVAN SPENCER<br>305 Broadway<br>7th Floor<br>New York, NY 10007<br>917-547-4665<br>Evan@EvanSpencerEsq.com |

*s/Lynae Tucker-Chellew*
Lynae Tucker-Chellew #27521
Attorney for Defendant,
Jessica Richardson