IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHUCK STREBLOW, SARAH HOUSTON, IMAGINATION INDUSTRIES, INC., dba THE AMERICAN DREAM BAR, et al.,

Plaintiffs,

v.

CLUB 180, et al.,

Defendants.

CASE NO: 8:25-cv-00241

**DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Defendants Evron, Inc., Seven Oak Investments Corporation, Highland Associates, Inc. and CTS, LLC, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), move to dismiss the claims set forth in Plaintiffs' Amended Class Action Complaint with prejudice against Defendants Evron, Inc., Seven Oak Investments Corporation, Highland Associates, Inc. and CTS, LLC because the Complaint fails to state a claim upon which relief can be granted.

Dated this 20th day of May, 2025.

SEVEN OAKS INVESTMENT CORPORATION, EVRON, INC., HIGHLAND ASSOCIATES, INC. and CTS, LLC, Defendants,

By: /s/ Erin R. Robak

Erin R. Robak, #23407
ERICKSON | SEDERSTROM, P.C.
10330 Regency Parkway Drive
Omaha, NE 68114
(402) 397-2200
(402) 390-7137 Fax
eroba@eslaw.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing ***Defendant's Motion to Dismiss Pursuant to Rule 12(b)(6)*** was served on this 20th day of May, 2025, upon:

Evan Spencer
Evan Spencer, PLLC
305 Broadway, 7th Floor
New York, NY 10007

by: [ ] U.S. Mail, postage prepaid
[ ] E-mail
[ X ] Electronic filing using the CM/ECF system
[ ] Facsimile Transmission
[ ] Hand Delivery
[ ] Overnight Courier
[ ] Certified Mail, Return Receipt Requested

/s/ Erin R. Robak