IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHUCK STREBLOW, SARAH HOUSTON, IMAGINATION INDUSTRIES, INC., dba THE AMERICAN DREAM BAR, et al.,

v.

CLUB 180, et al.

CASE NO: 8:25-cv-00241

**DECLARATION OF NANCY WAGGENER**

I, Nancy Waggener, declare under penalty of perjury as follows:

1. I am the President of Seven Oaks Investment Corporation ("Seven Oaks"), manager of the property located at 18101 R Plaza, Omaha NE 68135. I am over the age of 18 and otherwise fully competent to testify. I make the following statements based on my personal knowledge.

2. On or about September 1, 2022, Evron, Inc., as managed by Seven Oaks, entered into a lease with AM314, L.L.C. for the property located at 18101 R Plaza, Suite 107, Omaha, NE 68135. A true and correct copy of that lease is attached hereto as Exhibit "A" and incorporated herein by this reference.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 20 day of May, 2025.

Nancy Waggener

Nancy Waggener