IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CLUB 180, *et al.*,<br><br>Defendants. | CASE NO. 8:25-cv-241-JFB-RCC<br><br>**DEFENDANT PAUL WAGGENER'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER AND REMAND** |

COMES NOW, Defendant, Paul Waggener, and moves the Court for dismissal pursuant to Rules 12(b)(6) and 21 of the Federal Rules of Civil Procedure on the bases that (1) the Amended Complaint fails to state a claim upon which relief may be granted, and (2) he is improperly joined in this action.

WHEREFORE, Defendant, Paul Waggener, prays for an Order dismissing him from this action, and that Defendant go hence without day.

Dated this 22nd day of May, 2025.

PAUL WAGGENER, Defendant

By: /s/ Damien J. Wright
DAMIEN J. WRIGHT, #23256
WELCH LAW FIRM, P.C.
1299 FARNAM ST., SUITE 1220
OMAHA, NE 68102
(402) 341-1200
(402) 341-1515 (FAX)
damien@welchlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

/s/ Damien J. Wright