UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

CHUCK STREBLOW, KRISTEN ROZMIAREK, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, CASEY ROWE, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,

Plaintiffs,

versus,

CLUB 180, AM314, LLC, IRISHMEN 180, LLC, TOAST, INC., MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, JAMES PULL, DAVID EKDAHL, ELLIE JAEKE, MARLEY NYGAARD, BLAIKE KOCA, JESSICA RICHARDSON, BROOKE LEIBERT, BREAUNA HOFFMAN, TEAONA MASON, LANIE WILSON, KATHERINE TEDI SMITH, PATIENCE ELIZABETH, ELENA RHODD-MORALES, CHRISTINA CRAFT, BRITTNEY DINOVO, KIARA MORALES, TANEA WHITE, SKYLAR DICKEY, JANAE BALT, A. JANSEN aka PERSUSIA, AMIRA, OCTAVIA, JESSIE, SANTANA, SAPPHIRE, WINTER, MIREYA, TINY, ECHO, EVRON, INC., 7 OAKS INVESTMENT CORP., HIGHLAND ASSOCIATES, INC., CTS, LLC, NANCY WAGGENER, PAUL WAGGENER, VOODOO LOUNGE, INC., KYRON O'BRIEN, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, STU SLEEPER aka STUPAC X, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE, LLC dba KRUSH ULTRA LOUNGE, IVON PENNY, CHAD, ROMAN, and JOHN & JANE ROES #1– 50,

Defendants.

**Case No. 8:25-cv-00241-JFB-RCC**

**NOTICE OF MOTION FOR TRO, PRELIMINARY INJUNCTION & REQUEST FOR ALTERNATIVE SERVICE OF AM314, LLC & MATTHEW LONGCOR**

For the benefit of Plaintiffs, Defendants' neighbors, Defendants' employees and customers, and the entire community of west Omaha, Pursuant to FRCP Rule 65, Plaintiffs respectfully request that the Court issue a Temporary Restraining Order pursuant to FRCP Rule 65(b) enjoining AM314, LLC dba Two Fine Irishmen/Club 180 from operating for 14 days, and that a hearing be scheduled at 1:00 pm on Wednesday, June 4, 2025, or such other time and date that the Court deems appropriate, with Respondent landlords Evron, Inc. and 7 Oaks Investments as well as their tenant Respondent AM314, LLC, and its owner and sole shareholder Matthew Longcor, so that the Court can receive evidence and hear oral arguments regarding:

A) Entering a preliminary injunction pursuant to FRCP Rule 65(a), closing AM314, LLC dba Two Fine Irishmen/Club 180 for at least six months or until trial as a matter of public safety and to abate a public nuisance.

B) Requiring the landlord Respondents Evron, Inc. and Seven Oaks Investment Corp. to change the locks to Two Fine Irishmen/Club 180.

C) Granting Plaintiffs an order pursuant to Neb. Rev. Stat. § 25-517.02., allowing them to serve Respondents AM314, LLC and Matthew Longcor this motion for TRO and preliminary injunction, supporting brief and exhibits, and the summons and operative complaint by email, first class mail, and hand delivery to the "principal office" of AM314, LLC dba Club 180, at 18101 R Plaza, Suite 107, Omaha, NE 68135, during operating hours due to the death of their agent for service of process, Matthew Longcor's evasion of service of process and his refusal to retain an attorney or enter an appearance on behalf of himself, his company or his employees.

May 22, 2025

Respectfully Submitted,

By: /s/ *Evan Spencer*

Evan Spencer
Evan Spencer Law, PLLC
305 Broadway, 7th Floor
New York, NY 10007
Tel. 917.547.4665
Evan@EvanSpencerLaw.com

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 22nd Day of May, 2025, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, giving notice to all parties in this action.

*/s/Evan Spencer*
Evan Spencer, Esq.