UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

CHUCK STREBLOW, KRISTEN ROZMIAREK, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, CASEY ROWE, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,

Plaintiffs,

versus,

CLUB 180, AM314, LLC, IRISHMEN 180, LLC, TOAST, INC., MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, JAMES PULL, DAVID EKDAHL, ELLIE JAEKE, MARLEY NYGAARD, BLAIKE KOCA, JESSICA RICHARDSON, BROOKE LEIBERT, BREAUNA HOFFMAN, TEAONA MASON, LANIE WILSON, KATHERINE TEDI SMITH, PATIENCE ELIZABETH, ELENA RHODD-MORALES, CHRISTINA CRAFT, BRITTNEY DINOVO, KIARA MORALES, TANEA WHITE, SKYLAR DICKEY, JANAE BALT, A. JANSEN aka PERSUSIA, AMIRA, OCTAVIA, JESSIE, SANTANA, SAPPHIRE, WINTER, MIREYA, TINY, ECHO, EVRON, INC., 7 OAKS INVESTMENT CORP., HIGHLAND ASSOCIATES, INC., CTS, LLC, NANCY WAGGENER, PAUL WAGGENER, VOODOO LOUNGE, INC., KYRON O'BRIEN, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, STU SLEEPER aka STUPAC X, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE, LLC dba KRUSH ULTRA LOUNGE, IVON PENNY, CHAD, ROMAN, and JOHN & JANE ROES #1– 50,

Defendants.

**Case No. 8:25-cv-00241-JFB-RCC**

**INDEX OF EXHIBITS**
**MOTION FOR TRO,**
**PRELIMINARY INJUNCTION**
**& ALTERNATIVE SERVICE**

**INDEX OF EXHIBITS**

Exhibit “A” – Messages from Douglas County inmate Justine Dubois.

Exhibit “B” – Mugshot of Defendant Delany Wilson (Stormie).

Exhibit “C” – Deviled Egg restaurant “permanently closed.”

Exhibit “D” – Records of 50 calls to 911 since December 2023, regarding Two Fine Irishmen/Club 180 (“180”).

Exhibit “E” – Omaha Good Neighbor Ordinance.

Exhibit “F” – First 2 pages of lease for AM314, LLC dba Two Fine Irishmen.

Exhibit “G” – Affidavit of Plaintiffs’ counsel Evan Spencer.

Exhibit “H” – Affidavit of Plaintiff Chuck Streblow.

Exhibit “I” – Affidavit of Plaintiff Kristen Rozmiarek.

Exhibit “J” – Affidavit of Plaintiff Kimberly Hernandez.

Exhibit “K” – Affidavit of Plaintiff Case Rowe.

Exhibit “L” – Affidavit of Plaintiff Mary Blechschmidt.

Exhibit “M” – Affidavit of security guard #1.

Exhibit “N” – Affidavit of security guard #2.

Exhibit “O” – Affidavit of security guard #3.

Exhibit “P” – Statement of neighbor #1.

Exhibit “Q” – Statement of neighbor #2.

Exhibit “R” – Screenshot of 180 group chat discussing “coke/cocaine problem.”

Exhibit “S” - Google review by Joe Hunsucker claiming to be drugged and robbed of $5,000 at 180.

Exhibit “T” – Police report filed by 180 dancer against Defendant James Pull and incriminating photos.

Exhibit “U” - Text messages and photo of dancer Christina Craft (Skyla).

Exhibit “V” - Two social media posts regarding “sex trafficking” at 180.

Exhibit “W” - News article and mugshot of Joshua Kuhl who was overserved alcohol at 180 and killed a doctor while driving home.

Exhibit "X" - Police report, toxicology report and other evidence regarding the death of Gordon Brummel who was drugged, overserved and robbed at 180 by dancer Jessica Richardson (Marie), together with Ms. Richardson's social media posts and police reports.

Exhibit "Y" – Harrassment protection order dated May 13, 2025, by Petitioner Evan Spencer against Respondent Matthew Longcor.

Respectfully Submitted,

May 22, 2025

By: /s/ *Evan Spencer*
Evan Spencer
Evan Spencer Law, PLLC
305 Broadway, 7th Floor
New York, NY 10007
Tel. 917.547.4665
Evan@EvanSpencerLaw.com

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 22nd Day of May, 2025, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, giving notice to all parties in this action.

*/s/Evan Spencer*
Evan Spencer, Esq.