5:13
◄ Mail
5G

Smart Communications

# RE: Thank You!

JUSTINE DUBOIS (3183116) View All
Douglas County Department of Corrections and Criminal Justice
Saturday, May 10, 2025 4:08 PM

Reply Delete Messages

Mr. Spencer, Delaney Wilson(stormie) is in here for Accessory to a felony for a shooting. She told me that her and her best friend Emily(who is also in here but in a different unit for the same charge) had gotten jumped by this girl and a few different people. Afterwards she talked to her boss Matt Longcor(club180) and told him what happened and he told her to find someone to go "take care" of the girl and the others. And he would send her the money to pay whoever she found. So she said she told her boyfriend Tobias to go handle it. that way she could keep some of the money. since it wouldn't be the first time her boyfriend has handled problems for her and her boss. So her boyfriend and some friends went and shot up the house. She knew the address because she had been texting with one of the girls to get the address so she can go fight her. And instead of her showing up her boyfriend Tobias and some friends showed up instead. After Tobias left Delaney left and went to her mom Karissa in pappillion so she would have a alibi for the shooting. When Tobias got back home she was already gone to her moms and they were texting back and forth cause he was mad. And in the text messages Tobias even said "I did that for you". Delaney also was telling me how her boss was planning on bonding her out as soon as her bond got lowered. That they were supposed to be going on a trip to New York to take care of you (Evan Spencer) cause you were becoming a issue for her boss. So Matt told her that she was gonna be the bait used to lure you to go out with her and then Matt was gonna handle the rest. So you wouldnt ever be a issue anymore. Since the threats made to you before

AA smartinmate.com

5:13
◄ Mail
5G

Smart
Communications

ever be a issue anymore. Since the threats made to you before didnt work. She said this wouldn't be the first time that she has helped her boss with illegal things. She said she helps her boss find new talent and helps get them hooked on coke or meth. Since she used coke all the time before she got locked up. She said the ones that were unwilling she would put the meth in their drinks without their knowledge. So that they had leverage over them of they ever tried to say anything about what was happening inside the club. She would make some of the girls go with her to " special" events outside the club. Where they were expected to let her boss and his wife watch them have sex. Where her boss and his friends even touched them with or without permission. She said that she sells coke to the customers also. And she has sex with them sometimes even at the club where the cameras can't see for extra money. Even in