# WILSON, DELANEY



| | |
|---|---|
| First Name: | DELANEY |
| Middle Name: | -- |
| Last Name: | WILSON |
| Data Number: | 3710752 |
| Age: | 19 |
| Race: | White |
| Sex: | Female |
| Height: | 5'03" |
| Weight: | 115 lb |
| Eye Color: | -- |
| Hair Color: | -- |
| Hometown: | -- |

781 views

Share Bookmark

| | |
|---|---|
| County: | Douglas County |
| Facility: | County Jail |
| Admission Date: | 2025-04-22 00:34:00 |
| In Custody: | Yes |
| Days Confined: | 6 |
| Release Date: | Not Specified |
| Bond: | $150,000 OR 10% + PTR + GPS |
| Fines & Costs: | $0.00 |

ur experience. By continuing to visit this site you agree to our use of cookies.