# Deviled Egg Co.

4.8 ★★★★★ (155) · $10–20

Restaurant




Overview | Menu | Photos | Reviews | About

Permanently closed

18111 Q St #102, Omaha, NE 68135




$10–20 per person
Reported by 33 people

Menu · places.singleplatform.com

(531) 213-2946

Deviled Egg Co.
https://www.deviledeggco.com

## Deviled Egg Co.

We're the only deviled egg company in the nation and we're committed to using the best fresh ingredients. All of our eggs are hand-peeled.