# *Incidents:*

| Incident Number | Location | Apt | Type Code | MC Code | Primary Unit Id |
|---|---|---|---|---|---|
| OMFD2023120400063177 | 18101 R PLZ | STE 106 | FAINT | | M77 |
| OMPD2023120400421676 | 18101 R PLZ | STE 106 | GBF | | |
| OMPD2023122100440400 | 18101 R PLZ | | SUSP | IP | 3A95 |
| OMPD2023122200441576 | 18101 R PLZ | | NOISE | S | 1A95 |
| OMPD2023122900448909 | 18101 R PLZ | | NOISE | S | 1A95 |
| OMPD2023123000449996 | 18101 R PLZ | | NOISE | S | 1A93 |
| OMPD2023123100450232 | 18101 R PLZ | | THEFT | TRS | |
| OMPD2024012400025740 | 18101 R PLZ | | CHKWB | | 1A94 |
| OMPD2024012700028883 | 18101 R PLZ | | NOISE | S | 1A94 |
| OMPD2024021100045002 | 18101 R PLZ | | NOISE | S | 1A91 |
| OMPD2024021600050382 | 18101 R PLZ | | NOISE | S | 1A93 |
| OMPD2024022400058071 | 18101 R PLZ | | NOISE | ANON | 1A94 |
| OMPD2024022900063774 | 18101 R PLZ | 108 | ALARM | I | 2A92 |
| OMPD2024031500080038 | 18101 R PLZ | | NOISE | ANON | 1A94 |
| OMPD2024032200088793 | 18101 R PLZ | | NOISE | ANON | 1A95 |
| OMPD2024033000096263 | 18101 R PLZ | | NOISE | ANON | 1A95 |
| OMPD2024033000096368 | 18101 R PLZ | | NOISE | ANON | 1A96 |
| OMPD2024040600105022 | 18101 R PLZ | | NOISE | ANON | 1A94 |
| OMPD2024041300112219 | 18101 R PLZ | | NOISE | ANON | 1A94 |
| OMFD2024042300021451 | 18101 R PLZ | 106 | FAINT | | M77 |
| OMPD2024042300124367 | 18101 R PLZ | 106 | GBF | | |
| OMPD2024060600177512 | 18101 R PLZ | | E911HU | | |
| OMPD2024071300224339 | 18101 R PLZ | | ASSAULT | C | |
| OMPD2024071300224989 | 18101 R PLZ | | NOISE | ANON | 1A95 |
| OMPD2024080400253174 | 18101 R PLZ | | ASSAULT | JO | 1A106 |
| OMFD2024080400042989 | 18101 R PLZ | | ASLT | | M77 |
| OMPD2024080400253176 | 18101 R PLZ | | GBF | | |
| OMPD2024090100287165 | 18101 R PLZ | | DIST | | 1A91 |
| OMPD2024103100359755 | 18101 R PLZ | | NOISE | ANON | 1A95 |
| OMPD2024110600365980 | 18101 R PLZ | | DOP | TRS | |
| OMPD2024110800369416 | 18101 R PLZ | | NOISE | ANON | 3b104 |
| OMPD2024111000370750 | 18101 R PLZ | | NOISE | ANON | 1A94 |
| OMPD2024112200385730 | 18101 R PLZ | | NOISE | ANON | 4P595 |
| OMPD2024122000417331 | 18101 R PLZ | | DIST | | 1A93 |
| OMPD2024122700425633 | 18101 R PLZ | | NOISE | ANON | 4P595 |
| OMPD2025011700018534 | 18101 R PLZ | | ASSAULT | JO | 3B101 |
| OMPD2025020900043356 | 18101 R PLZ | | NOISE | ANON | 1C90 |
| OMPD2025020900043391 | 18101 R PLZ | | SUSP | IP | 1A93 |
| OMPD2025021400049673 | 18101 R PLZ | | ACCIDENT | PIPOS | 1A89 |
| OMPD2025021500049827 | 18101 R PLZ | | NOISE | ANON | 1C90 |
| OMPD2025021700052852 | 18101 R PLZ | | ALARM | I | 3B44 |
| OMPD2025021800052985 | 18101 R PLZ | | ALARM | I | 1A93 |
| OMPD2025022200057166 | 18101 R PLZ | | ASSAULT | JO | 1A93 |
| OMFD2025022200010256 | 18101 R PLZ | | ASLT | | M77 |
| OMPD2025022200057168 | 18101 R PLZ | | GBF | | |
| OMPD2025030900075005 | 18101 R PLZ | | NATUNK | | |
| OMPD2025031600083520 | 18101 R PLZ | | FIGHT | | 1A94 |
| OMPD2025032900099709 | 18101 R PLZ | | NOISE | ANON | 1A93 |
| OMPD2025033000100728 | 18101 R PLZ | | NOISE | ANON | 1C100 |
| OMPD2025033000100914 | 18101 R PLZ | | NOISE | ANON | 1A93 |

| Transmit Date | Dispatched Time | Arrived Time | Closed Time |
|---|---|---|---|
| 12/04/2023 18:00:57 | 12/04/2023 18:01:09 | 12/04/2023 18:05:23 | 12/04/2023 18:49:07 |
| 12/04/2023 18:00:58 | | | 12/04/2023 18:01:20 |
| 12/21/2023 21:01:51 | 12/21/2023 21:03:50 | 12/21/2023 21:10:16 | 12/21/2023 22:38:15 |
| 12/22/2023 22:10:21 | 12/23/2023 00:41:18 | | 12/23/2023 00:41:46 |
| 12/29/2023 22:29:17 | 12/29/2023 23:58:40 | 12/30/2023 00:02:07 | 12/30/2023 00:06:52 |
| 12/30/2023 23:31:04 | 12/30/2023 23:32:03 | 12/30/2023 23:37:32 | 12/31/2023 00:02:17 |
| 12/31/2023 05:40:37 | | | 12/31/2023 05:40:37 |
| 01/24/2024 23:27:21 | 01/24/2024 23:27:52 | 01/24/2024 23:36:59 | 01/24/2024 23:56:20 |
| 01/27/2024 22:29:42 | 01/28/2024 00:19:39 | | 01/28/2024 00:19:46 |
| 02/11/2024 22:28:13 | 02/12/2024 00:09:14 | 02/12/2024 00:09:18 | 02/12/2024 00:25:06 |
| 02/16/2024 22:37:42 | 02/17/2024 00:36:49 | 02/17/2024 00:45:26 | 02/17/2024 00:54:41 |
| 02/24/2024 02:23:15 | 02/24/2024 02:24:39 | 02/24/2024 02:31:08 | 02/24/2024 02:31:21 |
| 02/29/2024 10:37:51 | 02/29/2024 10:47:09 | 02/29/2024 10:59:55 | 02/29/2024 11:16:44 |
| 03/15/2024 02:03:29 | 03/15/2024 02:04:45 | 03/15/2024 02:13:34 | 03/15/2024 02:16:50 |
| 03/22/2024 23:03:49 | 03/23/2024 04:18:27 | | 03/23/2024 04:18:31 |
| 03/30/2024 00:47:34 | 03/30/2024 01:02:14 | 03/30/2024 01:06:56 | 03/30/2024 01:16:30 |
| 03/30/2024 03:23:30 | 03/30/2024 03:23:59 | 03/30/2024 03:32:58 | 03/30/2024 03:43:52 |
| 04/06/2024 22:44:10 | 04/07/2024 00:34:24 | | 04/07/2024 00:34:28 |
| 04/13/2024 03:24:48 | 04/13/2024 03:53:55 | 04/13/2024 03:54:14 | 04/13/2024 04:08:10 |
| 04/23/2024 14:40:04 | 04/23/2024 14:40:25 | 04/23/2024 14:44:19 | 04/23/2024 15:47:23 |
| 04/23/2024 14:40:05 | | | 04/23/2024 14:40:25 |
| 06/06/2024 15:31:03 | | | 06/06/2024 15:31:03 |
| 07/13/2024 12:52:25 | | | 07/13/2024 12:52:25 |
| 07/13/2024 23:02:34 | 07/14/2024 02:01:17 | 07/14/2024 02:05:20 | 07/14/2024 02:27:33 |
| 08/04/2024 03:47:52 | 08/04/2024 04:13:30 | 08/04/2024 04:20:58 | 08/04/2024 05:25:08 |
| 08/04/2024 03:48:29 | 08/04/2024 03:48:36 | 08/04/2024 03:54:01 | 08/04/2024 04:27:15 |
| 08/04/2024 03:48:29 | | | 08/04/2024 03:48:48 |
| 09/01/2024 04:18:38 | 09/01/2024 04:31:57 | 09/01/2024 04:40:01 | 09/01/2024 05:35:04 |
| 10/31/2024 22:36:42 | 10/31/2024 23:19:09 | 10/31/2024 23:19:47 | 10/31/2024 23:23:10 |
| 11/06/2024 05:58:59 | | | 11/06/2024 05:58:59 |
| 11/08/2024 22:36:38 | 11/08/2024 23:18:28 | 11/08/2024 23:44:26 | 11/08/2024 23:44:32 |
| 11/10/2024 02:21:05 | 11/10/2024 03:45:44 | | 11/10/2024 03:45:55 |
| 11/22/2024 23:44:01 | 11/23/2024 00:45:23 | | 11/23/2024 00:45:29 |
| 12/20/2024 03:40:59 | 12/20/2024 03:41:56 | 12/20/2024 03:54:17 | 12/20/2024 04:02:21 |
| 12/27/2024 23:07:55 | 12/27/2024 23:40:35 | | 12/27/2024 23:40:40 |
| 01/17/2025 22:26:29 | 01/17/2025 22:26:56 | 01/17/2025 22:40:27 | 01/17/2025 23:41:21 |
| 02/09/2025 03:56:10 | 02/09/2025 05:25:53 | | 02/09/2025 05:25:58 |
| 02/09/2025 04:48:10 | 02/09/2025 04:49:29 | 02/09/2025 04:49:39 | 02/09/2025 06:05:16 |
| 02/14/2025 23:30:23 | 02/14/2025 23:36:55 | 02/14/2025 23:52:07 | 02/15/2025 06:42:06 |
| 02/15/2025 03:29:24 | 02/15/2025 04:04:12 | | 02/15/2025 04:04:19 |
| 02/17/2025 23:06:41 | 02/17/2025 23:08:33 | | 02/17/2025 23:12:06 |
| 02/18/2025 04:44:19 | 02/18/2025 04:44:58 | 02/18/2025 04:54:32 | 02/18/2025 05:10:49 |
| 02/22/2025 03:06:03 | 02/22/2025 03:07:21 | 02/22/2025 03:17:00 | 02/22/2025 05:42:12 |
| 02/22/2025 03:07:29 | 02/22/2025 03:07:38 | 02/22/2025 03:13:49 | 02/22/2025 03:47:25 |
| 02/22/2025 03:07:30 | | | 02/22/2025 03:08:21 |
| 03/09/2025 04:40:39 | | | 03/09/2025 04:42:13 |
| 03/16/2025 03:24:29 | 03/16/2025 03:25:07 | 03/16/2025 03:49:29 | 03/16/2025 03:54:37 |
| 03/29/2025 04:50:59 | 03/29/2025 04:56:34 | 03/29/2025 05:10:32 | 03/29/2025 05:21:45 |
| 03/30/2025 00:04:04 | 03/30/2025 01:32:45 | 03/30/2025 01:33:19 | 03/30/2025 01:38:38 |
| 03/30/2025 03:17:32 | 03/30/2025 03:18:13 | 03/30/2025 03:27:12 | 03/30/2025 03:55:36 |