ORDINANCE NO. 43710

AN ORDINANCE to amend Chapter 20, Article III of the Omaha Municipal Code, entitled "Offenses Against the Public Peace," by adding Section 20-52 to provide for a prohibition of disorderly premises or nuisance gatherings; and to provide an effective date thereof.

BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF OMAHA

Section 1. That the following ordinance shall be added to Chapter 20, Article III, of the Omaha Municipal Code at Section 20-52.

Section 20-52. Disorderly Premises or Nuisance Gatherings

(a) For the purposes of this section,

1. Disorderly Premises shall mean any room, house, building, structure, or any part of the premises adjacent thereto, in or upon which occurs any of the following prohibited activities in disturbance of the public peace, health, safety, and general welfare of the City:

   a. Persons engaging in disorderly conduct as defined in Section 20-42 of this Code;

   b. Noise or other sound in violation of Section 17-3 or Section 55-804 of this Code;

   c. Maintenance of any nuisance condition or activity as defined in Chapter 18 of this Code;

   d. Persons engaging in public urination, public defecation, lewd conduct, pandering, or prostitution;

   e. Persons engaged in the dispensing, selling, or consumption of illegal drugs or controlled substances, or in the dispensing, selling, or consumption of alcoholic beverages in violation of Chapter 53 of the Nebraska Revised Statutes, Reissued;

   f. Persons engaging in unlawful gambling activity as set forth in Chapter 28, Article 11 of the Nebraska Revised Statutes, Reissued;

   g. Possession or use of drug paraphernalia; or

h. Any other unlawful or illegal act in violation of the provisions of this Code or Chapter 28 of the Nebraska Revised Statutes, Reissued.

2. Nuisance Gathering shall mean an event or gathering occurring on vacant property that constitutes or results in the occurrence of two (2) or more illegal activities at or as a result of the event or gathering upon the vacant property in disturbance of the public peace, health, safety, and general welfare of the City:

a. Persons engaging in disorderly conduct as defined in Section 20-42 of this Code;

b. Noise or other sound in violation of Section 17-3 or Section 55-804 of this Code;

c. Maintenance of any nuisance condition or activity as defined in Chapter 18 of this Code;

d. Persons engaging in public urination, public defecation, lewd conduct, pandering, or prostitution;

e. Persons engaged in the dispensing, selling, or consumption of illegal drugs or controlled substances, or in the dispensing, selling, or consumption of alcoholic beverages in violation of Chapter 53 of the Nebraska Revised Statutes, Reissued;

f. Persons engaging in unlawful gambling activity as set forth in Chapter 28, Article 11 of the Nebraska Revised Statutes, Reissued;

g. Possession or use of drug paraphernalia; or

h. Any other unlawful or illegal act in violation of the provisions of this Code or Chapter 28 of the Nebraska Revised Statutes, Reissued.

(b) It shall be unlawful for any person to host, maintain, permit or allow to continue a Disorderly Premises or Nuisance Gathering of two or more people.

(c) Any person or persons who own the property where the Disorderly Premises or Nuisance Gathering occurs, or the person or persons in possession or control of the premises where the Disorderly Premises or Nuisance Gathering takes place, may each, jointly and severally, be charged with violating this Article whenever any owner, occupant, tenant, or other person having a possessory interest or control hosts, sponsors, conducts, suffers, permits, or allows to continue a Disorderly Premises or Nuisance Gathering. However, any owner, occupant, tenant, or other person having a possessory interest or control who requests assistance from the police to prevent a Disorderly Premises or Nuisance Gathering prior to the police receiving complaints related to the Disorderly Premises or Nuisance Gathering shall not be considered to be in violation of this Article

(d) Any person or persons who is found to have violated any of the provisions of this Article shall be guilty of a misdemeanor for each offense and shall be subjected to the penalty in Section 1-10 of this Code.

(e) In addition to any other penalty sought or obtained under this Article or other applicable law, should three (3) or more convictions under this Article arise from any single premises or vacant property in any eighteen-month period, the City Attorney may institute injunctive or other appropriate civil proceedings necessary to obtain compliance with this Article or to abate any nuisance resulting from violations of this Article, or the Planning Director or building official may revoke a certificate of occupancy pursuant Section 43-117 of this Code.

Section 2. This ordinance, being legislative in character, and in accordance with Section 2.12 of the Home Rule Charter of the City of Omaha, shall be in full force and take effect fifteen (15) days following the date of its passage.

ORDINANCE NO. 43710
Page 4

INTRODUCED BY COUNCILMEMBER

[signature]

APPROVED BY:

[signature] 2-14-24
MAYOR OF THE CITY OF OMAHA DATE

PASSED FEB 13 2024 6-1

ATTEST:

[signature] 2-14-24
CITY CLERK OF THE CITY OF OMAHA DATE

APPROVED AS TO FORM:

[signature] 1/22/24
CITY ATTORNEY DATE

# CHAPTER 18 NUISANCES

## Article 1 In General

Sec. 18-2. Definition.
For the purposes of this chapter, a nuisance exists when a person fails to perform a duty or permits any condition or thing to exist, which act, omission, condition or thing either:
(a) Injures or endangers the comfort, repose, health or safety of others;
(b)..(e)
(f) Essentially interferes with the quiet enjoyment of life and property, or tends to depreciate the value of the property of others.
(Code 1980, § 18-2)

Sec. 18-3. Illustrative enumeration.
The maintaining, using, placing, depositing, leaving or permitting to be or remain on the public or private property of any of the following items, conditions or actions is hereby declared to be and to constitute a nuisance; however, this enumeration shall not be deemed or construed to be conclusive, limiting or restrictive:
(a)..(b)
(c) All unnecessary or unauthorized **noises** and annoying vibrations, including but not limited to animal noises.
(d)..(p)
(q) Any gathering of five or more persons after 1:00 a.m. but before 6:00 a.m. which results in criminal activity, excessive **noise** that is the subject of complaints from others, or creates a result in violation of section 18-2(f).
(r)..(s)
(Code 1980, § 18-3; Ord. No. 38290, § 1, 11-18-08; Ord. No. 38334, § 1, 12-23-08)

Sec. 18-4. Prohibited.
It shall be unlawful for any person to cause, permit, maintain or allow the creation of a nuisance.
(Code 1980, § 18-4)

AI Overview

A noise level generally considered a nuisance is around 55 decibels (dB) outdoors, with some experts stating that sustained exposure to sounds above 55-60 dB can be disturbing or annoying, depending on the context and time of day; for indoor residential settings, a level around 45 dB is often considered acceptable.

## Key points about decibel levels and nuisance:

- **EPA recommendation:** The EPA suggests that outdoor noise shouldn't exceed 55 dB to prevent activity interference and annoyance.
- **Indoor comfort:** For residential spaces, most consider 45 dB as a comfortable noise level.
- **Factors affecting perception:** The time of day, type of noise, and individual sensitivity can influence how disruptive a particular decibel level is perceived.