EXHIBIT
A

*Everina Building*
# SHOPPING CENTER LEASE

THIS LEASE is made and entered into this 1st day of September 2022, by and between Evron Inc. , as managed by"*7 Oaks Investment Corporation for Management*"
("Landlord")

*TBD*
("Tenant")

## ARTICLE I
## FUNDAMENTAL LEASE PROVISIONS; DEFINITIONS AND EXHIBITS

1.1 **Fundamental Lease Provisions**. Each of the following subsections is individually referred to in this lease as a "Fundamental Lease Provision" and is contained in this Section 1.1 for convenience. Each reference in this Lease to a Fundamental Lease Provision shall be construed to incorporate all of the terms of such Fundamental Lease Provision. In the event of any conflict between a Fundamental Lease Provision and any other provision of this Lease, the other provision of this Lease shall govern.

(a) Landlord. Evron Inc., as managed by "*7 Oaks Investments*"

(b) Landlord's Address:

(ii) for Rent Payments: ACH Payments

(c) Tenant *AMJ14, LLC*

(d) Tenant's Address for Notices: 18101 R Plaza, Suites 107, Omaha, NE ~~68144~~

(e) Tenant's Trade Name: Two Fine Irishmen

(f) Address of Premises: 18101 R Plaza, Omaha, NE ~~68144~~

(g) Approximate Number of Square Feet in Premises: 4,865 sq. ft.

(h) Lease Term: (5) Five Years & 4 months (i.e. 64 months)
Extension: (1) One Five Year Options

(i) Commencement Date: Shall be contingent upon the Tenant's approval for a Temporary Operating Permit ("TOP") from the Nebraska Liquor Commission. Should the Tenant fail to obtain the TOP due, in whole or in part, to the intentional actions of it or any of its representatives, employees, members or agents, then the parties agree that this agreement may be deemed null and void at the discretion of the Landlord, and the Tenant shall immediately pay to Landlord as liquidated damages a total amount of $28,000.00 (i.e. four months' rent at the first year's monthly rate). Regardless of intent, should the Tenant fail to obtain the TOP for any reason, the previous tenant, Irishmen 180, LLC, shall be allowed to assume this Lease in place of the Tenant.

(j) Minimum Annual Rent. Minimum rent shall begin 90 days after the Commencement date.

| | |
|---|---|
| Month 1-4 | $ 0.00/month |
| Year 1 | $7,000.00/month + NNN |
| Year 2 | $7,210.00/month + NNN |

| | |
|---|---|
| Year 3 | $7,426.30/month + NNN |
| Year 4 | $7,649.09/month + NNN |
| Year 5 | $7,878.56/month + NNN |

(k) Percentage Rent (if applicable): N/A

(l) Tenant Fraction: 4,865/15,916 Percentage: (30.57%)

(m) Permitted Use of Premises: Bar & Grill for dine-in and takeout

(n) Security Deposit: $7,000.00

(o) Total Building Square Footage: 15,916

(p) Shopping Center: Evron Inc. the Everina Building

1.2 Definitions.

1.2.1 Definition of Gross Sales. [Intentionally Deleted]

1.2.2 **Definition of Tenant Percent.** The term "Tenant Percent" shall mean that percentage whose numerator is the total number of square feet of floor space contained in the Premises and whose denominator is the total number of square feet of leasable floor space contained in the Building, as identified in Subsection 1.1(o) above. Tenant Percent may be adjusted in the event of addition or deletion to the Shopping Center.

1.2.3 **Certain Other Definitions.** Except as otherwise expressly stated in this Lease, (i) references to this "Lease" shall include this document and any properly executed amendment thereof or supplement thereto, (ii) the phrase "Lease Year" shall mean the twelve (12) months commencing on the first day of the first full calendar month of the term of this Lease and on the succeeding anniversaries of such day, and (iii) the phrase "Fiscal Year" shall mean a period of twelve (12) consecutive full calendar months, beginning January 1 and ending December 31.

1.3 **Exhibits and Addenda.** The following Exhibits and Addenda are a part of this Lease and have been attached to this Lease prior to its execution

Exhibit "A" - Building Site Plan
Exhibit "A-1" - Shopping Center Site Plan
Exhibit "B" - Description of Landlord's Work to be done in the Premises
Exhibit "C" - Description of Tenant's Work to be done in the Premises
Exhibit "D" - Sign Criteria
Exhibit "E" - Rules and Regulations
Exhibit "F"- Exclusive Uses
Exhibit "G"- Guaranty

**ARTICLE II**
**SHOPPING CENTER, LEASED PREMISES**