UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

CHUCK STREBLOW, KRISTEN ROZMIAREK, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, CASEY ROWE, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,

Plaintiffs,

versus,

CLUB 180, AM314, LLC, IRISHMEN 180, LLC, TOAST, INC., MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, JAMES PULL, DAVID EKDAHL, ELLIE JAEKE, MARLEY NYGAARD, BLAIKE KOCA, JESSICA RICHARDSON, BROOKE LEIBERT, BREAUNA HOFFMAN, TEAONA MASON, LANIE WILSON, KATHERINE TEDI SMITH, PATIENCE ELIZABETH, ELENA RHODD-MORALES, CHRISTINA CRAFT, BRITTNEY DINOVO, KIARA MORALES, TANEA WHITE, SKYLAR DICKEY, JANAE BALT, A. JANSEN aka PERSUSIA, AMIRA, OCTAVIA, JESSIE, SANTANA, SAPPHIRE, WINTER, MIREYA, TINY, ECHO, EVRON, INC., 7 OAKS INVESTMENT CORP., HIGHLAND ASSOCIATES, INC., CTS, LLC, NANCY WAGGENER, PAUL WAGGENER, VOODOO LOUNGE, INC., KYRON O'BRIEN, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, STU SLEEPER aka STUPAC X, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE, LLC dba KRUSH ULTRA LOUNGE, IVON PENNY, CHAD, ROMAN, and JOHN & JANE ROES #1– 50,

Defendants.

**Case No. 8:25-cv-00241-JFB-RCC**

**AFFIDAVIT OF PLAINTIFFS' ATTORNEY EVAN SPENCER**

I, Evan Spencer, swear and affirm under penalty of perjury that the following statement is true and accurate:

1) I am the Plaintiffs' attorney in this case and I submit this affidavit in support of Plaintiffs' motion for a preliminary injunction to close Two Fine Irishmen/Club 180 ("180") for at least six months or until trial for being a public nuisance and safety hazard and to obtain an order for alternative service of Respondents AM314, LLC and Matthew Longcor.

2) Since the agent for service of process is deceased and these parties are evading service of process, Plaintiffs request permission to serve AM314, LLC and Mr. Longcor by email at: mattlongcor@hotmail.com and info@club-180.com with copies to the "principal office" 18101 R Plaza, Suite 107, Omaha, NE 68144.

3) Over the past 13 months, I have been contacted by numerous individuals and entities who have been damaged by 180 and their partners and co-conspirators, including customers, dancers, security guards, neighbors, and others. I'm from New York but I have resided in Nebraska for the past 10 years.

4) One of these claims is for the wrongful death of a customer Gordon Brummel who was drugged, overserved alcohol (BAC 0.28), and robbed by a dancer Marie and 180 on the night of September 15, 2024.

5) I've attached a portion of Mr. Brummel's hospital report from UNMC (Exhibit "X") which states that his blood alcohol content was 0.284 and that he was positive for Benzodiazepines, Amphetamines, Cannabinoids, and Fentanyl.

6) Please see the affidavit of Plaintiff Chuck Streblow (Exhibit "H") which states in paragraph #17 on Page 3 that, "The most serious offense is that they allowed at least one of their dancers, Marie, to drug, overserve alcohol and rob customers."

7) Please see the message from inmate Justine Dubois (Exhibit "A") in which she states that Defendant Delaney Wilson (Stormie) also drugged people at 180.

8) Another customer of 180, Joshua Kuhl was overserved alcohol and crashed on his way home with a BAC of 0.192, killing a doctor. Please see the news article regarding this matter (Exhibit "W") and the affidavit of Plaintiff Streblow (Exhibit "H") which states, "On the night of February 17, 2024 … Joshua Kuhl from Carter Lake, Iowa was overserved at Club 180 and crashed and killed someone on his way home."

9) The first witness who approached me was friends with a dancer who was sex trafficked and beaten by a co-owner of 180, Eric Havermann while traveling with the owner Matthew Longcor to Florida in April 2024.

10) Her name is Christina Craft (Skyla) and I have attached a copy of her text messages and a photo of her black eye (Exhibit "U") given to her by Defendant Eric Havermann.

11) Months later, security guards approached me with videos and photos of illegal activities at 180. Please see affidavit of Security Guard #1 (Exhibit "M") wherein he states on Page 1, Par. 8 that, "I had to pull my weapon more times at Club 180 than all other places combined, approximately six over the course of a year."

12) Security Guard #1 further states in on Page 4, Par. 37 that, "Matt and Miro allowed cocaine consumption in the restrooms, backroom and a blind spot in the hallway near the restrooms."

13) These videos included the owner doing cocaine with a customer, having sex with dancers at the club during operating hours, stealing, and other illegal activities.

14) Copies of this flash drive will be provided and shown to the Court and Respondents at the time of the preliminary injunction hearing.

15) Then I spoke with a 180 dancer who claimed that the owner Matt had recently raped a customer in the restroom and that he was completely out of control.

16) This dancer filed a police report in October 2024, claiming to have been raped and sex trafficked by a customer and/or partner of 180.

17) After interviewing dozens of prospective Plaintiffs and witnesses, researching the facts and law, and consulting with other attorneys, I concluded that the Defendants named in my lawsuit were involved in both civil and criminal wrongdoing through participation in some or all of the following acts and conduct: drug sales and consumption, prostitution and sex trafficking, unlicensed sale of alcohol, providing alcohol to minors, stealing from customers and employees, creating a public nuisance in the neighborhood in violation of the new Good Neighbor Ordinance, and labor law and civil rights violations.

18) I realize these are very serious allegations and I do not take this matter lightly.

19) Prior to filing the lawsuit on April 1, 2025, I met with the DEA, FBI, OPD and DCSO to inform them of the illegal activities occurring at 180.

20) I also sent emails to some of the prospective Defendants asking them to close 180 to mitigate damages and providing them with a spoliation notice to stop Defendants or witnesses from destroying evidence.

21) I did all these things for the benefit of public safety as I have traced at least two deaths to this establishment along with numerous other crimes that pose lethal dangers to dancers, customers, security guards, neighbors, and the entire community of west Omaha.

22) After the original complaint was filed on April 1, 2025, I was contacted by numerous Plaintiffs and witnesses who wanted to join the case.

23) This included Plaintiff Kristen Rozmiarek, whose husband was drugged, overserved, robbed and essentially killed by 180 in September 2024.

24) Another was the owner of a restaurant that went out of business because of 180.

25) Others were residential neighbors who have dealt with loud music for 40 hours per week for over 16 months, including 9:00 pm – 5:00 am on the weekends.

26) Others are dancers that were sexually harassed and discriminated against on the basis of their gender and ethnicity or because they would not have sex with the owner.

27) Most of these witnesses and prospective Plaintiffs wanted to remain anonymous due to the controversial nature of this litigation and fear of reprisals from Defendants.

28) In addition, Defendant Matthew Longcor threatened to send people to my house to harm me and my clients.

29) Plaintiff Chuck Streblow and I filed a police report with OPD regarding Mr. Longcor's threats.

30) Defendant Matthew Longcor's partner Eric Havermann called me on the phone and essentially threatened my life.

31) I filed a police report with the DCSO and a warrant was issued for Mr. Havermann's arrest arising out of his threats to me.

32) Many of the dancers named as Defendants in this case have threatened my clients and other potential Plaintiffs and witnesses.

33) Many of the Defendants do not have lawyers, including the owner Matthew Longcor and his manager David Ekdahl who has been engaged in the unauthorized practice of law by advising their dancers and other parties how to legally defend themselves in the $10

million civil RICO lawsuit in their group chat and through individual messages and verbal communications.

34) After updating the pleading with new parties and allegations, I filed an amended complaint on April 21, 2025.

35) I was approached by additional Plaintiffs and witnesses after the amended complaint was filed, including Plaintiff Mary Blechschmidt.

36) Ms. Blechschmidt was a customer at 180 one night and after accidentally walking into the 180 restroom while 5 or 6 dancers were doing cocaine, she was assaulted by a dancer and went to the hospital for injuries she sustained.

37) I was also contacted by the authorities who requested my assistance with their criminal investigation and prosecution of some of the individual defendants named in the lawsuit.

38) The amended complaint is supported by a one-year investigation during which I spent hundreds of hours interviewing dozens of witnesses and reviewing thousands of documents, photos, and video evidence.

39) I have attached affidavits from Plaintiffs Chuck Streblow, Kristen Rozmiarek, Kimberly Hernandez, Casey Rowe, and Mary Blechschmidt (Exhibits "H" – "L") that were each drafted and executed after interviewing each Plaintiff for a period of hours.

40) These affidavits include details regarding the illegal activities at 180 and the damages suffered by my clients as a result.

41) I have also attached affidavits from four John Doe security guards (Exhibits "M" – "O"), witness statements from two residential neighbors (Exhibits "P" – "Q").

42) I have also attached a police report regarding the rape and sex trafficking of a 180 dancer Sienna by a Defendant in the litigation James Pull (Exhibit "T").

43) On May 10, 2025, I received a lengthy message from Douglas County inmate Justine Dubois (Exhibit "A") regarding death threats made to me by inmate Defendant Delaney Wilson (Stormie) (Exhibit "B") and "her boss" Defendant Matthew Longcor, as well as admission of criminal conduct at 180 including drugging customers, prostitution with customers, and drug dealing to customers.

44) I then filed for and obtained a harassment protection order against Matthew Longcor (Exhibit "Y').

45) This is the first time in nearly 30 years of practicing law that I feared for my personal safety and that of my clients.

46) Since Matthew Longcor and 180 pose dangers to my clients, customers, dancers, security guards, neighbors, and the entire community of west Omaha, I respectfully request an order enjoining 180 for operating for at least six months or until trial.

FURTHER AFFIANT SAYETH NOT.

STATE OF NEBRASKA )<br>
) ss.<br>
COUNTY OF DOUGLAS )

[signature]

(AFFIANT)

Subscribed and sworn to before me this 19th day of May, 2025 by Evan Spencer

GENERAL NOTARY-State of Nebraska
THOMAS M CHADER
My Comm. Exp. March 30, 2026

Thomas M Chader

Notary Public