UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

CHUCK STREBLOW, KRISTEN ROZMIAREK, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, CASEY ROWE, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,

Plaintiffs,

versus,

CLUB 180, AM314, LLC, IRISHMEN 180, LLC, TOAST, INC., MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, JAMES PULL, DAVID EKDAHL, ELLIE JAEKE, MARLEY NYGAARD, BLAIKE KOCA, JESSICA RICHARDSON, BROOKE LEIBERT, BREAUNA HOFFMAN, TEAONA MASON, LANIE WILSON, KATHERINE TEDI SMITH, PATIENCE ELIZABETH, ELENA RHODD-MORALES, CHRISTINA CRAFT, BRITTNEY DINOVO, KIARA MORALES, TANEA WHITE, SKYLAR DICKEY, JANAE BALT, A. JANSEN aka PERSUSIA, AMIRA, OCTAVIA, JESSIE, SANTANA, SAPPHIRE, WINTER, MIREYA, TINY, ECHO, EVRON, INC., 7 OAKS INVESTMENT CORP., HIGHLAND ASSOCIATES, INC., CTS, LLC, NANCY WAGGENER, PAUL WAGGENER, VOODOO LOUNGE, INC., KYRON O'BRIEN, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, STU SLEEPER aka STUPAC X, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE, LLC dba KRUSH ULTRA LOUNGE, IVON PENNY, CHAD, ROMAN, and JOHN & JANE ROES #1– 50,

Defendants.

**Case No. 8:25-cv-00241-JFB-RCC**

**AFFIDAVIT OF PLAINTIFF CHUCK STREBLOW**

I, Chuck Streblow, hereby swear and affirm under penalty of perjury the following statement is true and accurate:

1) I am a Nebraska resident who has worked as a security guard in Nebraska for over 20 years.
2) I have worked at strip clubs, bars, lounges, and public and private events, but nowhere with as much illegal activity as Club 180 in West Omaha.
3) Club 180 was opened by Matthew Longcor and his wife Miroslava Kotsan in December 2023, and I was one of the main security guards from December 2023 until I resigned in March 2025.
4) I was supposedly an employee of Bravo1 Security, but I was given a 1099 for 2024 from AM314, LLC, which is the corporate owner of Club 180.
5) Club 180 is located at 18101 R Plaza, Omaha, NE 68135, in the former location of the Two Fine Irishmen Bar & Grill.
6) The club has a stage for exotic dancing and six private rooms with futons for private dances.
7) There are cameras in each of the six private rooms that can be monitored at the front of the club.
8) I was always required to carry a firearm by the owner Matt and Bravo1 Security and told to never call the police unless it was an absolute emergency.
9) The original owners of Club 180 are swingers Matt and Miro who are involved in prostitution, sex trafficking and drug trafficking (cocaine), providing alcohol to minors as young as 17 or younger, selling liquor without a license, coercing or forcing dancers to have sex with them at Club 180 and other locations, often with spectators, creating a

nuisance to their neighbors, theft from dancers and customers as well as other illegal activities.

10) The owner Matt allows dancers to serve customers large amounts of hard alcohol and encourages dancers to overserve when customers are in blackouts, so Club 180 could overcharge their credit cards by hundreds or even thousands of dollars.

11) This alcohol was typically purchased by Matt at Costco and included large bottles of Kirkland brand vodka.

12) One customer posted a review online stating that he was drugged and robbed of $5,000 at Club 180.

13) On or around November 10, 2024, a dancer Nea gave a customer around 10 – 15 shots in 30 minutes, which could have caused alcohol poisoning.

14) I informed the owner Matt about this in writing, and he took no action.

15) In fact, any time I told the owner Matt about illegal, unethical, or unsafe activities at Club 180 he blew it off and told me not to worry about it.

16) He often said that he just needed to make it another 6 – 8 months to finish his divorce with Miroslava Kotsan, his former wife and business partner.

17) The most serious offense is that they allowed at least one of their dancers, Marie, to drug, overserve alcohol and rob customers.

18) The dancer Skye may have been doing this as well.

19) Marie worked around 3 days per week at Club 180 since it opened.

20) She has also danced at the Spearmint Rhino in Carter Lake where she also has a reputation for drugging customers.

21) Marie was given special treatment in part because she was having sex with the manager David Ekdahl, who replaced Miroslava as manager after she left Club 180.

22) One of Marie's customers was Gordon Brummel who came to Club 180 the night of September 14 or early morning September 15, 2024.

23) At the time I didn't think anything of it, but I did see Marie put something in Mr. Brummel's mouth during the course of their private dance.

24) It's common for a dancer to put a mint, piece of candy, or gum in a customer's mouth, but in light of the information I have now received, it's clear that Marie drugged Mr. Brummel.

25) I was recently told Mr. Brummel's toxicology report was positive for a "date rape"drug.

26) Matthew Longcor knew about this and told me not to say anything as he was contacted directly by Mr. Brummel's family.

27) Matt refused to provide the widow Kristen and Mr. Brummel's sister with any of the video recordings from that night, claiming the cameras weren't working.

28) The family claimed that Brummel was overcharged over $1,000 in unusual increments by Club 180 and that his wallet was left at the club.

29) Marie gave Mr. Brummel a screenshot of her Venmo and/or Cashapp to send money in the future.

30) In September 2024, Matt was operating the Club 180 phone number and email, so he is the individual who told the family of the deceased that there was no camera footage from the night of the incident and that Club 180 did not find the wallet of Mr. Brummel.

31) Bryan Buckley was another customer who claimed he was overcharged on his Apple Pay and Debit Car by the dancer Marie and Club 180.

32) Club 180 frequently overcharged customers and customers frequently charged back on their credit/debit cards.

33) I am aware of at least 10 chargebacks, the biggest one being around $8,000.

34) On the night of February 17, 2024, and/or early morning of February 18, 2024, Joshua Kuhl from Carter Lake, Iowa was overserved alcohol at Club 180 and crashed and killed someone on his way home.

35) He was at Club 180 for at least two hours with a male and female friend.

36) Mr. Kuhl's BAC was 0.192, which is more than double the legal limit.

37) He was convicted of motor vehicle homicide and sentenced to 32 – 40 years in prison.

38) The reason I know about this is because I read about the accident in the news and recognized that Mr. Kuhl had been at Club 180 on the night/early morning immediately before the accident occurred.

39) Recruiting dancers was primarily done by Miro and Ellie.

40) In the same way that Ghislaine Maxwell worked with sex trafficker Jeffrey Epstein, Miroslava Kotsan used her looks, charm, and social status to recruit dancers from Club 180 and for sex and drug parties held by Matt and Miro.

41) Ellie Jaek also performed these services for Club 180 and its owners.

42) Miro operated Club 180's group-chats online from the time they opened until sometime in 2024.

43) Miro taught the dancers how to recruit other dancers and customers.

44) She told the dancers to lie during Berkshire Hathaway annual conference when recruiting customers and to not say they were exotic dancers.

45) Miro told the dancers how to identify who the wealthiest attendees were based upon their Berkshire Hathaway badges.

46) Matt and Miro have taken Club 180 dancers to Vegas for prostitution, including dancers under age 21 with fake IDs.

47) I took a video of Matt having sexual intercourse with a dancer Skyla on the stage at Club 180.

48) Matt gives Skyla free cocaine in exchange for sex.

49) I took another video of Matt cutting and snorting cocaine with a young female customer in private room at Club 180 while he groped and molested her.

50) It was very clear that Matt, Miro, Marley Nygaard, Jamaal and their partners and friends were bringing cocaine to dancers for consumption in the ladies' restroom, the blind spot in the hallway, and the back room.

51) Dancers in the group chat have expressed concern with the "coke problem" at Club 180.

52) James (Jim) Pull was caught snorting cocaine at Club 180 many times, but when I tried to kick him out the owner Matt told me not to.

53) Eric Havermann acted like an owner of Club 180, telling security, the hostess, and dancers what to do and threatening to fire people.

54) One of Eric's close friends Michael Allen (which may be an alias), came to Club 180 frequently after it opened and both acted like they owned the place, in fact, Eric once said, "I own the place."

55) Eric and Michael told people what to do, entered the ladies' dressing room without permission, served alcohol to dancers and customers, and did cocaine at Club 180.

56) Matt and his son Ayden Longcor sometimes told me not to watch certain cameras if illegal activities were taking place.

57) When I reported illegal activities to Matt and Miro, they ignored my reports and told me that they "weren't worried about it."

58) Club 180 does not appear to have liability insurance and doesn't provide medical benefits, worker's compensation insurance or any employee benefits, paying me $25 per hour in cash and other security guards $20 per hour.

59) Matt and Miro's employees, partners, friends, and regular customers include Manager David Ekdahl, DJ Nicholas Scalise dba DJ Next1 and DJ Jerry Brothers, friends and/or silent partners Eric Havermann, Michael Allen, Marley Nygaard, Ellie Jaeke, father and son Chad and Roman, drug dealers David Looloo, Jamaal and Jalil, security guards including Connor Kirsh, Sam Warnock, Michael Huff, Antonio, and Billy (an alias) and Kyron O'Brien, owner of the Voodoo Bar.

60) These people participate in some or all of the following acts including prostitution, sex trafficking, cocaine consumption, and drug trafficking, as well as allowing and coercing dancers and customers to participate in these activities at Club 180 and other locations.

61) Some Club 180 dancers provide alcohol directly to customers, often overserving them on purpose to take advantage of them.

62) Many dancers were subject to crude, sexual language by Matt, Eric and their partners and friends, as well as being smacked and forced to drink hard alcohol.

63) Matt, Eric, Ayden, Roman and other men and teenagers would often enter the dancers' dressing room to creep on the dancers while they were nude.

64) Many dancers were taken advantage of and exploited while under the influence of drugs and alcohol provided by Matt, Eric and their partners and friends.

65) Many Club 180 dancers participated in non-consensual sex with Matt and others at Club 180 while under the influence of drugs and/or alcohol.

66) Many dancers were introduced to cocaine by Matt, Eric and their friends and became addicted to it as a result.

67) Matt, Eric and their partners and friends recruited dancers from other clubs, on the internet, and at bars and lounges in Omaha, including Voodoo Bar.

68) I found cocaine on a table that was being used by Matt and Eric.

69) When Marley Nygaard came to the club on many occasions, it was clear she was delivering cocaine as four or five dancers would immediately follow her into the restroom and come out wiping their noses and behaving like they were high.

70) Eric was banned from the Spearmint Rhino for recruiting dancers for Club 180, including Skyla.

71) I provided security at a sex party in West Omaha about four months ago from around 5:00 – 9:00 pm.

72) It was a sex and drug party at Eric Havermann's house with at least 15 dancers and 20 older men with no boyfriends allowed.

73) It is widely known that Matt and Miro have been throwing these sex and drug parties for the past 5 – 6 years.

74) Matt says that he is protected by people in the district attorney's office and with SWAT.

75) I've been told by multiple sources that many of these same people hold weekly poker parties with prostitution and drugs on Sundays at Krush Ultra Lounge (formerly the

Throwback) with dancers from Club 180 as well as similar parties at other locations in the Omaha Metropolitan area.

76) The music at Club 180 disturbs the residential neighbors behind the club and the commercial neighbors in R Plaza.

77) Club 180 received over 10 noise complaints from the police when I was there that were made by residential neighbors late at night or early in the morning.

78) The decibel range inside was 90 – 100 and outside was often 70 or more generated by the DJ Nick, which I can measure with an app on my phone.

79) Nick had a bad reputation for playing the music too loud at Club 180, despite receiving many warnings.

80) The homeowners behind the club have complained to the authorities repeatedly about the music that is often played until 5:00 am, but Matt said he didn't care.

81) Nick was reprimanded multiple times for "tip shaming" which refers to his acts of being abusive verbally to dancers to obtain tips.

82) He said things like, "I guess you need the money more than me," or "I play the music you want so you should tip me1"

83) Some of the dancers who are involved in drugs and prostitution include Stormie, Amira, her friends Persuasia and Pretty P., and Kino with her roommate Latoya.

84) I have confiscated two fake ID's from Persuasia, which are accepted by Club 180 and Voodoo Bar, who have both allowed her to consume alcohol illegally for the past 16 months.

85) Kino's boyfriend David Looloo is a drug dealer who drives a Maserati and comes to Club 180 on a regular basis.

86) Dancer Mysol (real name Jennifer Dominguez-Paumier) obtained a restraining order against her ex-boyfriend Jamaal (real name Abdul J. Rahmanzai), but Matt lets Jamaal into the club to distribute cocaine and violate the court order.

87) On one occasion they actually made Mysol leave the club when Jamaal came.

88) I've been told that Jamaal and his partner Jalil sell cocaine to Matt, Eric and their partners and friends and that they frequently travel to the Middle East.

89) Matt and Miro have been purchasing Kirkland brand vodka and tequila from Costco, storing them in cardboard boxes and selling these bottles illegally for $60 - $100.

90) I took photographs of several of these bottles stored at Club 180 for sale and to be given away.

91) Matthew's son Ayden got fake IDs for himself as well as dancers and customers including dancer Stormie and Ayden's friend Max.

92) Ayden brought other underage customers to Club 180, including minors ages 18 – 20, and high school kids as young as age 17 and possibly younger.

93) When minors under 21 were given wristbands to prevent them from drinking alcohol, Matt would often cut off the wristbands so they could drink.

94) At least four or five dancers and more than five customers claimed to be shorted on singles by Club 180 when I was there.

95) Ayden admitted that Club 180 was stealing $10 from every $100 bundle that the dancers and customers received because, "that's what other clubs do."

96) I heard that some of the girls were complaining about receiving counterfeit $100 and $20 bills from the front desk at Club 180.

97) Club 180 was recently told by a police officer that they were disappointed in the manner the club was being operated.

98) I was told by Bravo1 Security that a task force with the Omaha Police Department is investigating the illegal activities of Club 180.

99) The dancers I remember from Club 180 are Addie, Amira, Anastasia, Aria, Aubrey, Brittney, Cleo, Daisy, Desire, Indie, Ivey, Jessie, K-Baby, Kimberly, Kino, Malibu, Marie, Marissa, Mysol, Mina & Mae, Miranda, Nea, Persuasia, Pretty P, Raine, Rose, Sapphire, Savannah, Selena, Sienna, Skye, Skyla, Starr, Stormie, Tequilah, Tiny, Trixie, Violet, and Winterr.

100) Most of these dancers were fired from other clubs and came to Club 180 where anything goes.

101) Once I realized there were illegal activities at Club 180, I began recording them to protect myself and I retained an attorney.

102) Around 10:00 pm on Wednesday, March 5, 2025, Matt gave a customer cocaine and she was snorting lines at the front of the club in open view of the club and the cameras.

103) I said to Matt, "with everything going one how can you allow this?"

104) When Matt took no action, I quit on the spot and left Club 180.

105) I asked the owner of Bravo1 Security if we could call the police.

106) He told me that he had a meeting scheduled that Friday afternoon with the Douglas County Sheriff's Office and that we should wait until then to take action.

107) However, on Friday afternoon there was no meeting and Bravo1 Security never set up a meeting with me and the authorities.

108) After resigning from Club 180, I filed a police report against Matthew Longcor for threatening me and my attorney.

109) The threats were so alarming, that I purchased additional ammunition for my firearms to protect me in my home and I conceal and carry a gun when I am out in public.

110) I never participated in any of the illegal activities at Club 180, including drugs or prostitution.

FURTHER AFFIANT SAYETH NOT.

STATE OF NEBRASKA )
) ss.
COUNTY OF DOUGLAS )

(AFFIANT)

Subscribed and sworn to before me this 14th day of April, 2025 by

GENERAL NOTARY - State of Nebraska
WARREN A YOUNG
My Comm. Exp. October 26, 2028

Notary Public