UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

CHUCK STREBLOW, KRISTEN ROZMIAREK, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, CASEY ROWE, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 6, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,

Plaintiffs,

versus,

CLUB 180, AM314, LLC, IRISHMEN 180, LLC, TOAST, INC., MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, JAMES PULL, DAVID EKDAHL, ELLIE JAEKE, MARLEY NYGAARD, BLAIKE KOCA, JESSICA RICHARDSON, BROOKE LEIBERT, LANIE WILSON, KATHERINE TEDI SMITH, BREAUNA HOFFMAN, PATIENCE ELIZABETH, ELENA RHODD-MORALES, CHRISTINA CRAFT, BRITTNEY DINOVO, KIARA MORALES, TANEA WHITE, A. JANSEN aka PERSUSIA, EVRON, INC., 7 OAKS INVESTMENT CORP., HIGHLAND ASSOCIATES, INC., CTS, LLC, NANCY WAGGENER, PAUL WAGGENER, VOODOO LOUNGE, INC., BRAVO1 SECURITY, INC., MICHAEL ELAYAN, STU SLEEPER aka STUPAC X, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE, LLC dba KRUSH ULTRA LOUNGE, IVON PENNY, ECHO, AMIRA, JESSIE, SANTANA, CHAD, ROMAN, and JOHN & JANE ROES #1– 50,

Defendants.

**Case No. 8:25-cv-00241-JFB-RCC**

**AFFIDAVIT OF PLAINTIFF KRISTEN ROZMIAREK**

I, Kristen Rozmiarek, swear and affirm under penalty of perjury that the following statement is true and accurate:

1) On the night of September 14, and/or early morning September 15, 2024, my husband Gordon Brummel went to Club 180, I believe for the first time, he never returned home.
2) He was involved in a one vehicle car accident on his way home at around 3:49 am.
3) He died two days later in the hospital, leaving myself, his stepdaughter and his friends and family traumatized, as well as leaving his now 4-month-old daughter without a father.
4) My husband never got the chance to meet his unborn child and my child will now grow up without a father.
5) My husband's medical records indicate he had a dangerously high blood alcohol content (approximately 0.28).
6) The doctor told me that he shouldn't have even been conscious.
7) There was also Benzodiazepine in his system.
8) The sedative Rophynol (the date rape drug) shows up on a toxicology report as a Benzodiazepine and there have allegedly been reports of others being drugged at Club 180.
9) Additionally, my husband's credit and bank cards were charged over $1,000, one charge alone being over $500.
10) We reached out to Club 180 for video footage either of him in the business or leaving and they claimed that their cameras were "not working at the time."
11) I believe that I corresponded with the owner Matt Longcor.
12) My husband's wallet had a GPS tracker, and it pinged from Club 180 after he left.

13) Either he lost it at Club 180, or it was stolen from him but in either event, the wallet was never returned.

14) My husband took a picture of the dancer Marie's Venmo account that night, presumably to send her money in the future.

15) I don't think it's a coincidence that a dancer who is drugging customers has a screenname of "Go home hazy…" like it's some inside joke that she drugs customers and sends them home "hazy."

17) I didn't have enough information before to go to the police, but now that I have confirmed that Club 180 was drugging customers and overserving them alcohol, I am going to have the dancer and owner prosecuted for manslaughter.

18) I am also going to sue Club 180 for wrongful death in a separate civil lawsuit.

19) Club 180 should be closed to protect the public and the dancer Jessica Richardson aka Marie and owner Matthew Longcor should be prosecuted for the manslaughter of my husband.

FURTHER AFFIANT SAYETH NOT.

STATE OF NEBRASKA )
) ss.
COUNTY OF DOUGLAS )

____________________
(AFFIANT)

Subscribed and sworn to before me this 18th day of April, 2025 by Kristen Rozmiarek

GENERAL NOTARY - State of Nebraska
DANIELLE WEYER
My Comm. Exp. February 16, 2028

____________________
Notary Public