UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

CHUCK STREBLOW, KRISTEN ROZMIAREK, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, CASEY ROWE, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,

Plaintiffs,

versus,

CLUB 180, AM314, LLC, IRISHMEN 180, LLC, TOAST, INC., MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, JAMES PULL, DAVID EKDAHL, ELLIE JAEKE, MARLEY NYGAARD, BLAIKE KOCA, JESSICA RICHARDSON, BROOKE LEIBERT, BREAUNA HOFFMAN, TEAONA MASON, LANIE WILSON, KATHERINE TEDI SMITH, PATIENCE ELIZABETH, ELENA RHODD-MORALES, CHRISTINA CRAFT, BRITTNEY DINOVO, KIARA MORALES, TANEA WHITE, SKYLAR DICKEY, JANAE BALT, A. JANSEN aka PERSUSIA, AMIRA, OCTAVIA, JESSIE, SANTANA, SAPPHIRE, WINTER, MIREYA, TINY, ECHO, EVRON, INC., 7 OAKS INVESTMENT CORP., HIGHLAND ASSOCIATES, INC., CTS, LLC, NANCY WAGGENER, PAUL WAGGENER, VOODOO LOUNGE, INC., KYRON O'BRIEN, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, STU SLEEPER aka STUPAC X, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE, LLC dba KRUSH ULTRA LOUNGE, IVON PENNY, CHAD, ROMAN, and JOHN & JANE ROES #1– 50,

Defendants.

**Case No. 8:25-cv-00241-JFB-RCC**

**AFFIDAVIT OF PLAINTIFF KIMBERLY HERNANDEZ**

I, Kimberly Hernandez, swear and affirm under penalty of perjury that the following statement is true and accurate:

1) I am over the age of 21 and am a resident of the City of Omaha, Nebraska.
2) I've been an exotic dancer in the Omaha Metropolitan area for close to two years.
3) I'm a single mother who works hard to support her children.
4) I started dancing at the gentlemen's clubs Spearmint Rhino in Carter Lake, Iowa and Lipstix in Council Bluffs, Iowa.
5) Shortly after it opened December 2023, I began dancing at a Club 180, which operated out of the former home of the Two Fine Irishmen Bar & Grill in West Omaha at 18101 R Plaza.
6) Over the past 15 months, I danced at Club 180 approximately 90 shifts.
7) I do not do drugs, but I was aware that many dancers and customers at Club 180 were doing cocaine and pills.
8) It was common knowledge that dancers would gather in the ladies' restrooms to consume cocaine, because there are no cameras there.
9) It was common knowledge that some of the girls at Club 180 would drug customers to take advantage of them.
10) One dancer in particular who drugged customers was the dancer Marie who also dances by the stage name Hazel.
11) I heard she had been arrested or reprimanded at the Spearmint Rhino for drugging a customer.
12) Dancers under the age of 21 consumed large amounts of alcohol at Club 180 when I was there.

13) Customers under the age of 21 including the owner's son Ayden Longcor were permitted to drink alcohol in Club 180.

14) After dancing on stage and being tipped, Club 180 would usually insist on collecting the money in a bucket.

15) After collecting it, they would often steal large amounts of money from the dancer.

16) What's more, they were caught paying girls and customers with counterfeit money on many occasions with fake $100 and $20 bills.

17) The co-owner Miroslava Kotsan used to scam dancers out of money by shorting them when paying dancers for private dances.

18) What Miro would do is fold up the money and hand it to the dancers who would trust that the amount was correct without counting.

19) When dancers did count their change they often discovered that Miro had stolen from them.

20) I was a victim of gender discrimination at Club 180 and discrimination based upon my ethnicity or national origin.

21) I was never paid wages by Club 180 but the male security guards, managers and male DJs were paid wages.

22) Club 180 never provided me with a 1099, W-2 or any tax forms but the male security guards were provided 1099's by Club 180.

23) I was told by Club 180 that I would be provided a 1099 IRS form for 2024 but when I requested it, they refused to give me one.

24) Male security guards and male customers were allowed to use their phones in Club 180 but female dancers were not allowed to use their phones.

25) The owner of Club 180 Matthew Longcor would tell the customers who to spend money on.

26) Matt had a group of dancers that were given special treatment including free cocaine and free "House."

27) "House" is the nightly fee charged by Club 180 to dance at their club and ranges from approximately $50 - $200 per night, depending on the day of week and the time the dancer signs in.

28) Dancers including Malibu, Rose, Violet, Amira, Asia, and Janae get free house and free cocaine from Matt in exchange for sex with Matt and his friends and customers.

29) Rose had a sexual relationship with the owner Matt and the manager Dave and was always disrespectful to me.

30) Malibu had a sexual relationship with a man named Adam who used to tip $1,000 or more on stage.

31) Malibu had a sexual relationship with the owner Matt and was always very mean to me and threatened to assault me.

32) Matt and Eric were racist, favoring white women over latinas and other dancers of color.

33) As a Latina dancer whose family descends from El Salvador, I felt like I was discriminated against based upon the color of my skin.

34) I am very petite and one of the smallest dancers in town, so it is very upsetting and intimidating to be threatened by other dancers who are many inches taller than me and outweigh me by 50 pounds or more.

35) Club 180 had policies that the other clubs I danced at do not have.

36) For example, at Club 180 dancers are allowed to leave the club with customers.

37) Club 180 dancers are allowed to consume large amounts of drugs and alcohol while they work.

38) Club 180 dancers use their own Venmo and Cashapp accounts to scam customers.

39) Club 180 takes advantage of intoxicated customers that are unable to consent to financial transactions.

40) On one occasion, one of the dancers Christina Craft (dancer name Skyla) was freaking out because she desperately needed cocaine.

41) After bugging me about it for a while she asked the owner's friend Eric for cocaine and he gave it to her and gave me a $100 bill to walk her to the bathroom and babysit her while she snorted it in the big stall in the restroom.

42) On one night, on or around March 14, 2024, I was dancing on stage and there were no security guards. The only person there was the DJ Nicholas Scalise.

43) Despite the fact that there were four men breaking the rules by groping me, trying to kiss me and harassing me, Mr. Scalise did nothing to stop them or protect me.

44) Nick Scalise had sexual relationships with several dancers at Club 180.

45) The dancer Mysol was dating the drug dealer Jalil who broke into her apartment and stole $4,800.

46) Even after Mysol got a restraining order against Jalil, Club 180 still let him back into the club when she was dancing there even though she feared for her life.

47) Dancers from Club 180 are sometimes followed home by customers.

48) Rose and Stormie got tattoos of the drug dealers Jalil and Jamaal, who are regular customers at Club 180.

49) I was invited to a New Year's Eve party thrown by Club 180 on the night of December 31, 2023.

50) Despite the fact that I was the only dancer working that night (the other girls were there in a personal/social capacity), I still had to split all my tips with the other girls.

51) I was invited to work at a poker party at Throwback Lounge on a Sunday night when the bar was closed to the public.

52) Club 180 had a Hawaiian themed AirBnB Party on August 10, 2024.

53) I was invited to a party on a party bus where I worked and was mistreated.

54) While I did nothing wrong, I was fired from Club 180 in March 2025, because the dancer Violet didn't like me.

55) Violet has also threatened me when I work at Club 180 and the Spearmint Rhino.

56) Violet defamed me by accusing me of having sex with customers in the back rooms when this was 100% false.

57) The Club 180 manager Dave Ekdahl said that I wasn't, "down for the club."

58) The dancers who were "down for the club" had sexual relationships with Matt, Eric, Nick, Dave, Chad, and/or Jim and their friends.

59) I stopped dancing at Club 180 in March 2025, and I am scared to return there to clean out my locker.

60) Club 180 should be closed due to the dangers it poses to its dancers, customers, neighbors and the general public.

FURTHER AFFIANT SAYETH NOT.

STATE OF NEBRASKA )
) ss.
COUNTY OF DOUGLAS )

Kimberly H.
(AFFIANT)

Subscribed and sworn to before me this 9th day of April, 2025 by Kimberly Hernandez

GENERAL NOTARY - State of Nebraska
ANEESH BHATTARAI
My Comm. Exp. February 21, 2027

Notary Public