UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

CHUCK STREBLOW, KRISTEN ROZMIAREK, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, CASEY ROWE, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,

Plaintiffs,

versus,

CLUB 180, AM314, LLC, IRISHMEN 180, LLC, TOAST, INC., MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, JAMES PULL, DAVID EKDAHL, ELLIE JAEKE, MARLEY NYGAARD, BLAIKE KOCA, JESSICA RICHARDSON, BROOKE LEIBERT, BREAUNA HOFFMAN, TEAONA MASON, LANIE WILSON, KATHERINE TEDI SMITH, PATIENCE ELIZABETH, ELENA RHODD-MORALES, CHRISTINA CRAFT, BRITTNEY DINOVO, KIARA MORALES, TANEA WHITE, SKYLAR DICKEY, JANAE BALT, A. JANSEN aka PERSUSIA, AMIRA, OCTAVIA, JESSIE, SANTANA, SAPPHIRE, WINTER, MIREYA, TINY, ECHO, EVRON, INC., 7 OAKS INVESTMENT CORP., HIGHLAND ASSOCIATES, INC., CTS, LLC, NANCY WAGGENER, PAUL WAGGENER, VOODOO LOUNGE, INC., KYRON O'BRIEN, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, STU SLEEPER aka STUPAC X, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE, LLC dba KRUSH ULTRA LOUNGE, IVON PENNY, CHAD, ROMAN, and JOHN & JANE ROES #1– 50,

Defendants.

**Case No. 8:25-cv-00241-JFB-RCC**

**AFFIDAVIT OF PLAINTIFF CASEY ROWE**

Casey Rowe, owner of the American Dream hereby swears and affirms the following statement is true and accurate:

1) I was born in Las Vegas, Nevada and moved to Nebraska in 1991.
2) I bought the American Dream Bar from Dennis Haecke in 2002 and have operated it since that time at two locations.
3) The first location was at 2607 S. 120th Street, Omaha, NE 68144.
4) I moved to my current location at 7402 F Street, Omaha, NE 68127, in November 2013.
5) I was the head of the Nebraska organization for America's Ride in 2002 and 2003 where we did fundraisers for victims of September 11th.
6) I was the recipient of the America's Ride Proclamation and the City of Omaha gave me the "Key to the City" and a proclamation for the State.
7) I have been an ordained minister in Omaha since 2005 and have officiated approximately 14 wedding ceremonies.
8) I worked with the FBI to take down a human trafficking ring in 2008.
9) I've been a community advocate that has worked with multiple organizations regarding sex trafficking.
10) I'm a consultant for ministries for women that have been trafficked and abused.
11) I was a life coach and youth minister for the Way International Church out of Knoxville, Ohio.
12) For over 20 years, I have been working with Boys and Girls Clubs through their big brothers and sisters mentoring program.

13) I worked with the South Omaha campus of the Boys and Girls Club as a volunteer in their mentorship program for 7 years.

14) I've worked as a consultant with the State of Nebraska regarding rules and enforcement for liquor licensees.

15) I have worked with numerous non-profit organizations.

16) Church ladies have been coming to the American Dream twice a month for six years to meet with dancers to make sure they are safe and treated well.

17) The American Dream was the first location for the Douglas County Health Department's Testandgo vending machines that provide free STI/HIV testing kits, condoms, Narcan drug overdose kits, and other free services.

18) This was the first of five kiosks in the City of Omaha, installed in 2024.

19) Multiple people typically use this kiosk in the American Dream parking lot every day.

20) Club 180 opened in December 2024, approximately a 10-minute drive from the American Bar.

21) On December 22, 2024, my DJ posted online that there were no dancers at the American Dream.

22) We opened on Saturday, December 23, 2024, but only had two dancers.

23) We closed Sunday and Monday, because we had no dancers.

24) On Tuesday December 26, 2024, we had only one dancer, so two of my wait staff danced as they had been dancers previously.

25) It was the worst week of my life operating the American Dream.

26) We barely made $3,000 that week, when we typically did between $16,000 and $20,000 on Christmas week.

27) Wednesday – Friday we only had three dancers and six that Saturday, but only because I hired new dancers.

28) For the following month we had only 2 – 8 dancers per night when we previously had approximately 15 – 20.

29) On January 3, 2024, I sent a group text to the dancers to see which dancers had left the American Dream and who would be coming back.

30) I reached out to my contact at the FBI on January 24, 2024, because I had already heard about illegal stuff at Club 180.

31) In 2024, customers from my bar often told me that they were going to Club 180.

32) When Club 180 opened had 45 – 65 dancers.

33) As a result of Club 180 recruiting my dancers, I had to hire less desirable dancers, including Cubans who couldn't speak English.

34) I estimate that I grossed approximately $200,000 less in 2024 than 2023, due to Club 180.

35) A major part of this financial loss was sustained between January and April 2024.

36) These losses are supported by beer and liquor sales.

37) Ivon Penny was hired by me as a DJ in June 2024 and thereafter, recruited my dancers for illegal private AirBnB photos shoots and sex parties along with Club 180 dancers.

38) I now have approximately 46 dancers with around 25 regular girls plus drop ins.

39) My business has still not recovered from the losses that have been caused by Club 180 as they have recruited many of my dancers and customers.

40) It's impossible for me to compete with Club 180 since I am a legal business and they allow cocaine consumption, prostitution, and they allow underage dancers and customers to consume alcohol.

FURTHER AFFIANT SAYETH NOT.

STATE OF NEBRASKA )
) ss.
COUNTY OF DOUGLAS )

(AFFIANT)

Subscribed and sworn to before me this 17 day of April, 2025 by Casey Rowe

State of Nebraska – General Notary
RACHEL A. GIFFORD
My Commission Expires
March 5, 2029

Notary Public