UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

CHUCK STREBLOW, KRISTEN ROZMIAREK, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, CASEY ROWE, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,

Plaintiffs,

versus,

CLUB 180, AM314, LLC, IRISHMEN 180, LLC, TOAST, INC., MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, JAMES PULL, DAVID EKDAHL, ELLIE JAEKE, MARLEY NYGAARD, BLAIKE KOCA, JESSICA RICHARDSON, BROOKE LEIBERT, BREAUNA HOFFMAN, TEAONA MASON, LANIE WILSON, KATHERINE TEDI SMITH, PATIENCE ELIZABETH, ELENA RHODD-MORALES, CHRISTINA CRAFT, BRITTNEY DINOVO, KIARA MORALES, TANEA WHITE, SKYLAR DICKEY, JANAE BALT, A. JANSEN aka PERSUSIA, AMIRA, OCTAVIA, JESSIE, SANTANA, SAPPHIRE, WINTER, MIREYA, TINY, ECHO, EVRON, INC., 7 OAKS INVESTMENT CORP., HIGHLAND ASSOCIATES, INC., CTS, LLC, NANCY WAGGENER, PAUL WAGGENER, VOODOO LOUNGE, INC., KYRON O'BRIEN, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, STU SLEEPER aka STUPAC X, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE, LLC dba KRUSH ULTRA LOUNGE, IVON PENNY, CHAD, ROMAN, and JOHN & JANE ROES #1– 50,

Defendants.

**Case No. 8:25-cv-00241-JFB-RCC**

**AFFIDAVIT OF PLAINTIFF MARY BLECHSCHMIDT**

I, Mary Blechschmidt, swear and affirm under penalty of perjury that the following statement is true and accurate:

1) At my friend's invitation, I went to Two Fine Irishmen/Club 180 located at 18101 R Plaza, Suite 107, Omaha, NE 68135, on the early morning of February 22, 2025.
2) At approximately 3:00 am, I tried to enter the ladies' restroom and though the door was not locked, someone was blocking it.
3) When I entered the ladies' restroom moments later, I observed 5 or 6 dancers who were clearly in the process of finishing up snorting cocaine.
4) I could tell this based upon the white powder around their noses and mouths and the excited, manic way in which they were acting.
5) I also subsequently was told that the Club 180 dancers do cocaine in the restroom because there are no cameras there.
6) After I entered the restroom, the dancers began yelling at me and were abusive with one assaulting me.
7) I had large bruises all over my body from being attacked and I was treated at a local hospital for my injuries.
8) I have photographs of my bruises.
9) I left Club 180 after the incident and I am pressing charges against the dancer Ash Heckman (dancer name Marissa) who assaulted me.
10) I joined this lawsuit to recover damages for myself and to help protect people from being harmed in the future by Club 180.
11) Club 180 is a scary, dangerous place that should be closed for the safety of the people of Omaha.

FURTHER AFFIANT SAYETH NOT.

STATE OF NEBRASKA )<br>
) ss.<br>
COUNTY OF DOUGLAS )

(AFFIANT)

Subscribed and sworn to before me this 19 day of May, 2025 by Mary Blechschmidt

GENERAL NOTARY-State of Nebraska<br>
MALLORY CANIGLIA<br>
My Comm. Exp. October 31, 2027

Notary Public