UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

CHUCK STREBLOW, KRISTEN ROZMIAREK, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, CASEY ROWE, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,

Plaintiffs,

versus,

CLUB 180, AM314, LLC, IRISHMEN 180, LLC, TOAST, INC., MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, JAMES PULL, DAVID EKDAHL, ELLIE JAEKE, MARLEY NYGAARD, BLAIKE KOCA, JESSICA RICHARDSON, BROOKE LEIBERT, BREAUNA HOFFMAN, TEAONA MASON, LANIE WILSON, KATHERINE TEDI SMITH, PATIENCE ELIZABETH, ELENA RHODD-MORALES, CHRISTINA CRAFT, BRITTNEY DINOVO, KIARA MORALES, TANEA WHITE, SKYLAR DICKEY, JANAE BALT, A. JANSEN aka PERSUSIA, AMIRA, OCTAVIA, JESSIE, SANTANA, SAPPHIRE, WINTER, MIREYA, TINY, ECHO, EVRON, INC., 7 OAKS INVESTMENT CORP., HIGHLAND ASSOCIATES, INC., CTS, LLC, NANCY WAGGENER, PAUL WAGGENER, VOODOO LOUNGE, INC., KYRON O'BRIEN, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, STU SLEEPER aka STUPAC X, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE, LLC dba KRUSH ULTRA LOUNGE, IVON PENNY, CHAD, ROMAN, and JOHN & JANE ROES #1– 50,

Defendants.

**Case No. 8:25-cv-00241-JFB-RCC**

**AFFIDAVIT OF JOHN DOE SECURITY GUARD #1**

I, XXXXXXXXXXXXXXX, hereby swear and affirm under the penalty of perjury that the following statement is true and accurate:

1) I am a Nebraska resident who has worked as a security guard in Nebraska for XXXXXXXXXXXX.
2) From December 2023 to early February 2025, I worked as a security guard at Club 180.
3) The club typically has 150 customers on Friday and Saturday nights with 75 – 100 there at any given time.
4) On busy nights there are more than 150 people including staff and Club 180 often exceeds their 85-person occupancy load.
5) The weeknights we are open, Wednesday, Thursday, and Sunday are much slower.
6) I was paid XXX per hour plus tips, but tips were typically small and inconsistent.
7) I was required to carry a firearm when I worked at Club 180.
8) I had to pull my weapon more times at Club 180 than all other places combined, approximately six over the course of a year.
9) For the first four to six months, Club 180 was operated by owner Matthew Longcor and his wife Miroslava Kotsan.
10) Miro and Matt used to fight a lot verbally and it got physical a couple times.
11) Miro once threw a full bottle at Matt and Matt once shoved Miro to the ground.
12) In a fit of anger, Miro once ripped out wires in Club 180 and broke the credit card machine.
13) Miro would often come in with friends to get drunk as customers as well.
14) Matt's 17-year old son (now 19) Ayden Longcor worked at the club since the beginning.

15) Matt, Miro and their partners and friends recruited dancers from other clubs, off the streets, on the internet, and at bars and lounges in Omaha.

16) One of these places is the Voodoo Bar in West Omaha where Matt, Miro and their partners party and recruit dancers.

17) I saw snapchat videos from Eric filmed at the Voodoo Bar, including Amira and other dancers where they exposed their breasts and vaginas.

18) At least one of the girls who exposed herself was under the age of 21.

19) XXXXXXXXXXXXXXXXXX and Nicholas Scalise was the main DJ on Friday and Saturday nights at Club 180.

20) Other security guards and DJs have worked at Club 180 as well.

21) Matt's friend Eric Havermann came to Club 180 frequently since it opened.

22) Jim Pull came to Club 180 at least 2 – 3 times per month.

23) I saw Chad McMahon at Club 180 approximately 3 or 4 times.

24) Matt's friend Ty (or Tye) came to Club 180 once every week or two.

25) Tony Pham was a frequent customer at Club 180.

26) One of the original partners was a guy named Mike Allen that Chuck knows.

27) Lottie Laurent is the fictional name of a Club 180 manager that Matt and Miro used to reject applicants and for other purposes.

28) I was recently provided a 1099 by Club 180 for 2024 in the amount of XXXXXXXXXX XXXXXXXXXXX.

29) The company that issued the 1099 was AM314, LLC.

30) Female dancers were given W-9 tax forms as opposed to 1099's.

31) Dancers were subject to crude, sexual language by Matt and Eric Havermann.

32) Club 180 claims to be an exclusive membership club offering $1,000 annual memberships but to my knowledge, no $1,000 membership was ever sold.

33) Customers pay a $20 entry fee at Club 180.

34) The music at Club 180 disturbs the residential neighbors behind the club.

35) The homeowners behind the club have complained to the authorities repeatedly about the music that is often played until 5:00 am.

36) I walked to the neighbors' homes to gauge how loud the music was in the hope of accommodating the neighbors, but the Club 180 owner Matt told me that he didn't care and that the decibel range of the music was acceptable.

37) Matt and Miro allowed cocaine consumption in the restrooms, backroom and a blind spot in the hallway near the restrooms.

38) Matt told dancers there were no cameras in the restrooms so the underage dancers could drink alcohol there.

39) Matt and Miro told the dancers to do cocaine in those locations because there are no cameras.

40) Chuck Streblow found cocaine on a table that was being used by Matt and Eric.

41) Most of the dancers are widely known drug addicts and alcoholics who primarily consume hard alcohol, cocaine, and pills.

42) Matt and Miro told me and the other security guards and I to never call the police.

43) Matt and Miro allowed known drug dealers to come to Club 180.

44) Matt has sex with some of the girls and often fires them afterward.

45) I was told by a third party that Matt was having sex with non-dancer Marley Nygaard in front of people in exchange for cocaine, until Marley eventually got fed up and made him stop.

46) After dancers Mina and Mae were fired, they started having sex with Eric.

47) I have videos of Sienna giving Matt oral sex in the club.

48) I have videos of Matt giving oral sex to a customer in a dance room while her boyfriend was on the floor during operating hours.

49) Matt told me to turn off the cameras during these sex acts and there were at least four or five other times that Matt told me to turn off certain cameras to avoid filming illegal activities.

50) One time during operating hours another security guard walked into the restroom and observed Eric having intercourse with a woman while someone was watching.

51) I heard that the dancer Marie had drugged customers at Club 180 and the Spearmint Rhino in Carter Lake.

52) Dancer Amira is one of Eric Havermann's ex-girlfriends engaged in sex trafficking by recruiting girls and pimping girls out.

53) Dancers Persusia and Pretty P are friends of Amira and partners in crime.

54) After Amira tried to pimp out dancer Raine, she got mad and they had a falling out.

55) Dancer Malibu is a ringleader who has promoted Club 180 from the beginning.

56) Dancer Skyla is a Club 180 ringleader who dated Matt and does drugs.

57) Dancer Kino is engaged in drugs and prostitution with her roommate Latoya.

58) Dancer Winterr has an alcohol air lock on her car and is friends with Kino and Latoya.

59) Dancer Rose is on probation with an ankle bracelet. She recently got in a drunk driving accident while racing after getting drunk at Club 180.

60) Dancer Stormie is Rose's pretend "sister" who is close with Matt.

61) Matt, Ayden and the DJ Nick discriminated against the Asian dancer Starr.

62) I saw a snapchat video of Starr assaulting the dancer Desire in the Club 180 restroom, which turned into an ugly cat fight that lasted at least one or two minutes.

63) Matt and Miro have been purchasing vodka and tequila from Costco and selling bottles illegally for $60 - $100.

64) Matt required me to take the alcohol from his vehicle inside the club.

65) I provided security at an after-hours party in West Omaha for Club 180 owners and dancers.

66) Club 180 allows fake IDs from dancers and Matt's son Ayden.

67) Matt and/or Ayden got the dancer Stormie a fake ID.

68) Matt allowed his marijuana-dealing friend Roman to come to Club 180 to engage in underage drinking.

69) Matt and Miro allowed Ayden to consume alcohol at the club since he was 17 years of age.

70) Ayden's underage girlfriend worked with him at Club 180.

71) Club 180 does not require ID to enter. If someone has no ID and appears young, they are given a wristband.

72) Once inside, Matt will often cut off the wristbands of minors, some as young as 17, so they can consume alcohol.

73) Ayden brought other underage customers to Club 180, including minors ages 17 – 20.

74) Ayden may have brought customers to Club 180, that were age 16 and under.

75) Ayden advised me not to watch certain surveillance cameras at Club 180 where illegal activities were occurring.

76) Club 180 has been illegally charging credit cards through the company Toast under the false claim that they are still a bar and restaurant.

77) An Asian drug dealer named David Looloo who is friends with Tony Pham and drives a Maserati comes to Club 180.

78) A video was recently posted with David drinking an illegal bottle of alcohol at Club 180.

79) Multiple witnesses have seen Club 180 steal singles out of stacks of ones I have caught this on video.

80) Ayden told me that Club 180 steals $10 from every hundred-dollar stack because, "that's what the other clubs do."

81) The manager Dave Ekdahl was paid $600 with $100 stacks of one-dollar bills from Club 180 and it was approximately $60 short.

82) The dancers Violet and Marissa claimed to be shorted on singles by Club 180.

83) I took videos of Club 180 employees stealing 1's from hundred-dollar bundles.

84) Club 180 was recently told by a local police officer that they were disappointed in the manner the club was being operated.

85) The dancers I recall working at Club 180 are Addie, Amira, Anastasia, Aria, Aubrey, Brittney, Daisy, Desire, Indie, Ivey, Jessie, K-Baby, Kimberly, Kino, Malibu, Marie, Marissa, Mysol, Mina & Mae, Miranda, Nea, Persuasia, Pretty P, Raine, Rose, Sapphire, Selena, Sienna, Skye, Skyia, Starr Playhouse, Stormie, Tequilah, Tiny, Violet, and Winterr.

86) Once I realized there were illegal activities at Club 180, I began recording them to protect myself and I started looking for another job.

87) As soon as I found another job, I quit due to the illegal activities at Club 180.

86) I never participated in any of the illegal activities at Club 180, including drugs or prostitution.

FURTHER AFFIANT SAYETH NOT.

STATE OF NEBRASKA )
) ss.
COUNTY OF DOUGLAS )

[redacted]

Subscribed and sworn to before me this 9th day of April, 2025 by [redacted]

Notary Public

GENERAL NOTARY - State of Nebraska
SUSHIL GUPTA
My Comm. Exp. September 10, 2028