UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

CHUCK STREBLOW, KRISTEN ROZMIAREK, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, CASEY ROWE, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,

Plaintiffs,

versus,

CLUB 180, AM314, LLC, IRISHMEN 180, LLC, TOAST, INC., MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, JAMES PULL, DAVID EKDAHL, ELLIE JAEKE, MARLEY NYGAARD, BLAIKE KOCA, JESSICA RICHARDSON, BROOKE LEIBERT, BREAUNA HOFFMAN, TEAONA MASON, LANIE WILSON, KATHERINE TEDI SMITH, PATIENCE ELIZABETH, ELENA RHODD-MORALES, CHRISTINA CRAFT, BRITTNEY DINOVO, KIARA MORALES, TANEA WHITE, SKYLAR DICKEY, JANAE BALT, A. JANSEN aka PERSUSIA, AMIRA, OCTAVIA, JESSIE, SANTANA, SAPPHIRE, WINTER, MIREYA, TINY, ECHO, EVRON, INC., 7 OAKS INVESTMENT CORP., HIGHLAND ASSOCIATES, INC., CTS, LLC, NANCY WAGGENER, PAUL WAGGENER, VOODOO LOUNGE, INC., KYRON O'BRIEN, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, STU SLEEPER aka STUPAC X, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE, LLC dba KRUSH ULTRA LOUNGE, IVON PENNY, CHAD, ROMAN, and JOHN & JANE ROES #1– 50,

Defendants.

**Case No. 8:25-cv-00241-JFB-RCC**

**AFFIDAVIT OF JOHN DOE SECURITY GUARD #2**

Security Guard #2, swears and affirms under penalty of perjury that the following statement is true and accurate:

1) I worked as a part-time security guard at Club 180, located at 18101 R Plaza, Omaha, NE 68135, over a period of several weeks.
2) During that time, I observed a lot of illegal activities that were permitted.
3) On three or four occasions I saw dancers give hand jobs to customers in private dances for which they are paid extra, including the dancer Mina
4) The dancer Marie used to beat up customers and often passed out at the club.
5) On one occasion I caught a customer having sex with a dancer Nea.
6) Dancer Jessie was dating a customer who was a drug dealer Abdul Rahmanzai aka Jamaal who became friends with the owner Matthew Longcor.
7) Underage dancer Rose does cocaine and drinks alcohol at Club 180.
8) Underage dancer Stormie is permitted to drink alcohol at Club 180.
9) Underage dancer Desire is permitted to drink alcohol at Club 180.
10) Underage dancer Persuasia is permitted to drink alcohol at Club 180 and use fake ID.
11) Dancer Malibu used to give hard alcohol to customers.
12) Hostess Blaike Koca was having sex with security guard Billy, which made the owner Matt angry and jealous.
13) The dancer Mysol was having sex with the DJ Nick.
14) The owner Matt has big trays of alcohol bottles left over from when Club 180 was the Two Fine Irishmen bar.
15) This alcohol is sold and given to customers and dancers including minors age 20 and under and some as young as age 17.

16) Club 180 often exceeds its legal occupancy of 85 people, usually after midnight on Friday and Saturday nights.

17) When I reported illegal activities, I was told not to worry about it or look the other way.

18) During my brief period at Club 180, I was required to pull my gun on 3 separate occasions due to serious dangers at the club.

19) I was sexually harassed by a dancer Indie who insisted on rubbing her body against me when I am a happily married, religious father.

20) When I informed the owner about the incident, he didn't take me seriously and did nothing about it.

21) Once I saw how poorly everything was managed, I stopped working as a security guard at Club 180.

FURTHER AFFIANT SAYETH NOT.

STATE OF NEBRASKA )
) ss.
COUNTY OF DOUGLAS )

[redacted]
(AFFIANT)

Subscribed and sworn to before me this 10 day of April, 2025 by [redacted]

Notary Public

GENERAL NOTARY - State of Nebraska
BICKEY K SAH
My Comm. Exp. April 01, 2029