UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

CHUCK STREBLOW, KRISTEN ROZMIAREK, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, CASEY ROWE, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,

Plaintiffs,

versus,

CLUB 180, AM314, LLC, IRISHMEN 180, LLC, TOAST, INC., MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, JAMES PULL, DAVID EKDAHL, ELLIE JAEKE, MARLEY NYGAARD, BLAIKE KOCA, JESSICA RICHARDSON, BROOKE LEIBERT, BREAUNA HOFFMAN, TEAONA MASON, LANIE WILSON, KATHERINE TEDI SMITH, PATIENCE ELIZABETH, ELENA RHODD-MORALES, CHRISTINA CRAFT, BRITTNEY DINOVO, KIARA MORALES, TANEA WHITE, SKYLAR DICKEY, JANAE BALT, A. JANSEN aka PERSUSIA, AMIRA, OCTAVIA, JESSIE, SANTANA, SAPPHIRE, WINTER, MIREYA, TINY, ECHO, EVRON, INC., 7 OAKS INVESTMENT CORP., HIGHLAND ASSOCIATES, INC., CTS, LLC, NANCY WAGGENER, PAUL WAGGENER, VOODOO LOUNGE, INC., KYRON O'BRIEN, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, STU SLEEPER aka STUPAC X, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE, LLC dba KRUSH ULTRA LOUNGE, IVON PENNY, CHAD, ROMAN, and JOHN & JANE ROES #1– 50,

Defendants.

**Case No. 8:25-cv-00241-JFB-RCC**

**AFFIDAVIT OF JOHN DOE SECURITY GUARD #3**

swears and affirms under penalty of perjury that the following statement is true and accurate:

1) I worked as a part-time security guard at Club 180 at 18101 R Plaza, Omaha, NE 68135.
2) During that time, I observed a lot of illegal activities that were permitted, especially drugs and underage drinking.
3) The club was a free-for-all and I was told by the owner Matt to look the other way when anything illegal happened.
4) Security was told to not frisk or wand the owner or any of his friends.
5) The drug dealer Jamaal is at the club all the time.
6) One night I found bullets in the parking lot.
7) Another night a customer was badly beaten up by a dancer.
8) Club 180 allows gang members and drug dealers to come to their club.
9) The legal capacity of Club 180 is only 85 people, yet they allow hundreds of people in there at the same time.
10) During a special event in March 2025, there were over 200 people in the club after 2:00 am.
11) There were also only four security guards, which was not enough.
12) A big brawl broke out that night at the club and we had to pepper spray people.
13) While this was happening, the girls continued dancing and were not taken into the dressing room for their safety.
14) Club 180 allows minors under 21, and some as young as 17 or younger, to come into the club to drink alcohol.

15) If someone is under 21 or has no ID, they are given a wristband to signify that they can't drink, which is often cut off by the owner Matt.

16) I was told to never call 911 and when the cops did come, we were told to lock the club and handle all matters in the parking lot.

17) In February 2024, a customer at Club 180 brought a 1.75 liter bottle of vodka and consumed a significant amount.

18) He was kicked out for being aggressive with the dancers and crashed his car in the parking lot when he was leaving.

19) Once I began to feel unsafe, I quit at my first opportunity after giving notice.

FURTHER AFFIANT SAYETH NOT.

STATE OF NEBRASKA )
) ss.
COUNTY OF DOUGLAS )

(AFFIANT)

Subscribed and sworn to before me this 17 day of April, 2025 by ____________________

State of Nebraska – General Notary
RACHEL A. GIFFORD
My Commission Expires
March 5, 2029

Notary Public