UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

CHUCK STREBLOW, KRISTEN ROZMIAREK, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, CASEY ROWE, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,

Plaintiffs,

versus,

CLUB 180, AM314, LLC, IRISHMEN 180, LLC, TOAST, INC., MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, JAMES PULL, DAVID EKDAHL, ELLIE JAEKE, MARLEY NYGAARD, BLAIKE KOCA, JESSICA RICHARDSON, BROOKE LEIBERT, BREAUNA HOFFMAN, TEAONA MASON, LANIE WILSON, KATHERINE TEDI SMITH, PATIENCE ELIZABETH, ELENA RHODD-MORALES, CHRISTINA CRAFT, BRITTNEY DINOVO, KIARA MORALES, TANEA WHITE, SKYLAR DICKEY, JANAE BALT, A. JANSEN aka PERSUSIA, AMIRA, OCTAVIA, JESSIE, SANTANA, SAPPHIRE, WINTER, MIREYA, TINY, ECHO, EVRON, INC., 7 OAKS INVESTMENT CORP., HIGHLAND ASSOCIATES, INC., CTS, LLC, NANCY WAGGENER, PAUL WAGGENER, VOODOO LOUNGE, INC., KYRON O'BRIEN, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, STU SLEEPER aka STUPAC X, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE, LLC dba KRUSH ULTRA LOUNGE, IVON PENNY, CHAD, ROMAN, and JOHN & JANE ROES #1– 50,

Defendants.

**Case No. 8:25-cv-00241-JFB-RCC**

**WITNESS STATEMENT OF NEIGHBOR #1**

Neighbor #1 has requested to remain anonymous until this lawsuit is filed, but he/she has provided me with the following witness statement:

1) I am a longtime resident of a home next to Club 180 as well as a business owner in West Omaha.
2) Since Club 180 opened in December 2023, it has been a nuisance in the community that has driven away tenants and businesses and lowered property values.
3) The physical therapy business two doors from Club 180 relocated as a result of the strip club and that bay is now vacant.
4) There are other vacant bays in the vicinity of Club 180 that were occupied before they opened.
5) Before I go to sleep around 10:00 pm and early in the morning around 5:00 or 6:00 am when I walk my dog, I hear noise from the 180 building and parking lot including music, people, and vehicles.
6) Despite numerous calls to the police regarding Club 180's noise, to my knowledge they have not been ticketed under the good neighbor ordinance or any law for that matter.
7) Club 180 also has outdoor lights that I can see from my home which disturb me and my neighbors.
8) The customers of Club 180 also litter the parking lot and local area with bottles, cans and other garbage, including soiled condoms that I had to pick up from my neighbor's lawn.

9) I respectfully request that the City of Omaha revoke the certificate of occupancy of Club 180 due to the Nuisance they have created in the neighborhood five days per week for over a year.

Neighbor #1