# GROUP CHAT TEXTS ABOUT CLUB 180 "COKE PROBLEM"

Text in Group Chat by Nea / Tanea A White

+1 (402) 600-3307

Also what about the coke problem as well?

+1 (402) 616-1783

If you know there are multiple ladies in a stall doing cocaine, then notify security.