Joe Hunsucker
2 reviews

11 months ago

This started off fun but got drugged by one of the girls and my credit card got ran three times to over $5000 after saying it wasn't working!! Total scam!!!