3:41 69%

Christina

Saturday, Apr 27 • 4:25 PM

I went out there with Matt miro Eric this girl Blake and Eric choke slammed and threw me into a car because I wouldn't have sex with him and he was expecting me to but he was being so dirty and gross and I said that wasn't part

Text mes...

3:41 69%

Christina

said that wasn't part of this trip. I know I never explained the full extent but that's why I came home early because he also slapped me in the face and then he was trying to do really gross things and over power me and I just couldn't deal with i

Text mes...

3:41 69%

Christina ❤️

was trying to do really gross things and over power me and I just couldn't deal with it



Text mes...