# STATEMENT BY AMY HADAN FLEMING REGARDING SEX TRAFFICKING

***"I personally know a lady whose daughter was a dancer there and trafficked. She and others were offered (cocaine emojis) routinely and that's when they were taken advantage of…"***

---

**Don't Date Him, He Has DV and/...** ••• X

Amy Hadan Fleming · 1h ·

The old Two Fine Irishmen (180th & Q) is and has been a gentlemen's club DBA Club 180. I personally know a lady whose daughter was a dancer there and trafficked. She and others were offered routinely and that's when they were taken advantage of. Allegations of SA, trafficking and physical assault. Everything has been reported to the police, however there wasn't enough evidence (at the time) to prosecute. Several dancers and others hired an attorney and are suing them civially. This is who is included on the lawsuit. I'm not sharing this to debate whether any of the defendants are innocent as this is public information. I'm sharing for awarenes.

**coolbreeze402** • 3 mo. ago

Club 180 guy runs a sex trafficking ring and is also just a piece of shit. Not sure if he owns the other one.

4 Reply ...