**OMAHA, Neb. —** Police identified the 35-year-old man who died from his injuries after a crash in west Omaha last week.

The crash occurred near 204th and Dodge streets around 3:49 a.m. on Sept. 15.




Investigators said a 2018 Toyota Tacoma was traveling north when the driver, identified as Gordon Brummel, went off the road, over the median at the westbound on-ramp and crashed into a concrete bridge support.

The Tacoma then burst into flames and Brummel was ejected from the vehicle, Omaha police said.

He was taken to the hospital in critical condition, and died from his injuries on Sept. 17.

**H&P Notes (continued)**

| | |
|---|---|
| Yes +1 | Blood Alcohol Level >200 on presentation? |
| Unknown | Evidence of increased autonomic activity (HR > 120, tremor, sweating, agitation, nausea)? |

**Unable to assess PAWSS**

**Consults Notified**
Orthopedic surgery present at bedside @ 0432.
Neurosurgery called directly @ 0515

**Data Review:**

| BMP | | | | CBC | | | LFT | | Gases, other | |
|---|---|---|---|---|---|---|---|---|---|---|
| 149 | 118 | 13 | 7.7 | | 14.1 | | 5.1 | 191 | 7.35/28/293/15 \| 7.19/50/63/19 | |
| 4.0 | 15 | 0.94 | 105 | 13.7 | >< | 154 | 3.2 | 123 | Lactic: 3.9 | PTT: 34.8 |
| | | | | | 41.6 | | 0.9 | 43 | Procal: - | Mg: 1.6 |
| POC Gluc: 96 | | | | | | | | | Trop: - | PO4: 2.9 |
| | | | | | | | | | *Delta*: - | |
| D-dimer: - | | | | | | | | | CHF: - | INR: 1.0 |

No results found for requested labs within last 366 days.
EKG or telemetry findings: tachycardia
Lab and imaging as of 9/15/2024, 3:13 PM:

ETHANOL - Abnormal

| Result | Value | Ref Range |
|---|---|---|
| Alcohol, Bl | 284 (*) | <10 mg/dL |

DRUGS OF ABUSE SCREEN, RAPID URINE - Abnormal

| Result | Value | Ref Range |
|---|---|---|
| Benzodiazepines, Ur | Positive (*) | Negative |
| Cocaine Metabolite, Ur | Negative | Negative |
| Amphetamines, Ur | Positive (*) | Negative |
| Cannabinoids, Ur | Positive (*) | Negative |
| Opiates, Ur | Negative | Negative |
| Barbiturates, Ur | Negative | Negative |
| Methadone, Ur | Negative | Negative |
| Phencyclidine, Ur | Negative | Negative |
| Oxycodone, Ur | Negative | Negative |
| Fentanyl, Ur | Positive (*) | Negative |
| Buprenorphine metabolite, Ur | Negative | Negative |

CBC WITH DIFFERENTIAL AND PLATELET - Abnormal

| Result | Value | Ref Range |
|---|---|---|
| WBC | 20.6 (*) | 4.0 - 11.0 X10E3/uL |
| RBC | 5.14 | 4.30 - 5.90 X10E6/uL |
| Hemoglobin | 15.5 | 13.3 - 17.3 g/dL |
| Hematocrit | 46.6 | 39.0 - 52.0 % |
| MCV | 90.7 | 79.0 - 97.0 fL |
| MCHC | 33.3 | 32.0 - 36.0 % |
| RDW | 12.1 | 11.3 - 15.5 % |
| Platelet Count | 390 | 150 - 400 X10E3/uL |
| Differential Type | Manual Diff | |
| Automated Abs Neutrophil Cnt | 10.7 (*) | 1.3 - 7.5 X10E3/uL |

**ED Provider Note (continued)**

range)
midazolam (Versed) 1 mg/mL injection (has no administration in time range)
mvi, adult no.4 with vit K (MVI, adult no.1 with vitamin k) 10 mL, folic acid (Folvite) 1 mg in sodium chloride 0.9 % 500 mL IV (has no administration in time range)
thiamine (vitamin B-1) injection 500 mg (has no administration in time range)
Followed by
thiamine (vitamin B-1) tablet 100 mg (has no administration in time range)
Followed by
thiamine (vitamin B-1) tablet 100 mg (has no administration in time range)
fentaNYL citrate (PF)-0.9%NaCl (SUBLIMAZE) 1,250 mcg/25 mL continuous infusion (has no administration in time range)
fentaNYL bolus from infusion (has no administration in time range)
calcium chloride 100 mg/mL (10 %) injection (2,000 mg Intravenous Given 9/15/24 0430)
midazolam (Versed) injection (5 mg Intravenous Given 9/15/24 0434)
cefTRIAXone (Rocephin) 2,000 mg in sodium chloride 0.9 % 100 mL IV Mini-bag (2,000 mg Intravenous New Bag/Syringe 9/15/24 0437)
fentaNYL (Sublimaze) injection ( Canceled Entry 9/15/24 0500)
sodium chloride 3 % (HYPERTONIC SODIUM CHLORIDE) BOLUS 128.25 mEq (128.25 mEq Intravenous New Bag/Syringe 9/15/24 0440)

| | | |
|---|---|---|
| Alcohol, Bl | 284 (*) | <10 mg/dL |

All other components within normal limits

CBC WITH DIFFERENTIAL AND PLATELET - Abnormal; Notable for the following components:

| | | |
|---|---|---|
| WBC | 20.6 (*) | 4.0 - 11.0 X10E3/uL |
| Automated Abs Neutrophil Cnt | 10.7 (*) | 1.3 - 7.5 X10E3/uL |
| Manual Abs Neutrophil Cnt | 10.9 (*) | 1.3 - 7.5 X10E3/uL |
| Lymphocytes Absolute | 8.4 (*) | 0.7 - 3.9 X10E3/uL |
| Myelocytes Absolute | 0.2 (*) | 0 X10E3/uL |

All other components within normal limits

BASIC METABOLIC PANEL - Abnormal; Notable for the following components:

| | | |
|---|---|---|
| Chloride, Blood | 110 (*) | 98 - 107 mmol/L |
| CO2 | 17 (*) | 22 - 32 mmol/L |
| Calcium | 8.4 (*) | 8.6 - 10.4 mg/dL |

All other components within normal limits

CK - Abnormal; Notable for the following components:

| | | |
|---|---|---|
| Creatine Kinase | 534 (*) | 49 - 397 U/L |

All other components within normal limits

LACTIC ACID, VENOUS WHOLE BLOOD - Abnormal; Notable for the following components:

| | | |
|---|---|---|
| Lactic Acid | 5.6 (*) | 0.5 - 2.0 mmol/L |

All other components within normal limits

LACTIC ACID, VENOUS WHOLE BLOOD - Abnormal; Notable for the following components:

| | | |
|---|---|---|
| Lactic Acid | 4.6 (*) | 0.5 - 2.0 mmol/L |

All other components within normal limits

SODIUM - Abnormal; Notable for the following components:

| | | |
|---|---|---|
| Sodium, Blood | 147 (*) | 136 - 145 mmol/L |

All other components within normal limits

OSMOLALITY - Abnormal; Notable for the following components:

| | | |
|---|---|---|
| Osmolality | 349 (*) | 275 - 295 |

NDOT KEY NO.

**State of Nebraska**

# Investigator's Motor Vehicle Crash Report

Sheet 1 of 7

| | | | |
|---|---|---|---|
| TOTAL NO. OF VEHICLES: 1 | LOCAL NO./DISTRICT: 107 | AGENCY CASE NO.: AU08583 | PHOTOGRAPHS TAKEN? ☑ YES ☐ NO |
| INVESTIGATION MADE AT SCENE? ☑ YES ☐ NO | | | |
| DATE OF CRASH (M M / D D / Y Y Y Y): 09 / 15 / 2024 | S M T W TH F S: ☑ S | TIME OF CRASH (Military Time): 0349 | TIME OF ROADWAY CLEARANCE: 0630 |
| PLACE OF CRASH — COUNTY: Douglas | CITY: Omaha | SECONDARY CRASH? ☐ YES ☑ NO | LATITUDE: 41.262808 |
| ROAD ON WHICH CRASH OCCURRED — STREET/HIGHWAY NO.: N 204th St | | PRIVATE PROPERTY? ☐ YES ☑ NO | LONGITUDE: -96.234397 |
| DISTANCE FROM MILEPOST — FEET: | N S E W | OF MILEPOST: | HIGHWAY NO.: |

**IF AT INTERSECTION**

NAME OF INTERSECTING ROADWAY: West Dodge Rd

**IF NOT AT INTERSECTION**

☐ FEET ☐ MILES — N S E W — OF NEAREST STREET, BRIDGE, RAILROAD CROSSING

**IF CRASH WAS OUTSIDE CITY LIMITS, INDICATE DISTANCE FROM NEAREST TOWN**

MILES — N S E W — AND MILES — N S E W — OF NEAREST CITY OR TOWN

## CRASH DATA

**DOES CRASH INVOLVE DAMAGE TO NEBRASKA DEPT. OF TRANSPORTATION PROPERTY?** ☐ YES ☑ NO

**RELATION TO JUNCTION**

**Within Interchange Area?** [01]
01 - Yes
02 - No
99 - Unknown

**Specific Junction Location** [05]
00 - Non-Junction
01 - Acceleration/Deceleration Lane
02 - Crossover Related
03 - Driveway Access or Related
04 - Entrance/Exit Ramp or Related
05 - Intersection or Related
06 - Railway Grade Crossing
07 - Shared Use Path or Trail
98 - Other Location (median, shoulder or roadside)
99 - Unknown

**ROADWAY SURFACE CONDITION** [01]
01 - Dry
02 - Ice/Frost
03 - Mud, Dirt, Gravel
04 - Oil
05 - Sand
06 - Slush
07 - Snow
08 - Water (standing, moving)
09 - Wet
98 - Other
99 - Unknown

**ROADWAY SURFACE** [03]
01 - Asphalt
02 - Brick
03 - Concrete
04 - Dirt
05 - Gravel
98 - Other
99 - Unknown

**TYPE OF INTERSECTION**

**Number of Approaches** [02]
01 - Not at Intersection
02 - Two (2)
03 - Three (3)
04 - Four (4)
05 - Five or more (5+)

**Overall Intersection Geometry** [03]
01 - Angled/Skewed Y
02 - Roundabout/Traffic Circle O
03 - Perpendicular + or T
97 - Not Applicable

**Overall Traffic Control Device** [02]
01 - No Control
02 - Signalized
03 - Stop - All Way
04 - Stop - Partial
05 - Yield
97 - Not Applicable

**WEATHER CONDITIONS** [03] [ ]
*(up to 2 choices)*
01 - Blowing Sand, Soil, Dirt
02 - Blowing Snow
03 - Clear
04 - Cloudy
05 - Fog, Smog, Smoke
06 - Freezing Rain/Drizzle
07 - Rain
08 - Severe Crosswinds
09 - Sleet or Hail
10 - Snow
98 - Other
99 - Unknown

**LIGHT CONDITION** [03]
01 - Daylight
02 - Dawn/Dusk
03 - Dark-Lighted
04 - Dark-Not Lighted
05 - Dark-Unk. Lighting
98 - Other
99 - Unknown

**CONTRIBUTING CIRCUMSTANCES – ROADWAY ENVIRONMENT** [00] [ ]
*(up to 2 choices)*
00 - None
01 - Absence of Sidewalks
02 - Animal(s)
03 - Prior Crash
04 - Prior Non-Recurring Incident
05 - Backup Due to Regular Congestion
06 - Debris
07 - Glare
08 - Obstructed Crosswalks
09 - Non-Highway Work
10 - Obstruction in Roadway
11 - Related to a Bus Stop
12 - Road Surface Condition (wet, icy, snow, slush, etc.)
13 - Roadway Width Restricted
14 - Ruts, Holes, Bumps
15 - Shoulders (none, low, soft, high)
16 - Toll Booth/Plaza Related
17 - Traffic Control Device
18 - Traffic Incident
19 - Visual Obstruction(s)
20 - Weather Conditions
21 - Work Zone (construction/maintenance/utility)
22 - Worn, Travel-Polished Surface
98 - Other
99 - Unknown

**MANNER OF CRASH / COLLISION IMPACT** [00]
00 - Not a Collision Between Two Motor Vehicles
01 - Angle
02 - Front-to-Front
03 - Front-to-Rear
04 - Rear-to-Rear
05 - Rear-to-Side
06 - Sideswipe-Opposite Direction
07 - Sideswipe-Same Direction
98 - Other
99 - Unknown

**WORK ZONE**

**Was the crash in a construction, maintenance or utility work zone, or was it related to an activity within a work zone?** [02]
01 - Yes
02 - No
99 - Unknown

**Workers Present?** [97]
01 - Yes
02 - No
97 - Not Applicable
99 - Unknown

**Type of Work Zone** [97]
01 - Intermittent or Moving Work
02 - Lane Closure
03 - Lane Shift/Crossover
04 - Work on Shoulder or Median
97 - Not Applicable
98 - Other
99 - Unknown

**Location of the Crash** [97]
01 - Before Work Zone Warning Sign
02 - Advance Warning Area
03 - Transition Area
04 - Activity Area
05 - Termination Area
97 - Not Applicable
98 - Other
99 - Unknown

**Law Enforcement Present** [97]
01 - Officer Present
02 - Not Present
03 - Only Law Enforcement Vehicle Present
97 - Not Applicable
99 - Unknown

**SCHOOL BUS RELATED** [00]
00 - No
01 - School Bus Directly Involved
02 - School Bus Indirectly Involved
99 - Unknown

**PROPERTY**

| OBJECT DAMAGED | OWNER NAME | ADDRESS | PHONE | APPROX. COST OF DAMAGE |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |

**WITNESSES**

| NAME | ADDRESS | PHONE |
|---|---|---|
| | | |
| | | |

| | | |
|---|---|---|
| OFFICER NO.: 1968 | TROOP/TEAM/BEAT: CRASH INVESTIGATIONS | DEPARTMENT: OMAHA Police Department |
| INVESTIGATOR NAME *(Print or Type)*: Hall, Joseph | INVESTIGATOR SIGNATURE: Joseph Hall | DATE OF REPORT: 9 / 15 / 2024 |

NDOT KEY NO.

# Crash Diagram / Description

Sheet 2 of 7

CRASH DIAGRAM




☐ Check if diagram is submitted on a separate page.

DESCRIPTION OF CRASH BASED ON OFFICER'S INVESTIGATION

Vehicle 1 was northbound on 204th St on the on ramp to EB Dodge ramp when the vehicle continued northbound off the road and striking 2 bridge supports for W Dodge Rd. The driver was ejected from the vehicle before the vehicle became fully engulfed in flames. Driver 1 was transported to Nebraska Medicine with serious life threatening injuries.

Amended 9/20/24 to reflect fatal status, airbag and seat belt usage - Det. JH1968

Agency Case No. AU08583

NDOT KEY NO.

# Investigator's Motor Vehicle Crash Report - Vehicle

Sheet 3 of 7

**VEHICLE NO.** 1

**MOTOR VEHICLE UNIT TYPE**
01 - Motor Vehicle in Transport 02 - Parked Motor Vehicle 03 - Working Vehicle/Equipment — 01

DRIVER PRESENT? ☑ YES ☐ NO

| VEHICLE OWNER NAME (Last, First, Middle) | CONTACT PHONE |
|---|---|
| BRUMMEL, GORDON, ALEXANDER | 4023015657 |

| MAILING ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 2342 N 63RD ST | OMAHA | NE | 68104-0000 |

| LICENSE PLATE NO. | STATE | REG. YEAR | MAKE | MODEL | MODEL YEAR | COLOR |
|---|---|---|---|---|---|---|
| AUM426 | NE | 2024 | TOYT | TACOMA | 2018 | Black |

| LICENSE PLATE TYPE | VIN |
|---|---|
| CO | 3TMCZ5AN0JM132233 |

| INSURANCE COVERAGE (01 - Yes 02 - No 99 - Unk.) | INSURANCE COMPANY | INSURANCE POLICY NO. |
|---|---|---|
| 01 | LM GEN INS CO | AOS24375965840 |

**MOTOR VEHICLE TYPE CATEGORY** — 13

**Body Type**
01 - All-Terrain Vehicle/Cycle (ATV/ATC)
02 - Golf Cart
03 - Low Speed Vehicle
04 - Recreational Off-Highway Vehicles (ROV)
05 - Snowmobile
06 - Moped or motorized bicycle
07 - Motorcycle - 2 Wheel
08 - Motorcycle - 3 Wheel
09 - Autocycle
10 - Passenger Car
11 - Passenger Van (less than 9 seats)
12 - (Sport) Utility Vehicle
13 - Pickup (10,000 lbs or less)
14 - Pickup (greater than 10,000 lbs)**
15 - Medium/Heavy Truck (greater than 10,000 lbs GVWR)**
16 - Single-Unit Truck**
17 - Truck Tractor**
18 - Other Trucks
19 - 9 or 12-Passenger Van**
20 - 15-Passenger Van**
21 - Cargo Van (10,000 lbs or less)
22 - Cargo Van (greater than 10,000 lbs GVWR)**
23 - Large Limo**
24 - Mini-bus**
25 - School Bus**
26 - Transit Bus**
27 - Other Bus Type**
28 - Motor Home (10,000 lbs or less GVWR)
29 - Motor Home (greater than 10,000 lbs GVWR)**
30 - Motorcoach**
31 - Construction Equipment (backhoe, bulldozer, etc.)
32 - Farm Equipment (tractor, combine harvester, etc.)
98 - Other
99 - Unknown

**Did this motor vehicle display a hazardous materials (HM) placard?** — 02
01 - Yes** 97 - Not Applicable
02 - No 99 - Unknown
***Heavy Truck/Bus form must be completed*

**Number of trailing units** — 97
97 - Not Applicable (vehicle with no trailing units)

**SPECIAL FUNCTION OF MOTOR VEHICLE IN TRANSPORT** — 00
00 - No Special Function
01 - Ambulance
02 - Bus – Charter/Tour
03 - Bus – Childcare/Daycare
04 - Bus – Intercity
05 - Bus – School (Public or Private)
06 - Bus – Shuttle
07 - Bus – Transit/Commuter
08 - Bus – Other
09 - Farm Vehicle
10 - Fire Truck
11 - Highway/Maintenance
12 - Mail Carrier
13 - Military
14 - Non-Transport Emergency Services Vehicle
15 - Other Incident Response
16 - Police
17 - Public Utility
18 - Rental Truck (Over 10,000 lbs)
19 - Safety Service Patrols – Incident Response
20 - Taxi
21 - Towing – Incident Response
22 - Truck Acting as Crash Attenuator
23 - Vehicle Used for Electronic Ride-hailing (Uber, Lyft, etc.)
98 - Other
99 - Unknown

**HIT AND RUN?** — 02
01 - Yes - Driver or Car/Driver Left Scene
02 - No - Did Not Leave Scene
99 - Unknown

**VEHICLE MANEUVER / ACTION** — 01
01 - Movement Essentially Straight Ahead
02 - Backing
03 - Changing Lanes
04 - Entering Traffic Lane
05 - Leaving Traffic Lane
06 - Making a U-Turn
07 - Negotiating a Curve
08 - Parked
09 - Passing/Overtaking a Vehicle
10 - Slowing
11 - Stopped in Traffic
12 - Turning Left
13 - Turning Right
98 - Other
99 - Unknown

**EMERGENCY MOTOR VEHICLE USE** — 97
01 - Emergency Operation, Emergency Warning Equipment in Use
02 - Emergency Operation, Emergency Warning Equipment Not in Use
03 - Non-Emergency, Non-Transport
04 - Non-Emergency, Transport
97 - Not Applicable
99 - Unknown

**MOTOR VEHICLE AUTOMATED DRIVING SYSTEM(S)**

**Automation System(s) in Vehicle?** — 99
01 - Yes
02 - No
99 - Unknown

**Automation System Levels in Vehicle** *(up to 5 choices)*
00 - No Automation
01 - Driver Assistance
02 - Partial Automation
03 - Conditional Automation
04 - High Automation
05 - Full Automation
06 - Automation Level Unknown
99 - Unknown

**Automation System Levels Engaged at Time of Crash** *(up to 5 choices)*
00 - No Automation
01 - Driver Assistance
02 - Partial Automation
03 - Conditional Automation
04 - High Automation
05 - Full Automation
06 - Automation Level Unknown
99 - Unknown

**VEHICLE CONTRIBUTING CIRCUMSTANCE(S)** — 00
00 - None
01 - Body, Doors
02 - Brakes
03 - Exhaust System
04 - Lights (head, signal, tail)
05 - Mirrors
06 - Power Train
07 - Steering
08 - Suspension
09 - Tires
10 - Truck Coupling/Trailer Hitch/Safety Chains
11 - Wheels
12 - Windows/Windshield
13 - Wipers
98 - Other
99 - Unknown

**INITIAL CONTACT POINT** — 12




00 - Non-Collision
13 - Top
14 - Undercarriage
15 - Cargo Loss
16 - Vehicle Not at Scene
99 - Unknown

**DAMAGED AREA(S)** *(check all that apply)*




☐ 00 - No Damage ☐ 15 - All Areas
☐ 13 - Top ☐ 16 - Vehicle Not at Scene
☐ 14 - Undercarriage ☐ 99 - Unknown

***Vehicle crash damages equal to or less than $1,000 are classified as non-reportable.***

**DAMAGE ESTIMATE**

☑ **Totaled**

$________

**EXTENT OF DAMAGE** — 03
00 - No Damage
01 - Minor Damage
02 - Functional Damage
03 - Disabling Damage
04 - Vehicle Not at Scene

**TOWED DUE TO DISABLING DAMAGE** — 02
01 - Not Towed
02 - Towed Due to Disabling Damage
03 - Towed Not Due to Disabling Damage

Form 40

Agency Case No. AU08583

NDOT KEY NO.

# Investigator's Motor Vehicle Crash Report - Vehicle (cont'd.)

Sheet 4 of 7

**VEHICLE NO.** 1 *(cont'd.)*

**MOST HARMFUL EVENT FOR THIS MOTOR VEHICLE** 33

**Non-Collision Harmful Events**
11 - Cargo/Equipment Loss or Shift
12 - Fell/Jumped from Motor Vehicle
13 - Fire/Explosion
14 - Immersion, Full or Partial
15 - Jackknife
16 - Other Non-Collision Harmful Event
17 - Overturn/Rollover
18 - Thrown or Falling Object

**Collision With Person, Motor Vehicle or Non-Fixed Object**
19 - Animal (live)
20 - Construction Equipment (backhoe, bulldozer, etc.)
21 - Farm Equipment (tractor, combine harvester, etc.)
22 - Motor Vehicle in Transport
23 - Other Non-Fixed Object
24 - Other Non-Motorist
25 - Parked Motor Vehicle
26 - Pedalcycle
27 - Pedestrian
28 - Railway Vehicle (train, engine)
29 - Strikes Object at Rest from Motor Vehicle in Transport
30 - Struck by Falling, Shifting Cargo or Anything Set in Motion by Motor Vehicle
31 - Work Zone/Maintenance Equipment

**Collision With Fixed Object**
32 - Bridge Overhead Structure
33 - Bridge Pier or Support
34 - Bridge Rail
35 - Cable Barrier
36 - Concrete Traffic Barrier
37 - Culvert
38 - Curb
39 - Ditch
40 - Embankment
41 - Fence
42 - Guardrail End Terminal
43 - Guardrail Face
44 - Impact Attenuator/Crash Cushion
45 - Mailbox
46 - Other Fixed Object (wall, building, tunnel, etc.)
47 - Other Post, Pole or Support
48 - Other Traffic Barrier
49 - Traffic Sign Support
50 - Traffic Signal Support
51 - Tree (standing)
52 - Utility Pole/Light Support
53 - Unknown Fixed Object

**SEQUENCE OF EVENTS** *(up to 4 choices)*

07 **First Event**
33 **Second Event**
13 **Third Event**
**Fourth Event**

**Non-Harmful Events**
01 - Cross Centerline
02 - Cross Median
03 - End Departure (T-intersection, dead-end, etc.)
04 - Downhill Runaway
05 - Equipment Failure (blown tire, brake failure, etc.)
06 - Ran Off Roadway Left
07 - Ran Off Roadway Right
08 - Reentering Roadway
09 - Separation of Units
10 - Other Non-Harmful Event

**Non-Collision Harmful Events**
11 - Cargo/Equipment Loss or Shift
12 - Fell/Jumped from Motor Vehicle
13 - Fire/Explosion
14 - Immersion, Full or Partial
15 - Jackknife
16 - Other Non-Collision Harmful Event
17 - Overturn/Rollover
18 - Thrown or Falling Object

**Collision With Person, Motor Vehicle or Non-Fixed Object**
19 - Animal (live)
20 - Construction Equipment (backhoe, bulldozer, etc.)
21 - Farm Equipment (tractor, combine harvester, etc.)
22 - Motor Vehicle in Transport
23 - Other Non-Fixed Object
24 - Other Non-Motorist
25 - Parked Motor Vehicle
26 - Pedalcycle
27 - Pedestrian
28 - Railway Vehicle (train, engine)
29 - Strikes Object at Rest from Motor Vehicle in Transport
30 - Struck by Falling, Shifting Cargo or Anything Set in Motion by Motor Vehicle
31 - Work Zone/Maintenance Equipment

**Collision With Fixed Object**
32 - Bridge Overhead Structure
33 - Bridge Pier or Support
34 - Bridge Rail
35 - Cable Barrier
36 - Concrete Traffic Barrier
37 - Culvert
38 - Curb
39 - Ditch
40 - Embankment
41 - Fence
42 - Guardrail End Terminal
43 - Guardrail Face
44 - Impact Attenuator/Crash Cushion
45 - Mailbox
46 - Other Fixed Object (wall, building, tunnel, etc.)
47 - Other Post, Pole or Support
48 - Other Traffic Barrier
49 - Traffic Sign Support
50 - Traffic Signal Support
51 - Tree (standing)
52 - Utility Pole/Light Support
53 - Unknown Fixed Object

**TRAFFIC CONTROL DEVICE TYPE** *(up to 4 choices)*

15

**TCD Type(s)**
00 - No Controls
01 - Person (flagger, law enforcement, crossing guard, etc.)

**Signs**
02 - Railroad Crossing Sign
03 - School Zone Sign
04 - Stop Sign
05 - Yield Sign
06 - "Curve Ahead" Warning Sign
07 - Pedestrian Crossing Sign
08 - "Intersection Ahead" Warning Sign
09 - "Reduce Speed Ahead" Warning Sign
10 - Bicycle Crossing Sign
11 - Other Warning Sign

**Signals**
12 - Flashing Traffic Control Signal
13 - Ramp Meter Signal
14 - Lane Use Control Signal
15 - Traffic Control Signal
16 - Flashing Railroad Crossing Signal (may include gates)
17 - Flashing School Zone Signal
18 - Other Signal

**Pavement Markings**
19 - School Zone
20 - Railroad Crossing
21 - Pedestrian Crossing
22 - Bicycle Crossing
23 - Other Pavement Marking (excluding edge lines, centerlines or lane lines)
98 - Other
99 - Unknown

**TRAFFIC CONTROL DEVICE WORKING** 03
00 - No Controls
01 - Device Not Functioning
02 - Device Functioning Improperly
03 - Device Functioning Properly
99 - Unknown

**TRAFFICWAY DESCRIPTION**

**Travel Directions** 02
01 - One-Way
02 - Two-Way

**Divided** 03
00 - Not Divided
01 - Not Divided, With a Continuous Left-Turn Lane
02 - Divided, Flush Median (greater than 4 ft. wide)
03 - Divided, Raised Median (curbed)
04 - Divided, Depressed Median
99 - Unknown

**Barrier Type** 00
00 - No Barrier
01 - Cable Barrier
02 - Concrete Barrier (e.g. Jersey barrier)
03 - Earth Embankment
04 - Guardrail
98 - Other

**DIRECTION OF TRAVEL** 01
00 - Not on Roadway
01 - Northbound
02 - Southbound
03 - Eastbound
04 - Westbound
99 - Unknown

**Name of street traveling on:** 204TH St

**POSTED SPEED LIMIT** 45 mph
97 - Not Applicable
99 - Unknown

**PAVEMENT MARKINGS**

**Edgeline Presence/Type** 01
00 - No Marked Edgeline
01 - Standard Width Edgeline
02 - Wide Edgeline
98 - Other
99 - Unknown

**Centerline Presence/Type** 02
00 - No Marked Centerline
01 - Centerline With Centerline Rumble Strip
02 - Standard Centerline Markings
99 - Unknown

**Lane Line Markings** 01
00 - No Lane Markings
01 - Standard Lane Line
02 - Wide Lane Line
99 - Unknown

**TOTAL LANES IN ROADWAY**

**Undivided Trafficways**
Number of Through Lanes in Both Directions, excluding Auxiliary Lanes
97 - Not Applicable

Number of Auxiliary Lanes in Both Directions
97 - Not Applicable

**Divided Trafficways**
Number of Through Lanes in the Vehicle's Direction, excluding Auxiliary Lanes: 2
97 - Not Applicable

Number of Auxiliary Lanes in the Vehicle's Direction: 1
97 - Not Applicable

**GRADE / ROADWAY ALIGNMENT**

**Horizontal Alignment** 03
01 - Curve Left
02 - Curve Right
03 - Straight
99 - Unknown

**Grade** 03
01 - Downhill
02 - Hillcrest
03 - Level
04 - Sag (Bottom)
05 - Uphill
99 - Unknown

**PRESENCE / TYPE OF BICYCLE FACILITY**

**Facility** 00
00 - None
01 - Marked Bicycle Lane
02 - Separate Bicycle Path/Trail
03 - Unmarked Paved Shoulder
04 - Wide Curb Lane
99 - Unknown

**Signed Bicycle Route?**
01 - Yes
02 - No
97 - Not Applicable
99 - Unknown

Agency Case No. AU08583

NDOT KEY NO.

# Investigator's Motor Vehicle Crash Report - Driver

Sheet 5 of 7

**VEHICLE NO.** 1 *(cont'd.)*

DRIVER NAME (Last, First, Middle): BRUMMEL, GORDON, ALEXANDER
CONTACT PHONE: 4023015657
SEX: 01 (01 - Male, 02 - Female, 99 - Unk.)

MAILING ADDRESS: 2342 N 63RD ST
CITY: OMAHA
STATE: NE
ZIP: 68104-0000

DATE OF BIRTH *(MMDDYYYY)*: [redacted]
D.O.B. Unk.: ☐
DRIVER'S LICENSE NO.: [redacted]
STATE: NE
CITATION ☐ NO VIOLATION ☐ UNKNOWN
1. 0
2.

**DRIVER LICENSE JURISDICTION** — 05
00 - Not Licensed
01 - Canadian*
02 - Indian Nation*
03 - International License* (other than Mexico, Canada)
04 - Mexican*
05 - U.S. State
06 - U.S. Government
97 - Not Applicable
99 - Unknown

***Name of Jurisdiction**
Include the specific State, Province or Nation indicated on the Driver's License
U.S. State

**DRIVER LICENSE STATUS**
**Type Applicable for this Person** — 02
01 - Commercial Driver License (CDL)
02 - Non-CDL Driver License
03 - Non-CDL Restricted Driver License (learner's permit, temporary/limited, graduated driver license, etc.)
99 - Unknown

**Status** — 06
00 - Not Licensed
01 - Canceled or Denied
02 - Disqualified (CDL)
03 - Expired
04 - Revoked
05 - Suspended
06 - Valid License
99 - Unknown

**DRIVER LICENSE RESTRICTIONS**
*(up to 3 choices)* — 00
00 - None
01 - Alcohol Interlock Device
02 - Automatic Transmission
03 - CDL Intrastate Only
04 - Corrective Lenses
05 - Except Class A & Class B Bus
06 - Except Class A Bus
07 - Except Tractor-Trailer
08 - Farm Waiver
09 - Intermediate License Restrictions
10 - Learner's Permit Restrictions
11 - Limited to Daylight Only
12 - Limited to Employment
13 - Limited-Other
14 - Mechanical Devices (special brakes, hand controls, or other adaptive devices)
15 - Military Vehicles Only
16 - Motor Vehicles Without Air Brakes
17 - Outside Mirror
18 - Prosthetic Aid
98 - Other
99 - Unknown

**DRIVER LICENSE TYPE** — 01
00 - Not Licensed
01 - Full Driver License
02 - Intermediate Driver License
03 - Learner's Permit
04 - School Permit
05 - Temporary License
99 - Unknown License Type

**COMMERCIAL DRIVER LICENSE (CDL)** — 02
01 - Yes
02 - No
99 - Unknown

**CLASS** — 05
00 - None
01 - Class A
02 - Class B
03 - Class C
04 - Class M
05 - Regular Driver License
97 - Not Applicable
98 - Other
99 - Unknown

**ENDORSEMENTS** *(up to 4 choices)* — 00
00 - None
01 - H - Hazardous Materials
02 - M - Motorcycle
03 - N - Tank Vehicle
04 - P - Passenger
05 - S - School
06 - T - Double/Triple Trailers
07 - X - Combination Tank Vehicle & Hazardous Materials
98 - Other Non-Commercial License Endorsements
99 - Unknown

**ALCOHOL INTERLOCK PRESENT?**
01 - Yes
02 - No
99 - Unknown

**SPEEDING RELATED** — 01
00 - No
01 - Exceeded Speed Limit
02 - Racing
03 - Too Fast for Conditions
99 - Unknown

**DRIVER ACTIONS AT TIME OF CRASH**
*(up to 4 choices)* — 05
00 - No Contributing Action
01 - Disregarded Red Light
02 - Disregarded Stop Sign
03 - Disregarded Road Markings
04 - Disregarded Traffic Sign
05 - Failed to Keep in Proper Lane
06 - Failed to Yield Right-of-Way
07 - Followed too Closely
08 - Improper Backing
09 - Improper Passing
10 - Improper Turn
11 - Operated Motor Vehicle in Inattentive, Careless, Negligent or Erratic Manner
12 - Operated Motor Vehicle in Reckless or Aggressive Manner
13 - Over-Correcting/Over-Steering
14 - Ran Off Roadway
15 - Swerved or Avoided Due to Wind, Slippery Surface, Motor Vehicle, Object, Non-Motorist in Roadway, etc.
16 - Wrong Side or Wrong Way
98 - Other Contributing Action
99 - Unknown

**DRIVER DISTRACTED BY**
**Action** — 99
00 - Not Distracted
01 - Talking/Listening
02 - Manually Operating (texting, dialing, playing game, etc.)
03 - Other Action (looking away from task, etc.)
99 - Unknown

**Source**
01 - Hands-free Mobile Phone
02 - Hand-held Mobile Phone
03 - Other Electronic Device
04 - Vehicle-Integrated Device
05 - Passenger/Other Non-Motorist
06 - External (to vehicle/non-motorist area)
07 - Other Distraction (animal, food, grooming, etc.)
08 - Other cell phone use like GPS navigation
97 - Not Applicable (not distracted)
99 - Unknown

**DRIVER CONDITION AT TIME OF CRASH**
*(up to 2 choices)* — 99
01 - Apparently Normal
02 - Asleep or Fatigued
03 - Emotional (depressed, angry, disturbed, etc.)
04 - Ill (sick, fainted)
05 - Physically Impaired
06 - Under Influence of Alcohol, Drugs or Medication
97 - Not Applicable
98 - Other
99 - Unknown if Impaired

**ALCOHOL**

**ALCOHOL SUSPECTED** — 99
01 - Yes
02 - No
99 - Unknown

**ALCOHOL TEST STATUS**
01 - Test Given
02 - Test Not Given
03 - Test Refused
99 - Unknown if Tested

**ALCOHOL TEST TYPE**
01 - Blood "BAC"
02 - Breathalyzer "BrAC"
03 - Urine
98 - Other
97 - Not Applicable
99 - Unknown

**ALCOHOL TEST RESULT**
01 - Negative
02 - Positive
03 - Pending
99 - Unknown

BAC Level: *(ex: 0.132)* 0

**DRUGS**

**DRUGS SUSPECTED** — 99
01 - Yes
02 - No
99 - Unknown

**DRUG TEST STATUS**
01 - Test Given
02 - Test Not Given
03 - Test Refused
99 - Unknown if Tested

**DRUG TEST TYPE**
01 - Blood
02 - Urine
03 - Saliva
98 - Other
99 - Unknown

**DRUG TEST RESULT**
01 - Negative
02 - Positive

**DRUG TYPE** *(up to 4 choices)*
01 - Amphetamine
02 - Cocaine
03 - Marijuana
04 - Opiate
05 - Other Controlled Substance
06 - PCP
07 - Other Drug (excludes post-crash drugs)
97 - Not Applicable
99 - Unknown

Form 40

Agency Case No. AU08583

NDOT KEY NO.

# Investigator's Motor Vehicle Crash Report - All Drivers & Occupants

Sheet 6 of 7

**PERSON TYPE**

**P1. Incident Responder?**
01 - Yes
02 - No

**P2. If yes, type of Incident Responder**
01 - EMS
02 - Fire
03 - Police
04 - Tow Operator
05 - Transportation (maintenance workers, safety service operators, etc.)
98 - Other
99 - Unknown

***Does the crash involve a Non-Motorist?***
01 - Yes – *Complete Non-Motorist Report NDOT Form 178 for the following person types:*
- Bicyclist
- Other Cyclist
- Pedestrian
- Other Pedestrian *(wheelchair, skater, person in a building, parked vehicle, or a personal conveyance, etc.)*
- Occupant of a Non-Motor Vehicle Transportation Device
- Unknown Type of Non-Motorist**

02 - No – *Continue to* **P3** *below.*

**P3. Occupant of Motor Vehicle**
01 - Driver
02 - Occupant
03 - Occupant of MV Not in Transport

**SEATING POSITION**

**P4. Row**
01 - Front
02 - Second
03 - Third
04 - Fourth
05 - Other Row (bus, 15-passenger van, etc.)
99 - Unknown

**P5. Seat**
01 - Left
02 - Middle
03 - Right
98 - Other
99 - Unknown

**P6. Other Location**
01 - Enclosed Cargo Area
02 - Riding on Motor Vehicle Exterior (non-trailing unit)
03 - Sleeper Section of Cab (truck)
04 - Trailing Unit
05 - Unenclosed Cargo Area
97 - Not Applicable
98 - Other
99 - Unknown

**P7. Ejection**
01 - Not Ejected
02 - Ejected, Partially
03 - Ejected, Totally
97 - Not Applicable
99 - Unknown

**RESTRAINT SYSTEM / HELMET USE**

**P8. Restraint System**
01 - Booster Seat
02 - Child Restraint System - Forward Facing
03 - Child Restraint System - Rear Facing
04 - Child Restraint System - Type Unknown
05 - Lap Belt Only Used
06 - None Used - Motor Vehicle Occupant
07 - Restraint Used - Type Unknown
08 - Shoulder & Lap Belt Used
09 - Shoulder Belt Only Used
10 - Stretcher
11 - Wheelchair

**Motorcycle Helmet Use**
12 - DOT-Compliant Motorcycle Helmet
13 - Non DOT-Compliant Motorcycle Helmet
14 - Unknown if DOT-Compliant Motorcycle Helmet
15 - No Helmet
97 - Not Applicable
98 - Other
99 - Unknown

**P9. Any Indication of Improper Restraint Use?**
01 - Yes
02 - No
99 - Unknown

**P10. Air Bag Deployed** *(up to 4 choices)*
00 - Not Deployed
02 - Curtain
03 - Front
04 - Side
97 - Not Applicable
98 - Other (knee, air belt, etc.)
99 - Unknown

**P11. School Bus Restraint Availability *(excludes driver)***
00 - No Restraint Available
01 - Lap Belt Available & Not Used
02 - Shoulder & Lap Available & Not Used
97 - Not Applicable
99 - Unknown

**INJURY**

**P12. Injury Status**
00 - No Apparent Injury
01 - Fatal Injury *[must complete Fatal Crash Report NDOT Form 179]*
02 - Suspected Serious Injury*
03 - Suspected Minor Injury
04 - Possible Injury
99 - Unknown

**Suspected Serious Injury (A): Any injury, other than fatal, which results in one or more of the following: Severe laceration resulting in exposure of underlying tissues, muscle, organs, or resulting in significant loss of blood, broken or distorted extremity (arm or leg), crush injuries, suspected skull, chest, or abdominal injury other than bruises or minor lacerations, significant burns (second and third degree burns over 10% or more of the body), unconsciousness when taken from the crash scene, or paralysis.*

**P13. Injury Area**
00 - None
01 - Abdomen & Pelvis
02 - Entire Body
03 - Face
04 - Head
05 - Lower Extremity (legs)
06 - Neck
07 - Spine
08 - Chest (thorax)
09 - Upper Extremity (arms)
10 - Unspecified
99 - Unknown

**P14. Source of Transport to First Medical Facility**
00 - Not Transported
01 - EMS Air
02 - EMS Ground
03 - Law Enforcement
98 - Other
99 - Unknown

## All Drivers & Occupants

**Vehicle No.** 1 **Occupant No.** 1

NAME OF PERSON INVOLVED *(Last, First, Middle)*: BRUMMEL, GORDON, ALEXANDER

SEX (01 - Male 02 - Female 99 - Unk.): 01

ADDRESS *(Injured persons only)* / CITY, STATE, ZIP: 2342 N 63RD ST, OMAHA , NE, 68104-0000

DATE OF BIRTH *(MMDDYYYY)*: [redacted] D.O.B. Unk.: ☐

| Person Type | | | Seating Position | | | | Restraint System / Helmet Use | | | | | | Injury | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P1 | P2 | P3 | P4 | P5 | P6 | P7 | P8 | P9 | P10 | | | | P11 | P12 | P13 | P14 |
| 02 | | 01 | 01 | 01 | 97 | 03 | 06 | 01 | 03 | 02 | 98 | | 97 | 01 | 04 | 02 |

MEDICAL FACILITY NAME:

EMS SERVICE NAME: Omaha Fire Department

EMS RUN NO.: OMFD-2024-0050945

**Vehicle No.** **Occupant No.**

NAME OF PERSON INVOLVED *(Last, First, Middle)*

SEX 01 - Male 02 - Female 99 - Unk.

ADDRESS *(Injured persons only)* CITY, STATE, ZIP

DATE OF BIRTH *(MMDDYYYY)* [redacted] D.O.B. Unk. ☐

| Person Type | | | Seating Position | | | | Restraint System / Helmet Use | | | | | | Injury | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P1 | P2 | P3 | P4 | P5 | P6 | P7 | P8 | P9 | P10 | | | | P11 | P12 | P13 | P14 |
| | | | | | | | | | | | | | | | | |

MEDICAL FACILITY NAME

EMS SERVICE NAME

EMS RUN NO.

**Vehicle No.** **Occupant No.**

NAME OF PERSON INVOLVED *(Last, First, Middle)*

SEX 01 - Male 02 - Female 99 - Unk.

ADDRESS *(Injured persons only)* CITY, STATE, ZIP

DATE OF BIRTH *(MMDDYYYY)* [redacted] D.O.B. Unk. ☐

| Person Type | | | Seating Position | | | | Restraint System / Helmet Use | | | | | | Injury | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P1 | P2 | P3 | P4 | P5 | P6 | P7 | P8 | P9 | P10 | | | | P11 | P12 | P13 | P14 |
| | | | | | | | | | | | | | | | | |

MEDICAL FACILITY NAME

EMS SERVICE NAME

EMS RUN NO.

Agency Case No. AU08583

NDOT KEY NO.

# Investigator's Motor Vehicle Crash Report - Fatal Crash Report

Sheet 7 of 7

| LOCAL NO./DISTRICT 107 | AGENCY CASE NO. AU08583 | | STATE USE ONLY |
|---|---|---|---|
| DATE OF CRASH (M M / D D / Y Y Y Y) 09 15 2024 | PLACE OF CRASH | COUNTY Douglas | CITY Omaha |
| ROAD ON WHICH CRASH OCCURRED | STREET/HIGHWAY NO. N 204th St | | |

## All Drivers Involved in Fatal Crashes

| DRIVER OF VEHICLE NO. 1 | DRIVER OF VEHICLE NO. | DRIVER OF VEHICLE NO. |
|---|---|---|
| **ATTEMPTED AVOIDANCE MANEUVER** [01]<br>00 - No Driver Present/Unk. if Driver Present<br>01 - No Avoidance Maneuver<br>02 - Accelerating<br>03 - Accelerating & Steering Left<br>04 - Accelerating & Steering Right<br>05 - Braking<br>06 - Braking & Steering Left<br>07 - Braking & Steering Right<br>08 - Braking (Lockup)<br>09 - Braking (Lockup Unk.)<br>10 - Releasing Brakes<br>11 - Steering Left<br>12 - Steering Right<br>98 - Other Actions<br>99 - Unknown | **ATTEMPTED AVOIDANCE MANEUVER** [ ]<br>00 - No Driver Present/Unk. if Driver Present<br>01 - No Avoidance Maneuver<br>02 - Accelerating<br>03 - Accelerating & Steering Left<br>04 - Accelerating & Steering Right<br>05 - Braking<br>06 - Braking & Steering Left<br>07 - Braking & Steering Right<br>08 - Braking (Lockup)<br>09 - Braking (Lockup Unk.)<br>10 - Releasing Brakes<br>11 - Steering Left<br>12 - Steering Right<br>98 - Other Actions<br>99 - Unknown | **ATTEMPTED AVOIDANCE MANEUVER** [ ]<br>00 - No Driver Present/Unk. if Driver Present<br>01 - No Avoidance Maneuver<br>02 - Accelerating<br>03 - Accelerating & Steering Left<br>04 - Accelerating & Steering Right<br>05 - Braking<br>06 - Braking & Steering Left<br>07 - Braking & Steering Right<br>08 - Braking (Lockup)<br>09 - Braking (Lockup Unk.)<br>10 - Releasing Brakes<br>11 - Steering Left<br>12 - Steering Right<br>98 - Other Actions<br>99 - Unknown |
| **PRE-IMPACT STABILITY** [99]<br>00 - No Driver Present/Unk. if Driver Present<br>01 - Skidding Laterally, Clockwise Rotation<br>02 - Skidding Laterally, Counter-Clockwise Rotation<br>03 - Skidding Laterally, Rotation Direction Unknown<br>04 - Skidding Longitudinally<br>05 - Tracking<br>98 - Other Vehicle Loss-Of-Control<br>99 - Pre-crash Stability Unknown | **PRE-IMPACT STABILITY** [ ]<br>00 - No Driver Present/Unk. if Driver Present<br>01 - Skidding Laterally, Clockwise Rotation<br>02 - Skidding Laterally, Counter-Clockwise Rotation<br>03 - Skidding Laterally, Rotation Direction Unknown<br>04 - Skidding Longitudinally<br>05 - Tracking<br>98 - Other Vehicle Loss-Of-Control<br>99 - Pre-crash Stability Unknown | **PRE-IMPACT STABILITY** [ ]<br>00 - No Driver Present/Unk. if Driver Present<br>01 - Skidding Laterally, Clockwise Rotation<br>02 - Skidding Laterally, Counter-Clockwise Rotation<br>03 - Skidding Laterally, Rotation Direction Unknown<br>04 - Skidding Longitudinally<br>05 - Tracking<br>98 - Other Vehicle Loss-Of-Control<br>99 - Pre-crash Stability Unknown |

## All Drivers Involved in Fatal Crashes

| DRIVER OF VEHICLE NO. | DRIVER OF VEHICLE NO. | DRIVER OF VEHICLE NO. |
|---|---|---|
| **ATTEMPTED AVOIDANCE MANEUVER** [ ]<br>00 - No Driver Present/Unk. if Driver Present<br>01 - No Avoidance Maneuver<br>02 - Accelerating<br>03 - Accelerating & Steering Left<br>04 - Accelerating & Steering Right<br>05 - Braking<br>06 - Braking & Steering Left<br>07 - Braking & Steering Right<br>08 - Braking (Lockup)<br>09 - Braking (Lockup Unk.)<br>10 - Releasing Brakes<br>11 - Steering Left<br>12 - Steering Right<br>98 - Other Actions<br>99 - Unknown | **ATTEMPTED AVOIDANCE MANEUVER** [ ]<br>00 - No Driver Present/Unk. if Driver Present<br>01 - No Avoidance Maneuver<br>02 - Accelerating<br>03 - Accelerating & Steering Left<br>04 - Accelerating & Steering Right<br>05 - Braking<br>06 - Braking & Steering Left<br>07 - Braking & Steering Right<br>08 - Braking (Lockup)<br>09 - Braking (Lockup Unk.)<br>10 - Releasing Brakes<br>11 - Steering Left<br>12 - Steering Right<br>98 - Other Actions<br>99 - Unknown | **ATTEMPTED AVOIDANCE MANEUVER** [ ]<br>00 - No Driver Present/Unk. if Driver Present<br>01 - No Avoidance Maneuver<br>02 - Accelerating<br>03 - Accelerating & Steering Left<br>04 - Accelerating & Steering Right<br>05 - Braking<br>06 - Braking & Steering Left<br>07 - Braking & Steering Right<br>08 - Braking (Lockup)<br>09 - Braking (Lockup Unk.)<br>10 - Releasing Brakes<br>11 - Steering Left<br>12 - Steering Right<br>98 - Other Actions<br>99 - Unknown |
| **PRE-IMPACT STABILITY** [ ]<br>00 - No Driver Present/Unk. if Driver Present<br>01 - Skidding Laterally, Clockwise Rotation<br>02 - Skidding Laterally, Counter-Clockwise Rotation<br>03 - Skidding Laterally, Rotation Direction Unknown<br>04 - Skidding Longitudinally<br>05 - Tracking<br>98 - Other Vehicle Loss-Of-Control<br>99 - Pre-crash Stability Unknown | **PRE-IMPACT STABILITY** [ ]<br>00 - No Driver Present/Unk. if Driver Present<br>01 - Skidding Laterally, Clockwise Rotation<br>02 - Skidding Laterally, Counter-Clockwise Rotation<br>03 - Skidding Laterally, Rotation Direction Unknown<br>04 - Skidding Longitudinally<br>05 - Tracking<br>98 - Other Vehicle Loss-Of-Control<br>99 - Pre-crash Stability Unknown | **PRE-IMPACT STABILITY** [ ]<br>00 - No Driver Present/Unk. if Driver Present<br>01 - Skidding Laterally, Clockwise Rotation<br>02 - Skidding Laterally, Counter-Clockwise Rotation<br>03 - Skidding Laterally, Rotation Direction Unknown<br>04 - Skidding Longitudinally<br>05 - Tracking<br>98 - Other Vehicle Loss-Of-Control<br>99 - Pre-crash Stability Unknown |



## Jessica Richardson

**1.8K** friends • **19** mutual

fire in my soul, passion in my heart and a little gangster in my grind. instagram @hazyj07

Add friend

Message

...

**Posts** Photos

11:16 15%

JR

**Jessica Richardson**

@Gohomehazyj7

Add friend | 0 Friends

FEED | BETWEEN YOU



**Sawyer Ardolf** paid **Jessica Richard...**

12d



**Trish Jenkins** paid **Jessica Richards...**

Feb 8

**Omaha Police Department**

**RECORDS UNIT**
505 SOUTH 15TH STREET
OMAHA, NEBRASKA 68102-2769
PHONE 402-444-5828

EVAN SPENCER LAW, PLLC
EVAN SPENCER
305 BROADWAY, 7TH FLOOR
NEW YORK, NY 10007

DATE: 04/10/25
PROCESSED BY: D024

CRIMINAL HISTORY

PAGE: 09

LAST/FIRST/M.I.: RICHARDSON JESSICA D
LAST KNOWN ADDRESS: 00818 LINCOLN RD 1
BELLEVUE, NE

*** ALIAS NAME ***
RICHARDSON JESSICA R

D.O.B.
07/31/1992

| DATE | CLASS | ARREST/CHARGE | DISPOSITION | |
|---|---|---|---|---|
| 060818 | M1 | CARRY CONCEALED WEAPON-1ST OFF-GUN | FINE, SUSPENSION OF EXECUTION | AK68261 |
| 110222 | F4 | CONTRLD SUBST, POSSESS | FINE AND COURT COSTS | AS 56331 |
| 110222 | F4 | CONTRLD SUBST, POSSESS | DISMISSED BY COURT | |

****************************************************************************************
* THIS DATA IS FROM LOCAL COMPUTERIZED FILES INCLUDING FELONY AND MISDEMEANOR OFFENSES. *
* MISDEMEANOR DATA OVER TEN YEARS OLD MAY HAVE BEEN PURGED. OTHER DATA MAY OR MAY NOT EXIST *
* IN NON-COMPUTERIZED FILES REQUIRING AN ADMINISTRATIVE SEARCH AT ADDITIONAL COST. TRAFFIC *
* INFRACTION DATA IS AVAILABLE FROM THE NEBRASKA DEPARTMENT OF MOTOR VEHICLES. THIS DATA DOES *
* NOT INCLUDE ARREST OR CHARGES WHICH HAVE NOT YET BEEN ENTERED INTO THE COMPUTERIZED FILES. *
****************************************************************************************

POSSIBLE OTHER AGENCIES TO CONTACT:

CREDIT CARD INVOICE NUMBER054714

**NOTE: This report may stand alone for Crime Against Society and is used for all booking arrests. Crimes Against Society need not be listed on an Incident Report**

# OMAHA POLICE DEPARTMENT
## BOOKING ARREST REPORT

☑ FELONY ☐ MISDEMEANOR ☐ WARRANT ONLY

RB# AK68261

| OCCURRED | | | | | | REPORTED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location Occurred: S 12TH ST / HARNEY ST OMAHA , DOUGLAS COUNTY | | | | District #: 51 | | Location Reported: Same as Location Occurred | | | | District #: | |
| Day of Week | Month (MM) | Day (DD) | Year (YY) | Hour:Minute | | Day of Week | Month (MM) | Day (DD) | Year (YY) | Hour:Minute | |
| FRIDAY | 06 | 08 | 18 | 01:42 | | | | | | | |
| FRIDAY | 06 | 08 | 18 | 01:42 | | | | | | | |

| ARRESTED | Day of Week | Month (MM) | Day (DD) | Year (YY) | Hour:Minute | Location | District |
|---|---|---|---|---|---|---|---|
| | FRIDAY | 06 | 08 | 18 | 01:42 | Same as Location Occurred | |

**OFFENDER**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OFFENDER NAME ☑ ID Verified: RICHARDSON, JESSICA D | | | | | DOB (MM/DD/YY): 07/31/92 | AGE: 25 | Data # - Data Center Use Only: |
| ALIAS: | | | | | ALIAS DOB: | NICKNAME/MONIKER: | |
| ADDRESS: 1410 DAISY DRIVE | | | | CITY: TOPEKA | | STATE: KS | ZIP: 66618 |
| DRIVERS LICENSE#/STATE: K02841516 / NE | | | SOCIAL SECURITY #: | RESIDENCE PHONE: | | OTHER PHONE: (785) 640-9927 | |
| RACE [F]: W | SEX [G]: F | HEIGHT: 5' 6" | WEIGHT: 125 | HAIR: BLU | EYES: HAZ | SCARS-MARKS-TATTOOS: | |
| OTHER DESCRIPTION: | | | | | | | |
| BIRTH CITY: | BIRTH STATE OR COUNTRY: USA | | ☐ INTERPRETER NEEDED | | LANGUAGE: | | |
| PHYSICAL CONDITION: NORMAL | | | | | | | |
| MENTAL CONDITION: NORMAL | | | | | | | |
| SCHOOL or BUSINESS NAME & ADDRESS: | | | | | | | |
| EMERGENCY CONTACT NAME: RICHARDSON, PAUL | | | | EMERGENCY CONTACT RELATION: FATHER | | EMERGENCY CONTACT PHONE: | |
| ☐ DV RELATED | ☑ US CITIZEN | METHOD OF IDENTIFICATION: DRIVER LICENSE | | KNOWN KEEP SEPERATES: | | | |
| PLATE# / STATE / YEAR: 191EHT / KS / 2018 | | | VIN: J T D K B 2 0 U 9 9 3 4 6 3 8 6 5 | | | | |
| COLOR: GRY | YEAR: 2009 | MAKE: TOYT | | MODEL: PRIUS | STYLE: 11 | OTHER: | |

| CHARGE | WARRANT # | STATUTE/ORDINANCE | Conversion Code | RB# if different |
|---|---|---|---|---|
| CHARGE 1: POSSESS MARIJUANA 1 OZ OR LESS-1ST OFFENSE | | 28-416(13)(A) | 24900 | |
| CHARGE 2: CARRY CONCEALED WEAPON - GUN | | 20-192 | 21630 | |
| CHARGE 3: COCAINE, POSSESS | | 28-416(3) | 24913 | |
| CHARGE 4: CONTRLD SUBST-4,5 POSSESS W/I DELIVER | | 28-416(1)(A)-F3A | 24801 | |
| CHARGE 5: CONTRLD SUBST, POSSESS | | 28-416(3) | 21966 | |
| CHARGE 6: STOLEN FIREARM-POSSESS,RECEIVE,DISPOSE | | 28-1212.03 | 21432 | |
| CHARGE 7: C/S-POSS FIREARM W/FEL 2 DRUG VIOL | | 28-416(16)(C) | 24867 | |

| | | | |
|---|---|---|---|
| BOOKING #: K132248 | ☐ SCHOOL ZONE ☐ CONSTRUCTION ZONE | | WEAPON CODE [E]: |
| ON SCENE ☐ CIB ☐ CRIME LAB; CIB ADVISED ☑ Yes ☐ No | ADVISED OFFICER/SER#: SCHRAGE, BRETT [2065] | ON SCENE INVESTIGATOR/SER#: | REF RB#: |
| Other Reports: FELONY ARREST AFFIDAVIT , SUPPLEMENTAL REPORT | | | |

| RB# |
|---|
| AK68261 |

NARRATIVE: (PC and Elements to the Charged Crimes. Details on a Supplementary Report)
Narrative not required if already covered in an Incident Report for Crime Against Person.

On FRI 08JUN18 at 0145 hours R/o's HILLER, T. # 1802, MARCOTTE # 2212, SOLDO #2225, and MORRIS #2249 were on assignment in the area of 12th street and Harney street on a Zero Tolerance Operation when R/o's made contact with the owner of above vehicle RICHARDSON, Jessica. Police noticed a strong odor of marijuana coming from the above vehicle. Police completed a search of the above vehicle which resulted in two firearms (one loaded .38 special revolver and a .223 Windham Weaponry rifle). A data check on the firearms revealed that the rifle was reported stolen out of Missouri. See other officers reports.

RICHARDSON was transported to Douglas County Corrections where she was booked for possession of marijuana less than one ounce, CCW gun first offense, possession of a stolen firearm, possession of controlled substances (cocaine and ecstasy), possession of controlled substance with intent to deliver, possession of a firearm with PWID drugs.

Firearms and narcotics booked into property.
See Supplemental report for greater details.
CIB Sergeant SCHRAGE, B. #2065 was advised.

| CONDITIONS | | | |
|---|---|---|---|
| Road Surface | Visibility | Other Traffic Present | |
| Roadway | Highway Type | Traffic Flow | Accident Caused<br>NONE |

| COMMAND AUTHORIZING BOOKING | SERIAL # | TRANSPORTED BY | SERIAL # |
|---|---|---|---|
| RUSSELL, JENNIFER | 1982 | MARCOTTE, ERIN | 2212 |
| SEARCHED BY | SERIAL # | ASSISTING OFFICER | |
| MARCOTTE, ERIN | 2212 | MARCOTTE, ERIN / 2212<br>MORRIS, ASHLEY / 2249<br>SOLDO, ROBERT / 2225<br>GLASSMAN, SEAN / 2110 | |
| REPORTING OFFICER | SERIAL # | APPROVED BY | SERIAL # |
| HILLER, TROY | 1802 | MRAZ, JOSEPH R | 1842 |

NOTE: This report may stand alone for Crime Against Society and is used for all booking arrests. Crimes Against Society need not be listed on an Incident Report

# OMAHA POLICE DEPARTMENT
# BOOKING ARREST REPORT

RB# AS56331

☑ FELONY ☐ MISDEMEANOR ☐ WARRANT ONLY

| OCCURRED | | | | | REPORTED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Location Occurred: 2200 DODGE ST OMAHA , DOUGLAS COUNTY | | | | District # 52 | Location Reported: Same as Location Occurred | | | | District # |
| Day of Week | Month (MM) | Day (DD) | Year (YY) | Hour:Minute | Day of Week | Month (MM) | Day (DD) | Year (YY) | Hour:Minute |
| WEDNESDAY | 11 | 02 | 22 | 02:19 | | | | | |
| WEDNESDAY | 11 | 02 | 22 | 02:19 | | | | | |

| ARRESTED | Day of Week | Month (MM) | Day (DD) | Year (YY) | Hour:Minute | Location | District |
|---|---|---|---|---|---|---|---|
| | WEDNESDAY | 11 | 02 | 22 | 02:22 | Same as Location Occurred | |

**OFFENDER**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OFFENDER NAME ☑ ID Verified: RICHARDSON, JESSICA DOROTHY MAR | | | | DOB (MM/DD/YY): 07/31/92 | AGE: 30 | Data # - Data Center Use Only: 3510766 | |
| ALIAS: | | | | ALIAS DOB: | NICKNAME/MONIKER: | | |
| ADDRESS: 818 LINCOLN RD | | | CITY: BELLEVUE | | STATE: NE | ZIP: 68005 | |
| DRIVERS LICENSE#/STATE: H13984615 / NE | | SOCIAL SECURITY #: | RESIDENCE PHONE: | | OTHER PHONE: (402) 599-9820 | | |
| RACE [F]: O | SEX [G]: F | HEIGHT: 5' 6" | WEIGHT: 130 | HAIR: BLN | EYES: HAZ | SCARS-MARKS-TATTOOS: | |
| OTHER DESCRIPTION: | | | | | | | |
| BIRTH CITY: | BIRTH STATE OR COUNTRY: | | ☐ INTERPRETER NEEDED | | LANGUAGE: | | |
| PHYSICAL CONDITION: NORMAL | | | | | | | |
| MENTAL CONDITION: NORMAL | | | | | | | |
| SCHOOL or BUSINESS NAME & ADDRESS: | | | | | | | |
| EMERGENCY CONTACT NAME: | | | EMERGENCY CONTACT RELATION: | | EMERGENCY CONTACT PHONE: | | |
| ☐ DV RELATED | ☑ US CITIZEN | METHOD OF IDENTIFICATION: DRIVER LICENSE | | KNOWN KEEP SEPERATES: | | | |
| PLATE# / STATE / YEAR: WZR066 / NE / 2022 | | VIN: 1 V 2 K R 2 C A 3 N C 5 0 7 7 0 5 | | | | | |
| COLOR: WHI | YEAR: 2022 | MAKE: VOLK | MODEL: ATLAS | STYLE: 19 | OTHER: | | |

| CHARGE | WARRANT # | STATUTE/ORDINANCE | Conversion Code | RB# if different |
|---|---|---|---|---|
| CHARGE 1: TRAFFIC CONTROL SIGNAL 'C' | | 60-6,123 | 66123 | |
| CHARGE 2: CONTRLD SUBST, POSSESS | | 28-416(3) | 21966 | |
| CHARGE 3: CONTRLD SUBST, POSSESS | | 28-416(3) | 21966 | |

| | | |
|---|---|---|
| BOOKING #: K1190011 | ☐ SCHOOL ZONE ☐ CONSTRUCTION ZONE | WEAPON CODE [E]: |

| | | | |
|---|---|---|---|
| ON SCENE ☐ CIB ☐ CRIME LAB<br>CIB ADVISED ☑ Yes ☐ No | ADVISED OFFICER/SER#: LIER, AARON [2334] | ON SCENE INVESTIGATOR/SER#: | REF RB#: |

Other Reports: SUPPLEMENTAL REPORT , FELONY ARREST AFFIDAVIT

NARRATIVE: (PC and Elements to the Charged Crimes. Details on a Supplementary Report)
Narrative not required if already covered in an Incident Report for Crime Against Person.

On WED 02 NOV 22 at approximately 0213HRS, R/O's ASTORINO #2494 and MCNEIL #2466 observed a white Volkswagen SUV run through a stop light at S 18th St, continuing WB on Dodge St.
R/O's conducted a traffic stop at 2200 Dodge St on a white Volkswagen Atlas (NE-WZR066). R/O's identified the owner and driver of the vehicle as RICHARDSON,Jessica WF (07-31-1992) per RICHARDSON and via her Drivers License.

The vehicle had a strong odor of marijuana.
MCNEIL, WARMAN #2156, LORENZO #2469, and WILSON #2412 conducted a search of the vehicle and located marijuana residue in the middle compartment of the vehicle and more residue in a plastic bag.
R/O's continued searching the car and located 10 pills in 3 separate pill bottles that did not appear to match the prescriptions on the bottle.
Officers also located a small baggie with a white powdery substance in it in the front pouch of a green bag in the vehicle.

| RB# |
|---|
| AS56331 |

NARRATIVE: (PC and Elements to the Charged Crimes. Details on a Supplementary Report)
Narrative not required if already covered in an Incident Report for Crime Against Person.

LORENZO tested both substances. The pill test result for MDMA was positive. The white powder in the small baggie tested positive for cocaine. 6 MDMA pills were located in a risperidone bottle, which was found on the passenger floor. 1 MDMA pill was found in a Benadryl bottle on the passenger floor. 3 MDMA pills were found in an Aderrall bottle in the middle pouch of a green bag. The green bag had "Dime Bag" written on it.

RICHARDSON was read her Miranda Rights by ASTORINO and did not admit to knowing there were any illegal substances in her vehicle.

R/O's booked controlled substances into evidence.
SGT REESON #1735 advised
CIB LIER #2334 advised
BWC utilized.

| CONDITIONS | | | |
|---|---|---|---|
| Road Surface | Visibility | Other Traffic Present | |
| Roadway | Highway Type | Traffic Flow | Accident Caused<br>NONE |

| COMMAND AUTHORIZING BOOKING | SERIAL # | TRANSPORTED BY | SERIAL # |
|---|---|---|---|
| REESON, TODD | 1735 | MCNEIL, ASHLEY | 2466 |
| SEARCHED BY<br>MCNEIL, ASHLEY | SERIAL #<br>2466 | ASSISTING OFFICER<br>MCNEIL, ASHLEY / 2466<br>WARMAN, ASHLEY / 2156<br>WILSON, STEVE / 2412<br>LORENZO, JOSHUA / 2469<br>ARRICK, DOUGLAS / 2000 | |
| REPORTING OFFICER<br>ASTORINO, GIANNA | SERIAL #<br>2494 | APPROVED BY<br>REESON, TODD | SERIAL #<br>1735 |