| Image ID D00973715D01 Form 19-4 | EX PARTE HARASSMENT PROTECTION ORDER | Case Number CI-25-4072 Document Number 973715 |
|---|---|---|

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA

Evan Spencer
Petitioner
vs.
Matthew Longcor
Respondent

# EX PARTE HARASSMENT PROTECTION ORDER

**The protected party(ies) of this Order is/are:**

1. Evan Spencer
2. ____
3. ____
4. ____
5. ____
6. ____

**THE COURT**, having received the Petition and Affidavit of the petitioner, finds that a harassment protection order pursuant to Neb. Rev. Stat. § 28-311.09 should be issued. **FURTHER**, it reasonably appears from the specific facts included in the affidavit that irreparable harm, loss or damage will result before this matter can be heard on notice, therefore, the court having jurisdiction of the parties finds that a harassment protection order should be issued without prior notice and hearing.

**IT IS THERFORE ORDERED, pursuant to Neb. Rev. Stat. § 28-311.09, unless otherwise dismissed or modified by order of the court, a harassment protection order against the respondent is granted for a period of one year from the date of this order and the petitioner is granted the following relief:**

X 1. Respondent is enjoined from imposing any restraint upon the person or liberty of the protected party(ies).

X 2. Respondent is enjoined from harassing, threatening, assaulting, molesting, attacking, or otherwise disturbing the peace of the protected party(ies).

X 3. Respondent is enjoined from telephoning, contacting, or otherwise communicating with the protected party(ies).

If the respondent wishes to appear and show cause why this order should not remain in effect for a period of one year, he or she shall affix his or her current address, telephone number, and signature on the **Request for Hearing** form provided and return it to the clerk of the district court within ten (10) business days after service upon him or her. This order shall remain in effect during the time prior to the hearing. Costs are waived unless otherwise ordered by the court.

DATED on: May 13, 2025

JUDGE - Shelly R Stratman

**NOTICE TO RESPONDENT**

PURSUANT to 18 U.S.C.2265, this order is enforced in all fifty states, the District of Columbia, tribal lands, and U.S territories. Moreover, pursuant to 18 U.S.C.922 if a final order is entered againt you after a hearing of which you had actual knowledge and an opportunity to participate, whether or not you actually participated, and if this court order restrains you from harassing, stalking, or threatening an intimate partner or child of such intimate partner, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child, you may be subject to a federal penalty for possessing, transporting, or accepting a firearm or ammunition.

Printed on 5/13/2025 at 8:00 A.M.

CASE FILE COPY

**FILED BY**
Clerk of the Douglas District Court
05/13/2025