IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHUCK STREBLOW, KRISTEN ROZMIAREK, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, CASEY ROWE; SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100 and all similarly situated residential & commercial neighbors of Club 180,

Plaintiffs,

v.

CLUB 180, AM314, LLC, IRISHMEN 180, LLC, TOAST, INC., MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, JAMES PULL, DAVID EKDAHL, ELLIE JAEKE, MARLEY NYGAARD, BLAIKE KOCA, JESSICA RICHARDSON, BROOKE LEIBERT, BREAUNA HOFFMAN, TEAONA MASON, LANIE WILSON, KATHERINE TEDI SMITH, PATIENCE ELIZABETH, ELENA RHODD-MORALES, CHRISTINA CRAFT, BRITTNEY DINOVO, KIARA MORALES, TANEA WHITE, SKYLAR DICKEY, JANAE BALT, A. JANSEN aka PERSUSIA, AMIRA, OCTAVIA, JESSIE, SANTANA, SAPPHIRE, WINTER, MIREYA, TINY, ECHO, EVRON, INC., 7 OAKS INVESTMENT CORP., HIGHLAND ASSOCIATES, INC., CTS, LLC, NANCY WAGGENER, PAUL WAGGENER, VOODOO LOUNGE, INC., KYRON O'BRIEN, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, STU SLEEPER aka STUPAC X, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE,

Case No. 8:25-cv-00241

**DEFENDANT JAMES PULL'S MOTION TO DISMISS**

LLC dba KRUSH ULTRA LOUNGE, IVON PENNY, CHAD, ROMAN and JOHN & JANE ROES #1– 50,

Defendants.

Defendant James Pull ("Defendant"), pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), by and through his counsel of record, hereby moves the Court for an Order dismissing Plaintiffs Chuck Streblow, Kristen Rozmiarek, Kimberly Hernandez, Imagination Industries, Inc. dba The American Dream Bar, Casey Rowe, Sarah Houston, Jane Doe Dancers 1-25, John Doe Security Guards 1-7, and John and Jane Doe Customers 1-100's (collectively hereinafter, "Plaintiffs") Amended Class Action Complaint ("Amended Complaint") for failure to state a claim upon which relief can be granted on all claims and for lack of subject matter jurisdiction. Defendant has submitted a Brief in Support of this Motion to Dismiss.

WHEREFORE, Defendant James Pull respectfully requests that the Court enter an Order, dismissing Plaintiffs' Amended Complaint and the claims alleged against him, with prejudice.

Dated this 27th day of May, 2025.

JAMES PULL, Defendant,

By: */s/ Ryan M. Kunhart*

Ryan M. Kunhart, #24692
Dvorak Law Group, LLC
9500 W. Dodge Rd., Ste. 100
Omaha, NE 68114
402-934-4770
402-933-9630 (facsimile)
rkunhart@ddlawgroup.com

Attorneys for Defendant.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 27, 2025, the foregoing document was electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification to all CM/ECF participants.

*/s/ Ryan M. Kunhart*
Ryan M. Kunhart