UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

CHUCK STREBLOW, KRISTEN ROZMIAREK, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, CASEY ROWE, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,

Plaintiffs,

versus,

CLUB 180, AM314, LLC, IRISHMEN 180, LLC, TOAST, INC., MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, JAMES PULL, DAVID EKDAHL, ELLIE JAEKE, MARLEY NYGAARD, BLAIKE KOCA, JESSICA RICHARDSON, BROOKE LEIBERT, BREAUNA HOFFMAN, TEAONA MASON, LANIE WILSON, KATHERINE TEDI SMITH, PATIENCE ELIZABETH, ELENA RHODD-MORALES, CHRISTINA CRAFT, BRITTNEY DINOVO, KIARA MORALES, TANEA WHITE, SKYLAR DICKEY, JANAE BALT, A. JANSEN aka PERSUSIA, AMIRA, OCTAVIA, JESSIE, SANTANA, SAPPHIRE, WINTER, MIREYA, TINY, ECHO, EVRON, INC., 7 OAKS INVESTMENT CORP., HIGHLAND ASSOCIATES, INC., CTS, LLC, NANCY WAGGENER, PAUL WAGGENER, VOODOO LOUNGE, INC., KYRON O'BRIEN, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, STU SLEEPER aka STUPAC X, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE, LLC dba KRUSH ULTRA LOUNGE, IVON PENNY, CHAD, ROMAN, and JOHN & JANE ROES #1– 50,

Defendants.

**Case No. 8:25-cv-00241-JFB-RCC**

**SUPPLEMENTAL MOTION FOR ALTERNATIVE SERVICE OF PROCESS OF DEFENDANTS AM314, LLC & MATTHEW LONGCOR**

**SUPPLEMENTAL MOTION FOR ALTERNATIVE SERVICE OF PROCESS**

Since filing Plaintiffs' motion for alternative service of the summons and amended complaint against Defendants AM314, LLC and Matthew Longcor (ECF No. 137) on May 26, 2025, the Douglas County Sheriff's Office returned two additional documents for Matthew Longcor and one for AM314, LLC, on May 28 and 29. The first (ECF No. 142) regarding service of Defendant Matthew Longcor states that on May 23, 2025, "SUBJECT IS AVOIDING SERVICE". Thereafter the Sheriff confirmed the home address for Matthew Longcor at 1303 S. 203rd Street, #402, Omaha, NE 68130, and after six attempts to serve Matthew Longcor (ECF No.148) and AM314, LLC (ECF No. 149) at that address, returned the summonses unserved with an identical note on each document: "ADDRESS VERIFIED BY DMV VEHICLE REGISTRATION ON 5.5.25. **MATTHEW LONGCOR IS AVOIDING SERVICE. ALTERNATIVE SERVICE REQUESTED**." (emphasis added)

Since Plaintiffs have been diligently trying to serve Matthew Longcor and AM314, LLC for two months without success and the Sheriff's office has requested alternative service, Plaintiffs respectfully request leave of the Court to effectuate alternative service of process upon Defendants AM314, LLC, and Matthew Longcor pursuant to Neb. Rev. Stat. § 25-517.02., allowing service of the prospective summonses (requests ECF No. 135 – 136) and amended complaint (ECF No. 24), by first class mail and hand delivery to the "principal office" of AM314, LLC dba Club 180, at 18101 R Plaza, Suite 107, Omaha, NE 68135, during operating hours.

Plaintiffs also request that Respondents be ordered to pay for the costs of service of process and Plaintiffs' motion and supplemental motion for alternative service in the amount of $2,500 due to their violations of FRCP Rule 4(d), by failing to return the waivers of summons

emailed to Defendants on April 2, 2025 (ECF No. 139), and their refusal to accept service of process, retain an attorney or enter an appearance in a very serious case that affects tens of thousands of people, and involves at least 2 deaths along with 18 months of illegal activities and the exploitation of minors.

Respectfully Submitted,

May 29, 2025

By: /s/ *Evan Spencer*

Evan Spencer
Evan Spencer Law, PLLC
305 Broadway, 7th Floor
New York, NY 10007
Tel. 917.547.4665
Evan@EvanSpencerLaw.com

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 29th Day of May, 2025, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, giving notice to all parties in this action.

*/s/Evan Spencer*
Evan Spencer, Esq.