IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, SARAH HOUSTON, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, JANE DOE DANCERS #1 – 7, JOHN DOE SECURITY GUARDS #1 – 5, JOHN & JANE DOE CUSTOMERS #1 – 11, and all Similarly Situated Residential & Commercial Neighbors of Club 180, | Case No. 8:25-cv-00241-JFB-RCC |
| Plaintiffs, | |
| versus, | |
| CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, NICHOLAS SCALISE dba DJ NEXT1, ERIC HAVERMANN, ELLIE JAEKE, EVRON, INC., SEVEN OAKS INVESTMENT CORP., HIGHLAND ASSOCIATES, INC., CTS, LLC, PTM, INC., NANCY WAGGENER, PAUL WAGGENER, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, MIROSLAVA KOTSAN, STU SLEEPER aka STUPAC X, DAVID EKDAHL, CHAD MCMAHON, JAMES PULL, IVON PENNY, BLAIKE KOCA, MARLEY NYGAARD, ROMAN, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI aka JAMAAL, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE, LLC dba KRUSH ULTRA LOUNGE, BRE MANNING aka ROSE, BROOKE | MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING |

LEIBERT aka MALIBU, ELENA
RHODD-MORALES aka STARR,
CHRISTINA CRAFT aka SKYLA,
KATHERINE TEDI SMITH aka
SIENNA, , ECHO, AMIRA,
PERSUSIA, KINO, JESSIE, INDIE,
NEA, PRETTY P, STORMIE,
SANTANA, VOODOO LOUNGE,
INC., KYRON O'BRIEN SR.,
TOAST, INC., COSTCO
WHOLESALE CORP., and JOHN &
JANE ROES #1– 50,

        Defendants.

**COMES NOW** Defendant, Jessica Richardson ("Richardson") by and through their undersigned counsel, and respectfully request an Order extending Defendants' responsive Pleading Deadline until 14 days after the Court rules on Plaintiffs' pending Motion to File Second Amended Complaint (Filing No. 169). In support of this Motion, Defendants show the Court as follows:

1. Pursuant to the Proof of Summons filed by Plaintiff at Filing No. 164, Defendant were served with a copy of the Complaint on April 29, 2025.

2. Defendant filed a Motion to Dismiss for Failure to State a Claim at Filing No. 102 on May 19, 2025 requiring a response by Plaintiffs no later than June 16, 2025. No such response has been filed at this time.

3. On June 11, 2025, Plaintiffs filed an Amended Motion to File Second Amended Complaint.

4. Defendants' deadline to respond to Plaintiffs' Motion is June 25, 2025. It is unknown whether any Defendants will formally oppose Plaintiffs' Motion.

5. Similar to the motion filed by Defendant Waggener (filing No. 170), Defendant Toast, Inc. (Filing No. 172), and Defendants Club 180, AM314 LLC, Matthew Longcor and Ayden Longcor, Defendant Richardson requests that her responsive pleading deadline be extended to 14 days after the Court rules on Plaintiffs' Motion. This will avoid Defendant Richardson from being required to file a responsive pleading to Plaintiffs' current motion, which will become moot if the Court grants the Plaintiffs leave to file a Second Amended Complaint. Further, it will allow Defendants to avoid unnecessary costs that would be required if multiple responsive pleadings must be filed by Defendants.

6. Defendants' counsel attempted to reach Plaintiffs' counsel to no available. Defendant's counsel does not anticipate a response due to Plaintiffs' counsel stating, via email, to Defendant's counsel that he would no longer correspond with Defendant's counsel with a court order.

7. This motion is consistent with the aims of Fed. R. Civ. P. 1, which calls upon "the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding."

3

WHEREFORE, Defendant Jessica Richardson respectfully requests an Order requiring their responsive pleading deadline to 14 days after the Court rules on Plaintiffs' Motion to File Second Amended Complaint, and granting such other and further relief as the Court deems fair and just.

DATED THIS JUNE 24, 2025

                  JESSICA RICHARDSON, DEFENDANT

                  By:    *s/ Lynae Tucker-Chellew*
                  LYNAE TUCKER-CHELLEW #27521
                  Attorney for Defendant
                  Dornan, Howard, Breitkreutz,
                  Dahlquist & Klein PC LLO
                  1403 Farnam Street, Suite 232
                  Omaha, Nebraska 68102
                  (402) 884-7044 (phone)
                  Lynae@dltlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2025 I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which automatically sent notification of such filing all attorneys of record. Parties served by the CM/ECF system are as follows:

| | |
|---|---|
| Kimberly Hernandez (Plaintiff) | EVAN SPENCER<br>305 Broadway<br>7th Floor<br>New York, NY 10007<br>917-547-4665<br>Evan@EvanSpencerEsq.com |
| Sarah Houston (Plaintiff) | EVAN SPENCER<br>305 Broadway<br>7th Floor<br>New York, NY 10007<br>917-547-4665<br>Evan@EvanSpencerEsq.com |
| Imagination Industries, Inc. | EVAN SPENCER |

4

| | |
|---|---|
| (Plaintiff) | 305 Broadway<br>7th Floor<br>New York, NY 10007<br>917-547-4665<br>Evan@EvanSpencerEsq.com |
| Jane Doe Dancers #1-25<br>(Plaintiffs) | EVAN SPENCER<br>305 Broadway<br>7th Floor<br>New York, NY 10007<br>917-547-4665<br>Evan@EvanSpencerEsq.com |
| John & Jane Doe Customers #1-100 and all Similarly Situated Residential & Commercial Neighbors of Club 180<br>(Plaintiffs) | EVAN SPENCER<br>305 Broadway<br>7th Floor<br>New York, NY 10007<br>917-547-4665<br>Evan@EvanSpencerEsq.com |
| John Doe Security Guards #1-7<br>(Plaintiffs) | EVAN SPENCER<br>305 Broadway<br>7th Floor<br>New York, NY 10007<br>917-547-4665<br>Evan@EvanSpencerEsq.com |
| James Pull<br>5901 S. 190th Terrace<br>Omaha, NE 68135<br>(Defendant) | RYAN M. KUNHART<br>DVORAK LAW GROUP<br>9500 West Dodge Road<br>Suite 100<br>Omaha, NE 68114<br>(402) 934-4770<br>(402) 933-9630 (fax)<br>rkunhart@ddlawgroup.com |
| Casey Rowe | EVAN SPENCER<br>305 Broadway<br>7th Floor<br>New York, NY 10007<br>917-547-4665<br>Evan@EvanSpencerEsq.com |
| Kristen Rozmiarek | EVAN SPENCER<br>305 Broadway<br>7th Floor<br>New York, NY 10007<br>917-547-4665<br>Evan@EvanSpencerEsq.com |

5

Chuck Streblow                          EVAN SPENCER
                                        305 Broadway
                                        7th Floor
                                        New York, NY 10007
                                        917-547-4665
                                        Evan@EvanSpencerEsq.com


                                        *s/ Lynae Tucker-Chellew*
                                        Lynae Tucker-Chellew #27521
                                        Attorney for Defendant,
                                        Jessica Richardson