UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

CHUCK STREBLOW, KRISTEN ROZMIAREK, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, CASEY ROWE, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,

Plaintiffs,

versus,

CLUB 180, AM314, LLC, IRISHMEN 180, LLC, TOAST, INC., MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, JAMES PULL, DAVID EKDAHL, ELLIE JAEKE, MARLEY NYGAARD, BLAIKE KOCA, JESSICA RICHARDSON, BROOKE LEIBERT, BREAUNA HOFFMAN, TEAONA MASON, LANIE WILSON, KATHERINE TEDI SMITH, PATIENCE ELIZABETH, ELENA RHODD-MORALES, CHRISTINA CRAFT, BRITTNEY DINOVO, KIARA MORALES, TANEA WHITE, SKYLAR DICKEY, JANAE BALT, A. JANSEN aka PERSUSIA, AMIRA, OCTAVIA, JESSIE, SANTANA, SAPPHIRE, WINTER, MIREYA, TINY, ECHO, EVRON, INC., 7 OAKS INVESTMENT CORP., HIGHLAND ASSOCIATES, INC., CTS, LLC, NANCY WAGGENER, PAUL WAGGENER, VOODOO LOUNGE, INC., KYRON O'BRIEN, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, STU SLEEPER aka STUPAC X, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE, LLC dba KRUSH ULTRA LOUNGE, IVON PENNY, CHAD, ROMAN, and JOHN & JANE ROES #1– 50,

Defendants.

**Case No. 8:25-cv-00241-JFB-RCC**

**ADDITIONAL DECLARATION BY PLAINTIFFS' ATTORNEY EVAN SPENCER IN SUPPORT OF MOTION TO FILE SECOND AMENDED COMPLAINT & ENTER BRIEFING SCHEDULE**

Additional declaration of Plaintiffs' attorney Evan Spencer in support of Plaintiffs' motion to file Second Amended Complaint ("SAC") and enter a briefing schedule:

1) I am the Plaintiffs' attorney, and I submit this additional declaration in support of Plaintiffs' motion to file the SAC (ECF No. 167-1) and enter a briefing schedule.
2) On June 3, 2025, approximately five weeks after filing the amended complaint, I obtained an affidavit from witness Justine Dubois, regarding admissions made by Defendant Delaney Wilson.
3) The substance of these admissions goes to the heart of the case, explaining precisely how the prostitution and other illegal activities occur at Club 180.
4) On June 5, 2025, Defendants James Pull and Chad went to the Spearmint Rhino Gentlemen's club in Carter Lake, Iowa to threaten and harass Plaintiff Kimberly Hernandez.
5) I believe this coordinated attach on my client was caused by the fact that the Court had granted my motion for alternative service the previous day and less than 24 hours earlier I had served the primary Defendants Matthew Longcor and AM314, LLC at Club 180.
6) The details of this incident at the Spearmint Rhino in Carter Lake, Iowa are recited by Ms. Hernandez in her declaration.
7) Defendant Pull threatened Ms. Hernandez, her children, and me, threatened to "destroy her," and attempted to bribe her to recant her affidavit and withdraw from this lawsuit.
8) Pull also said many disparaging things about me to encourage my client Kimberly Hernandez to terminate our contract.
9) Plaintiffs have attached the declaration of Ms. Hernandez **(Exhibit "C")** and the affidavit of Ms. Dubois **(Exhibit "D")** in support of Plaintiffs' motion to file the SAC.

10) Since the amended complaint was filed April 21, 2025, over the past 70 days, I have worked almost exclusively on this case, in excess of 500 hours.

11) After meeting with dozens of parties and witnesses and obtaining more evidence, it was practical and in the interests of judicial economy to remove over half of the parties and causes of action and to reduce the complaint from 59 to 29 pages.

12) Defendants requested a different form of redline editing in Microsoft Word than the one previously filed with the Court (ECF No. 169-1) which is attached as **Exhibit "A"**.

13) Lastly, regarding the request for an extended briefing schedule, the 12 Defendants who have not been served have been evading service.

14) Four of these Defendants have attorneys who refuse to accept service of process on behalf of their clients.

15) The home address of many of these Defendants are unknown.

16) Since Plaintiffs might have to file as many as 12 motions for alternative service, I have requested 45 days to do so.

***I declare under penalty of perjury that the foregoing statement is true and correct.***

Sworn to this 30th day of June, 2025 by:

s/Evan Spencer

**Evan Spencer**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of June, 2025, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, giving notice to all parties in this action.

/s/Evan Spencer
Evan Spencer, Esq.