UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

CHUCK STREBLOW, KRISTEN ROZMIAREK, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, CASEY ROWE, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,

Plaintiffs,

versus,

CLUB 180, AM314, LLC, IRISHMEN 180, LLC, TOAST, INC., MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, JAMES PULL, DAVID EKDAHL, ELLIE JAEKE, MARLEY NYGAARD, BLAIKE KOCA, JESSICA RICHARDSON, BROOKE LEIBERT, BREAUNA HOFFMAN, TEAONA MASON, LANIE WILSON, KATHERINE TEDI SMITH, PATIENCE ELIZABETH, ELENA RHODD-MORALES, CHRISTINA CRAFT, BRITTNEY DINOVO, KIARA MORALES, TANEA WHITE, SKYLAR DICKEY, JANAE BALT, A. JANSEN aka PERSUSIA, AMIRA, OCTAVIA, JESSIE, SANTANA, SAPPHIRE, WINTER, MIREYA, TINY, ECHO, EVRON, INC., 7 OAKS INVESTMENT CORP., HIGHLAND ASSOCIATES, INC., CTS, LLC, NANCY WAGGENER, PAUL WAGGENER, VOODOO LOUNGE, INC., KYRON O'BRIEN, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, STU SLEEPER aka STUPAC X, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE, LLC dba KRUSH ULTRA LOUNGE, IVON PENNY, CHAD, ROMAN, and JOHN & JANE ROES #1– 50,

Defendants.

**Case No. 8:25-cv-00241-JFB-RCC**

**DECLARATION OF PLAINTIFF KIMBERLY HERNANDEZ IN SUPPORT OF MOTION TO FILE SECOND AMENDED COMPLAINT & ENTER BRIEFING SCHEDULE**

Declaration of Plaintiff Kimberly Hernandez in support of Plaintiffs' motion to file a Second Amended Complaint ("SAC") and enter briefing schedule:

1) I am a Plaintiff in this case, and I submit this declaration in support of Plaintiffs' motion to file the SAC (ECF No. 167-1) and enter a briefing schedule.
2) Around 6 weeks after the amended complaint was filed in late April 2025, Defendant James Pull went to the Spearmint Rhino Gentlemen's club in Carter Lake, Iowa where I work to threaten and harass me with Defendant Chad.
3) Defendants Christina Craft and Jessica Richardson were there as well.
4) Mr. Pull came to the club around 9:00 pm on Thursday, June 5, 2025.
5) When he first approached me, I didn't know who he was, but it was clear that he knew me.
6) He asked if I was Kimberly Hernandez, when customers usually refer to me by my dancer names Karma or Envy.
7) After approaching me, Mr. Pull paid for a private dance in the champagne room of the club.
8) I found out afterwards that there are no cameras or microphones in the champagne room.
9) During the course of this private dance, Mr. Pull threatened me, my children, and my lawyer.
10) He said that he knows where I live and where my lawyer lives, implying that he or people on his behalf would be coming to our homes to harm us.
11) He threatened to "destroy me" if I proceeded with the lawsuit.
12) He offered to bribe me if I went to his law firm and recanted my affidavit.

13) Mr. Pull said he was acting on behalf of Defendants Matthew Longcor and Paul Waggener and said these were, "not people you want to mess with."

14) After this happened, I texted my lawyer and drove home.

15) Mr. Spencer then picked me up at home and we returned to the club together to report what happened to management.

16) I then called 911 and reported the matter to the Carter Lake Police Department.

17) Two officers arrived and I reported the matter to a female police officer.

18) Then she and her male partner went inside leaving me and my lawyer alone.

19) Mr. Pull's friend Chad came outside and tried to start a fight with my lawyer and the police and the Rhino security guards did nothing.

20) We then left in my lawyer's car.

21) I was traumatized by Jim and Chad that night and I will be seeking a therapist as I have been threatened and bullied by many of the Defendants in this case, causing me severe emotional and mental distress.

***I declare under penalty of perjury that the foregoing statement is true and correct.***

Sworn to this 30th day of June, 2025 by:

s/Kimberly Hernandez

**Kimberly Hernandez**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 30th day of June, 2025, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, giving notice to all parties in this action.

*/s/Evan Spencer*
Evan Spencer, Esq.