UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, et al.<br>Plaintiffs,<br><br>versus<br><br>CLUB 180, et al.<br>Defendants, | **Case No. 8:25-cv-00241-JFB-RCC**<br><br>**AFFIDAVIT OF WITNESS JUSTINE DUBOIS** |

I, Justine Dubois, swear and affirm under penalty of perjury that the following statement is true and accurate:

1) When I was an inmate in Douglas County Jail in May 2025, another inmate Delaney Wilson admitted her crimes to me and told me about her accomplices.

2) Delaney is a stripper who dances under the name Stormie at Two Fine Irishmen/Club 180, located at 18101 R Plaza, Suite 107, Omaha, NE 68135.

3) Delaney told me that she and other exotic dancers at Club 180 who engage in prostitution are branded with special tattoos on their necks so the customers know who they can have sex with.

4) She said the typical charge is $800 for sex and that it ranges from $500 - $1,000 or more.

5) Delaney told me there are blind spots in Club 180 where there are no cameras and that in these locations, she and other dancers have sex with customers.

6) She told me that she sells cocaine to customers and gets dancers hooked on cocaine and methamphetamine.

7) Delaney was arrested for participating in a drive-by shooting in Omaha on April 8, 2025, and told me that New York attorney Evan Spencer, Plaintiff's counsel in litigation against Matthew Longcor and Club 180, would be, "dealt with next."

8) She told me that since Matt Longcor's threats to Mr. Spencer didn't work, that he was going to send people to New York to kill him.

9) The day I was released from jail, I was assaulted as retaliation by other inmates.

10) I have been followed and stalked by people associated with Matthew Longcor and Delaney Wilson since I was released from jail.

11) On Sunday, June 1, 2025, around midnight, I was at the Horseshoe Casino in Council Bluffs, Iowa with a friend when an associate of Matt Longcor and Delaney Wilson threatened me.

12) He asked if my name was Justine and told me I, "needed to leave Club 180 alone or something bad was going to happen to me."

13) He also said he knows where I live, despite the fact that I secretly moved there just days ago.

14) As a result of the assault and threats, I am in constant fear for my life.

FURTHER AFFIANT SAYETH NOT.

STATE OF NEBRASKA )
) ss.
COUNTY OF DOUGLAS )

(AFFIANT)

Subscribed and sworn to before me this 3rd day of June, 2025 by Justine Dubois

GENERAL NOTARY-State of Nebraska
THOMAS M CHADER
My Comm. Exp. March 30, 2026

Thomas M Chader

Notary Public