IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, SARAH HOUSTON, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, JANE DOE DANCERS #1 – 7, JOHN DOE SECURITY GUARDS #1 – 5, JOHN & JANE DOE CUSTOMERS #1 – 11, and all Similarly Situated Residential & Commercial Neighbors of Club 180,<br><br>Plaintiffs,<br><br>versus,<br><br>CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, NICHOLAS SCALISE dba DJ NEXT1, ERIC HAVERMANN, ELLIE JAEKE, EVRON, INC., SEVEN OAKS INVESTMENT CORP., HIGHLAND ASSOCIATES, INC., CTS, LLC, PTM, INC., NANCY WAGGENER, PAUL WAGGENER, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, MIROSLAVA KOTSAN, STU SLEEPER aka STUPAC X, DAVID EKDAHL, CHAD MCMAHON, JAMES PULL, IVON | Case No. 8:25-cv-00241-JFB-RCC<br><br>MOTION FOR EXTENSION OF TIME TO FILE CORPORATE DISCLOSURE STATEMENT |

| | |
|---|---|
| PENNY, BLAIKE KOCA, MARLEY NYGAARD, ROMAN, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI aka JAMAAL, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE, LLC dba KRUSH ULTRA LOUNGE, BRE MANNING aka ROSE, BROOKE LEIBERT aka MALIBU, ELENA RHODD-MORALES aka STARR, CHRISTINA CRAFT aka SKYLA, KATHERINE TEDI SMITH aka SIENNA, , ECHO, AMIRA, PERSUSIA, KINO, JESSIE, INDIE, NEA, PRETTY P, STORMIE, SANTANA, VOODOO LOUNGE, INC., KYRON O'BRIEN SR., TOAST, INC., COSTCO WHOLESALE CORP., and JOHN & JANE ROES #1– 50,<br><br>Defendants. | |

**COMES NOW** Defendants, Voodoo Lounge, Inc. and Kyron O'Brien ("Voodoo Defendants") by and through the undersigned counsel, The Orr Law Group, PLLC, and moves the court for an order granting a thirty (30) day extension of time to file their Corporate Disclosure Statement. In support of their Motion, the Defendants state as follows:

1. Settlement has been reached through counsel for both state and federal cases.
2. A motion to enforce settlement is set for September 9th, 2025, in the state court case CI 25-2771.
3. Interests of justice otherwise justify an extension.

Wherefore, Defendants request the that this Court extend their deadline to file their Corporate Disclosure Statement by thirty (30) days.

Respectfully submitted this 8th day of August 2025.

Kyron O'Brien and Voodoo Lounge, Inc.
Defendants

Connor W. Orr, #26454
THE ORR LAW GROUP, PLLC
9375 BURT STREET, STE 200
OMAHA, NE 68114
402.408.6488
402.408.6407
CONNOR@ORRLAWGRP.COM