NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHUCK STREBLOW,
SARAH HOUSTON
IMAGINATION INDUSTRIES, INC. dba
THE AMERICAN DREAM BAR, JANE
DOE DANCERS #1 – 7, JOHN DOE
SECURITY GUARDS #1 – 5,
JOHN & JANE DOE CUSTOMERS
#1 – 11, and all Similarly Situated
Residential & Commercial Neighbors
of Club 180
, )
)
Plaintiff(s), )
)
v. ) CASE NO. 8:25-cv-00241-JFB-RCC
)
CLUB 180, AM314, LLC, MATTHEW
LONGCOR, AYDEN LONGCOR,
NICHOLAS SCALISE dba DJ NEXT1,
ERIC HAVERMANN, ELLIE JAEKE,
EVRON, INC., SEVEN OAKS
INVESTMENT
CORP., HIGHLAND ASSOCIATES, INC.,
CTS, LLC, PTM, INC., NANCY
WAGGENER, PAUL WAGGENER,
BRAVO1 SECURITY, INC.,
MICHAEL ELAYAN, MIROSLAVA
KOTSAN,
STU SLEEPER aka STUPAC X, DAVID
EKDAHL, CHAD
MCMAHON, JAMES PULL, IVON
PENNY, BLAIKE KOCA, MARLEY
NYGAARD, ROMAN, JALIL TOOKHI,
MALIK HARMON, ABDUL RAHMANZAI aka
JAMAAL, DAVID LOOLOO, TONY PHAM,
BREANNA PHAM-CARR, THROWBACK
EMPIRE, LLC dba KRUSH ULTRA
LOUNGE, BRE MANNING aka ROSE,
BROOKE LEIBERT aka MALIBU,
ELENA RHODD-MORALES aka

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

STARR, CHRISTINA CRAFT aka
SKYLA, KATHERINE TEDI SMITH aka
SIENNA, , ECHO, AMIRA, PERSUSIA,
KINO, JESSIE, INDIE, NEA, PRETTY P,
STORMIE, SANTANA, VOODOO
LOUNGE, INC., KYRON O'BRIEN SR.,
TOAST, INC., COSTCO WHOLESALE
CORP., and JOHN & JANE ROES #1– 50, )
)
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS,**
**FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit*

*LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Voodoo Lounge, Inc. by and through their counsel of record, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership.

If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

Additional information: This is a privately held corporation incorporated in Nebraska

Date:8/14/2025 /s/ Connor W. Orr
(Signature)

CERTIFICATE OF SERVICE

I hereby certify that on 8/14/2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

EVAN SPENCER
305 Broadway
7th Floor
New York, NY 10007
917-547-4665
Email: Evan@EvanSpencerEsq.com

Ryan M. Hoffman
BRESSMAN, HOFFMAN LAW FIRM
3569 Leavenworth Street
Omaha, NE 68105
402-333-4774
Fax: 402-330-5515
Email: rhoffman@andersonbressman.com
LEAD ATTORNEY

Erin R. Robak
ERICKSON, SEDERSTROM LAW FIRM - OMAHA

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

10330 Regency Parkway Drive
Suite 100
Omaha, NE 68114
402-397-2200
Fax: 402-390-7137
Email: eroba@eslaw.com
LEAD ATTORNEY

Damien J. Wright
WELCH LAW FIRM
1299 Farnam Street
Suite 1220
Omaha, NE 68102
(402) 341-1200
Fax: (402) 341-1515
Email: damien@welchlawfirm.com
LEAD ATTORNEY

Ryan M. Kunhart
DVORAK LAW GROUP
9500 West Dodge Road
Suite 100
Omaha, NE 68114
(402) 934-4770
Fax: (402) 933-9630
Email: rkunhart@ddlawgroup.com
LEAD ATTORNEY

Patrick S. Cooper
INSERRA, KELLEY LAW FIRM
6790 Grover Street
Suite 200
Omaha, NE 68106
402-391-4000
Fax: 402-391-4039
Email: pcooper@inserra.com
LEAD ATTORNEY

Lynae A. Tucker-Chellew
DORNAN, HOWARD LAW FIRM
1403 Farnam Street
Suite 232
Omaha, NE 68102
402-884-7044

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

Email: lynae@dltlawyers.com
LEAD ATTORNEY

Kaci M. Jumps
KOLEY, JESSEN LAW FIRM
1125 South 103rd Street
Suite 800, One Pacific Place
Omaha, NE 68124
531-444-0683
Email: kaci.jumps@koleyjessen.com
LEAD ATTORNEY

Minja Herian
KOLEY, JESSEN LAW FIRM
1125 South 103rd Street
Suite 800, One Pacific Place
Omaha, NE 68124
(402) 390-9500
Fax: (402) 390-9005
Email: minja.herian@koleyjessen.com
LEAD ATTORNEY,

and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants:
EVAN SPENCER
305 Broadway
7th Floor
New York, NY 10007
917-547-4665
Email: Evan@EvanSpencerEsq.com

Ryan M. Hoffman
BRESSMAN, HOFFMAN LAW FIRM
3569 Leavenworth Street
Omaha, NE 68105
402-333-4774
Fax: 402-330-5515
Email: rhoffman@andersonbressman.com
LEAD ATTORNEY

Erin R. Robak
ERICKSON, SEDERSTROM LAW FIRM - OMAHA
10330 Regency Parkway Drive

Suite 100
Omaha, NE 68114
402-397-2200
Fax: 402-390-7137
Email: eroba@eslaw.com
LEAD ATTORNEY

Damien J. Wright
WELCH LAW FIRM
1299 Farnam Street
Suite 1220
Omaha, NE 68102
(402) 341-1200
Fax: (402) 341-1515
Email: damien@welchlawfirm.com
LEAD ATTORNEY

Ryan M. Kunhart
DVORAK LAW GROUP
9500 West Dodge Road
Suite 100
Omaha, NE 68114
(402) 934-4770
Fax: (402) 933-9630
Email: rkunhart@ddlawgroup.com
LEAD ATTORNEY

Patrick S. Cooper
INSERRA, KELLEY LAW FIRM
6790 Grover Street
Suite 200
Omaha, NE 68106
402-391-4000
Fax: 402-391-4039
Email: pcooper@inserra.com
LEAD ATTORNEY

Lynae A. Tucker-Chellew
DORNAN, HOWARD LAW FIRM
1403 Farnam Street
Suite 232
Omaha, NE 68102
402-884-7044
Email: lynae@dltlawyers.com

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

LEAD ATTORNEY

Kaci M. Jumps
KOLEY, JESSEN LAW FIRM
1125 South 103rd Street
Suite 800, One Pacific Place
Omaha, NE 68124
531-444-0683
Email: kaci.jumps@koleyjessen.com
LEAD ATTORNEY

Minja Herian
KOLEY, JESSEN LAW FIRM
1125 South 103rd Street
Suite 800, One Pacific Place
Omaha, NE 68124
(402) 390-9500
Fax: (402) 390-9005
Email: minja.herian@koleyjessen.com
LEAD ATTORNEY.

s/Connor W. Orr