# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, SARAH HOUSTON, IMAGINATION INDUSTRIES, INC., KRISTEN ROZMIAREK, KIMBERLY HERNANDEZ, JANE DOE DANCERS #1-25, CASEY ROWE, JOHN DOE SECURITY GUARDS #1-7, and JOHN & JANE DOE CUSTOMERS #1-100, and all Similarly Situated Residential & Commercial Neighbors of Club 180;<br>Plaintiffs,<br>vs.<br><br>CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, NICHOLAS SCALISE, EVRON, INC., HIGHLAND ASSOCIATES, INC., CTS, LLC, NANCY WAGGENER, PAUL WAGGENER, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, MIROSLAVA KOTSAN, STU SLEEPER, DAVID EKDAHL, JAMES PULL, IVON PENNY, BLAIKE KOCA, MARLEY NYGAARD, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE, LLC, BROOKE LEIBERT, ELENA RHODD-MORALES, CHRISTINA CRAFT, KATHERINE TEDI SMITH, VOODOO LOUNGE, INC., TOAST, INC., ERIC HAVERMANN, ELLIE JAEKE, ROMAN, ECHO, AMIRA, JESSIE, SANTANA, JOHN & JANE ROES #1-50, IRISHMEN 180, LLC, JESSICA RICHARDSON, BREAUNA HOFFMAN, TEAONA MASON, LANIE WILSON, PATIENCE ELIZABETH, BRITTNEY DINOVO, KIARA MORALES, TANEA WHITE, SKYLAR DICKEY, JANAE BALT, A. JANSEN, OCTAVIA, SAPPHIRE, WINTER, MIREYA, TINY, 7 OAKS INVESTMENT CORP., KYRON O'BRIEN, CHAD, and MICHAEL ALAN BEENE,<br>Defendants. | 8:25CV241<br><br>**ORDER OF DISMISSAL OF PARTIES** |

1

This matter comes before the Court on the plaintiffs' Notice of Dismissal of Parties with Prejudice (Filing No. 188). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that defendants Voodoo Lounge, Inc., Irishmen 180, LLC, Kyron O'Brien, and certain members of John and Jane Roe #1–50 (Jason "Jake" Arnold, Kylie O'Brien, Kylie Maskell, Abbey O'Brien, Jordan Lopez, Caressa Slatter, Camille Righter, Justine Hansen, Brianna Thomas, Mary Cliare Moore, Leandra Warren, Wade Alberts, Sam Gunia, Noor Nazar, Mia Flaschner, Kristina O'Brien, Lacey Shaffert, and Caroline Kauffman Zayer) be dismissed with prejudice. All other defendants, including the remaining unnamed John and Jane Roes, remain parties in this matter. Additionally, Defendant Voodoo Lounge, Inc.'s Motion to Dismiss, Filing No. 131, is denied as moot.

Dated this 15th day of September, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge