**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

CHUCK STREBLOW, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,

Plaintiffs,

versus,

CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, **IRISHMEN 180, LLC, KYRON O'BRIEN,** DAVID EKDAHL, ERIC HAVERMANN, JAMES PULL, MICHAEL ALAN BEENE, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, DELANEY WILSON, BREAUNA HOFFMAN, BROOKE LEIBERT, JESSICA RICHARDSON, CHRISTINA CRAFT, ABDUL RAHMANZAI, TOAST, INC., EVRON, INC., SEVEN OAKS INVESTMENT CORP., PAUL WAGGENER, NANCY WAGGENER, BRAVO1 SECURITY, INC., and MICHAEL ELAYAN,

Defendants.

**Case No. 8:25-cv-00241-JFB-RCC**

**BRIEF IN SUPPORT OF MOTION FOR CONTEMPT**

COMES NOW, Defendants Kyron O'Brien and Irishmen 180, LLC, (hereinafter referred to collectively as "O'Brien") and for their brief in support of their Motion for Contempt state the following:

## BACKGROUND

This action was commenced on behalf of the above mentioned Plaintiff's through their counsel of record Evan Spencer of Evan Spencer Law. This case brings a myriad of claims which for the purposes of this brief are unnecessary to restate. O'Brien in response to the filing of this case, filed his own case in Nebraska State Court (the "State Court" case) containing claims of defamation *inter alia* against Plaintiff's in this case and Evan Spencer and Evan Spencer Law. As part of a "settlement agreement" O'Brien agreed to dismiss the State Court case with prejudice and Mr. Spencer agree to dismiss O'Brien from this case with prejudice. Since this negotiated resolution in both matters, Mr. Spencer on behalf of himself and his law firm, Evan Spencer Law, has filed a complaint in the United States District Court Southern District of New York case no. 1:25-CV-07665-LJL (attached to Defendants Motion as "Exhibit A" and hereinafter the "New York" case). The complaint alleges causes of action against O'Brien's counsel in this case and the State Court case, Connor W. Orr and his firm The Orr Law Group.

In the New York case, Mr. Spencer and his firm have filed a complaint which pleads allegations of a claim stemming from very same nucleus of facts plead in this cases operative Complaint.

## ARGUMENT

A. THIS COURT SHOULD HOLD EVAN SPENCER AND EVAN SPENCER LAW IN CONTEMPT OF COURT BECAUSE THEY HAVE VIOLATED THIS COURT'S ORDER AND ARE ABSUING THE JUDICIAL PROCESS.

This Court should hold Evan Spencer and Evan Spencer Law in contempt of court as they have both violated this Court's September 15, 2025 Order whereby this Court entered an Order stating:

> IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that defendants Voodoo Lounge, Inc., Irishmen 180, LLC, Kyron O'Brien, and certain members of John and Jane Roe #1–50 (Jason "Jake" Arnold, Kylie O'Brien, Kylie Maskell, Abbey O'Brien, Jordan Lopez, Caressa Slatter, Camille Righter, Justine Hansen, Brianna Thomas, Mary Cliare Moore, Leandra Warren, Wade Alberts, Sam Gunia, Noor Nazar, Mia Flaschner, Kristina O'Brien, Lacey Shaffert, and Caroline Kauffman Zayer) be dismissed with prejudice.

The filing of the New York case is a meritless retaliatory move which constitutes an abuse of the judicial process and is contemptuous conduct against counsel without any just cause and which shows a complete disregard for the authority of this Court.

The Nebraska Supreme Court had stated that "An abuse of process is the employment of legal process for some unlawful object not the purpose which it is intended to effect." *Vybiral v. Schildhauer,* 130 Neb. 433 265 N.W. 241 (1936). Further, under 18 U.S.C. §401, this court has the power to punish by fine or imprisonment, or both for contemptuous acts such as disobedience or resistance to its [the court's] lawful writ, process, order, rule, decree, or command.

Here, Evan Spencer, in his personal capacity, in his capacity as the sole member of Evan Spencer Law, and as the attorney of record for both Evan Spencer and Evan Spencer Law, has abused the judicial process by filing the New York case in direct contempt of this Court's September 15, 2025 Order. Furthermore, the factual pleading in the New York case makes clear that this filing is retaliatory in nature as the factual pleadings in the New York case arise out of the same nucleus of facts which have been plead in the case previously ordered to be dismissed by this Court.

## CONCLUSION

The filing of a complaint in the United States District Court Southern District of New York with the case no. 1:25-CV-07665-LJL is an abuse of the judicial process and is in contempt of this Court's lawfully issued order of dismissal, with prejudice. As such, pursuant to the powers vested in this Court pursuant to 18 U.S.C. §401 this Court should hold Evan Spencer and Evan Spencer Law in contempt of this Court's September 15, 2025 Order and punish the same accordingly. Evan Spencer and Evan Spencer Law's filings are contemptuous in nature as they fly in the face of this Court's Order of dismissal with prejudice.

October 16, 2025

Respectfully Submitted,

BY: *<u>/s/ Connor W. Orr</u>*
Connor W. Orr #26454
The Orr Law Group, PLLC

9375 Burt Street, Suite 200
Omaha, NE 68114
Phone: (402) 408-6488
Email: connor@orrlawgrp.com

ATTORNEY FOR DEFENDANT
KYRON O'BRIAN, IRISHMEN
180, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of October, 2025, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, giving notice to all parties in this action.

*/s/ Connor W. Orr*
Connor W. Orr