UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

CHUCK STREBLOW, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, CASEY ROWE, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,

Plaintiffs,

versus,

CLUB 180, AM314, LLC, MATTHEW LONGCOR, TOAST, INC., AYDEN LONGCOR, ERIC HAVERMANN, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, JAMES PULL, DAVID EKDAHL, ELLIE JAEKE, MARLEY NYGAARD, BLAIKE KOCA, JESSICA RICHARDSON, BROOKE LEIBERT, BREAUNA HOFFMAN, TEAONA MASON, DELANEY WILSON, PATIENCE ELIZABETH, ELENA RHODD-MORALES, CHRISTINA CRAFT, BRITTNEY DINOVO, KIARA MORALES, SKYLAR DICKEY, JANAE BALT, A. JANSEN aka PERSUSIA, AMIRA, OCTAVIA, JESSIE, SANTANA, SAPPHIRE, WINTER, MIREYA, TINY, ECHO, EVRON, INC., 7 OAKS INVESTMENT CORP., NANCY WAGGENER, PAUL WAGGENER, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, STU SLEEPER aka STUPAC X, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI, DAVID LOOLOO, CHAD, ROMAN, and JOHN & JANE ROES #1– 50,

Defendants.

**Case No. 8:25-cv-00241-JFB-RCC**

**NOTICE OF MOTION FOR TRO & PRELIMINARY INJUNCTION AGAINST DEFENDANTS MATTHEW LONGCOR, CLUB 180 & AM314, LLC FOR WITNESS TAMPERING UNDER 18 USCA SECTION 1512**

Pursuant to FRCP Rule 65, Plaintiffs respectfully request that the Court issue a Temporary Restraining Order and Preliminary Injunction enjoining Defendants Matthew Longcor, Club 180, and AM314, LLC and their partners, agents, and employees from contacting or injuring Justine Dubois for the duration of this litigation. Ms. Dubois is a key witness and

Plaintiff in this litigation. Since June 2025, Ms. Dubois has been repeatedly threatened at gun point and was even kidnapped by associates of Mattthew Longcor who told her they would kill her and her children if she assisted Plaintiffs' attorney in this case.

Plaintiffs respectfully request an order from this Court prohibiting Matthew Longcor, all co-Defendants, and any partners, employees, or associates of Mr. Longcor, from injuring or contacting Justine Dubois for the duration of this litigation. Plaintiffs' counsel and Justine Dubois have gone to the authorities including the Douglas County Sheriff's Office, the Omaha City Attorney and Omaha Police Department and they have taken no action. Without protection from this Court, Justine Dubois and her children are in grave danger.

October 17, 2025

Respectfully Submitted,

By: /s/ Evan Spencer

Evan Spencer
Evan Spencer Law, PLLC
305 Broadway, 7th Floor
New York, NY 10007
Tel. 917.547.4665
Evan@EvanSpencerLaw.com

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 17th Day of October, 2025, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, giving notice to all parties in this action.

*/s/Evan Spencer*
Evan Spencer, Esq.