In the Matter of the State of Nebraska versus Delaney Wilson, Matthew Longcor, Tobias, Rasheed and Stu Sleeper:

I, Justine Dubois, swear and affirm under penalty of perjury that the following statement is true and accurate:

1) When I was an inmate in Douglas County Jail in May 2025, another inmate Delaney Wilson admitted her crimes to me and told me about her accomplices.
2) She was arrested for participating in a drive-by shooting on April 22, 2025, that occurred on April 8, 2025.
3) Her Data Number is 3710752 and she is 19 years old.
4) Delaney is a stripper who dances under the name Stormie.
5) Delaney told me that she was "jumped" after work on night in the parking lot of Matthew Longcor's strip club Two Fine Irishmen/Club 180, located at 18101 R Plaza, Suite 107, Omaha, NE 68135, by multiple people including at least one man and one woman.
6) This incident occurred sometime before April 8, 2025.
7) When Delaney told her boss Matthew Longcor, the owner of Club 180, about what happened, Mr. Longcor and Ms. Wilson set up a drive-by shooting of the home of the person who had jumped Delaney.
8) Delaney told me that the Club 180 security guard Stu Sleeper showed her how to load ammunition into the gun.
9) The shooting itself was done by one of Delaney's "boyfriends" Tobias, who said, "I did it for you" and another person named Rasheed.
10) The shooting occurred on or around the night of April 8, 2025.
11) I do not know if anyone was injured.

12) Delaney told me she went to her mother's home that night to create an alibi.

13) Delaney asked me if I could get a gun for her that Matthew Longcor had given her and get rid of it.

14) After I informed my public Defender and others about this, I was attacked in prison.

15) On the night of Sunday, June 1, 2025, around midnight, days after being released from jail, I was at the Horseshoe Casino in Council Bluffs, Iowa were an associate of Matt Longcor threatened me.

16) He asked if my name was Justine and told me I, "needed to leave Club 180 alone or something bad was going to happen to me."

17) He also said he knows where I live, even thought I secretly moved there a few days ago.

18) As a result of the assault and threats, I am in constant fear for my life.

FURTHER AFFIANT SAYETH NOT.

STATE OF NEBRASKA )
) ss.
COUNTY OF DOUGLAS )

(AFFIANT)

Subscribed and sworn to before me this 3rd day of June, 2025 by Justine Dubois

GENERAL NOTARY-State of Nebraska
THOMAS M CHADER
My Comm. Exp. March 30, 2026

Notary Public