## Apologies

JUSTINE DUBOIS (3183116) View All (read-all-from.cfm?memID=5575571)

Douglas County Department of Corrections and Criminal Justice

Wednesday, October 15, 2025 7:32 PM

Reply (new-message.cfm?reply=264547763) Delete (delete-message.cfm?mesID=264547763)

Messages (my-messages.cfm)

---

I'm sorry I didn't follow thru with my end of things. I hope that you know that I filed for a protection order yesterday and they arrested me at the courthouse. There have been many attempts on my life. Which is why I ran away the nost recent one being the scariest. Which is why I took the chance of filing the paperworkat the courthouse. I am still willing to be subpoenad to testify against Delaney and matt since matt and his goons have made my life miserable. I'm willing to have my name on public record also... I don't want to be scared anymore

---

Reply (new-message.cfm?reply=264547763) Delete (delete-message.cfm?mesID=264547763)

Messages (my-messages.cfm)

Copyright © 2025 by Smart Communications. All Rights Reserved.
Privacy Policy (/privacy-policy.cfm) - Terms of Service (/terms-of-service.cfm) - View in English (/read-message.cfm?mesID=264547763&setLang=en) or Español (/read-message.cfm?mesID=264547763&setLang=es)