# Incidents

JUSTINE DUBOIS (3183116) View All (read-all-from.cfm?memID=5575571)

Douglas County Department of Corrections and Criminal Justice

Thursday, October 16, 2025 8:22 PM

Reply (new-message.cfm?reply=264694523) Delete (delete-message.cfm?mesID=264694523)

Messages (my-messages.cfm)

---

June 3rd 2025 - I was leaving megasaver on 72nd and dodge when a black SUV with tinted windows pulled up on me by taco bell and pounted a gun at my head and told me that no matter where I go I'll never be able to hide from them and that they would kill me if I kept helping Evan Spencer with his case. It was the same white boy from the casino. I hurried back to the hotel and stayed tberre til my friend could move ne to a different hotel. I've been scared for my life ever since I got out. June 20th 2025 I was walking to caseys on 72nd and grover from super 8 on 71st and spring.when a black SUV approached me and pointed a gun at me thru the window and said I told you you couldn't hide from us we are everywhere... Then asked if I had been in contact with Evan Spencer and I said no and they drove off... July 3rd 2025 I was leaving megsaver on saddle creek and California when a white car with tinted windows pulled up on me and told me to get into the car. I obeyed cause they had a gun pointed at me. When I got In they said if I go to court to testify they were gonna kill me and my daughters. I am sending this for now cause they cut us off from sending emails after so long but there are several more incidents I will email shortly

.... I haven't been able to call my daughter since I have been in here. Do you think you can go to smartinmate.com and put money on my pin debit account so I can call my daughter and let her know I'm safe. It has to be on my pin debit so I can make calls not on your number or you can call the 727 number and tell them you want to add money on my pin debit

---

Reply (new-message.cfm?reply=264694523) Delete (delete-message.cfm?mesID=264694523)

Messages (my-messages.cfm)

Copyright © 2025 by Smart Communications. All Rights Reserved.
Privacy Policy (/privacy-policy.cfm) - Terms of Service (/terms-of-service.cfm) - View in English (/read-message.cfm?mesID=264694523&setLang=en) or Español (/read-message.cfm?mesID=264694523&setLang=es)