The Orr
LAW GROUP
9375 Burt Street, Ste 100
Omaha, NE 68114

March 29, 2025

**Via Certified Mail & E-Mail To:**

Evan Spencer &
Claimed, Unnamed Clients of Evan Spencer
evan@evanspencerlaw.com
305 Broadway, 7th Floor
New York, NY 10007

Connor W. Orr
- Licensed in the State of Nebraska and the State of Iowa
- Licensed in Federal District Court of Nebraska
- Registered Nebraska Athlete Agent

Paul Heimann
- Licensed in the State of Nebraska and the State of Iowa
- Licensed in Federal District Court of Nebraska

Chris Bikus
- Licensed in the State of Nebraska
- Licensed in Federal District Court of Nebraska

Steve Schmidt
- Licensed in the State of Nebraska
- Licensed in Federal District Court of Nebraska

**Our Client: Kyron O'Brien, Kylie O'Brien, Abby O'Brien, Voodoo Lounge, Inc.**
**Re: Cease & Desist, Demand for Retraction Pursuant to Neb.Rev.Stat. §25-840.01**
**Our File Number: 01091**

Please be advised that our firm has been made aware that you intend to file a frivolous and meritless complaint against our above-named Clients. Our Clients have informed us that you have sent communications dated March 24, 2025 to them, several others and at least one news station in Omaha, Nebraska regarding a threatened class action lawsuit you intend to file. While our Clients and this firm certainly stand against the alleged actions you describe in your letter, you are utterly misinformed, and have acted intentionally and/or with a reckless disregard for the truth.

We have reason to believe you have not only done so on behalf of your unnamed, claimed clients, but that you are also choosing to prosecute this endeavor, deceitfully, for your own personal and business-related reasons. Thus, as described herein and below, you should prepare to retain counsel for yourself and your claimed clientele if the retractions and demands articulated herein are not met and published accordingly.

Your baseless allegations laid out in the Letter, if filed, would constitute uninformed **FRIVOLOUS AND MALICIOUS PROSECUTION** and will invite a variety of counterclaims against you, your companies and your clients. Your claims are not based on fact, truth, law or reality. If you choose to continue with your claims and not retract your statements as provided for below, then our clients will ensure both you and your alleged clients face every appropriate legal action and sanction applicable to combat these nefarious tactics and actions you have employed.

You have made defamatory, slanderous, and/or libelous communications, statements, emails and other publications against our client (the "Defamatory Publications"). Said Defamatory Publications include unfounded allegations of "prostitution", "Sex trafficking", "Drug Trafficking", "Money Laundering", "Racial and Gender Discrimination", "Selling alcohol without a license", and "Providing alcohol to minors". Under Nebraska law, these Defamatory Publications are categorically *libelous and slanderous per se* as they regard claims of criminal behavior, have been communicated with *actual malice*, and are undoubtedly factually and legally baseless as to our Clients. This means that, if you fail to fully and properly retract and correct them, you and your clients will face general and special damages, regardless of whether or not the same is proven with any particularity.

These Defamatory Publications have continued to be repeated by you in your letter, to the local news, and in and around the community. They must stop and, under Nebraska law, must be retracted and corrected within three (3) weeks in accordance with Neb.Rev.Stat. §25-840.01.

As an alleged attorney and claimed First Amendment expert, you are well aware that defamatory comments are not protected under the First Amendment of the United States Constitution. The Defamatory Publications that were made by you constitute allegations of fact, and, thus, are not opinions, and as such, you are not afforded the protection of freedom of speech. Because the First Amendment does not protect your speech in this instance, you can be held liable for the damage caused and continuing to accrue due to your intentional and reckless actions.

Demand is hereby placed upon you to cease and desist from making any further Defamatory Publications and to remove **all such statements previously made** that were made by you or anyone else at your direction with the intent to harm. You are further demanded to cease and desist from further defamatory remarks (including those made by or through third-parties on your behalf) concerning this matter and to make corrective communications in accordance with Nebraska law by similar means as you made any such Defamatory Publications. If

you yourself fails to do so, or if you fail to instruct others directed by you to remove and correct their Defamatory Publications and/or make additional comments, our Clients will be forced to seek a judicial order compelling you and those who made the defamatory comments at your direction, to remove said comments and to stop you from causing further damage by your defamatory comments in accordance with Nebraska law. If it is necessary to seek a judicial order, our Clients will seek monetary damages caused to them thereby.

If no response or action on this letter is received within the above-stated statutory period, we will assume your noncompliance and move forward as such.

Please govern yourself accordingly.

Very truly yours,
*/s/ Connor W. Orr*
Connor W. Orr
The Orr Law Group, PLLC
9375 Burt Street, Ste 100
Omaha, NE 68114
Phone: (402) 408-6488
Email: connor@orrlawgrp.com