IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | |
|---|---|
| KYRON O'BRIEN AND VOODOO LOUNGE, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>EVAN SPENCER, EVAN SPENCER LAW, PLLC, CHUCK STREBLOW, SARAH HOUSTON, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, and ANY OTHER CLAIMED ASSOCIATES, CLIENTS AND OTHER PERSONS ACTING IN CONCERT WITH EVAN SPENCER, IDENTITIES UNKNOWN.<br><br>Defendants. | CASE NO. CI 25-2771<br><br>**SUBPOENA TO TESTIFY** |

TO: EVAN SPENCER, through counsel of record
Fraser Stryker
409 S. 17th Street, Suite 500
Omaha, NE 68102

Evan Spencer
14318 Wood Valley Drive
Omaha, NE 68142

Evan Spencer
305 Broadway, 7th Floor
New York, NY 10007

Pursuant to authority granted in Sec. 25-1223 and 25-1273 R.R.S. Nebraska and Nebraska Discovery Rule 30 effective December 12, 2001, **YOU ARE HEREBY COMMANDED** to appear before the Honorable Judge Engleman, at The Douglas County District Court, Courtroom #412, 1701 Farnam Street, Omaha, NE 68183 to testify regarding Plaintiff's Motion to Enforce Settlement. Said hearing and testimony is to be recorded by stenographic means and will begin on September 9, 2025 at 11:30 a.m. or as soon thereafter is practicable and shall relate to the above-captioned matter.

Pursuant to Nebraska Discovery Rule 30, a Notice of this Subpoena was sent via certified mail, regular mail and email to counsel of record.

As a witness in Douglas County District Court, you are entitled to receive a witness fee in the amount of $20.00 for each day that you are required to be in court and, if you live more than one mile from the courthouse, you are also eligible to receive mileage at the rate that state employees receive. You should have received your witness fee for one day with this subpoena. Ask the lawyer or party who subpoenaed you or the clerk of the court for information about what you should do to receive the additional fees, if any, and mileage to which you are entitled.

I have hereby issued this Subpoena pursuant to authority granted in the aformentioned Sections of R.R.S. Nebraska on July 24, 2025. **HEREOF FAIL NOT UNDER PENALTY OF THE LAW.**

KYRON O'BRIEN AND VOODOO LOUNGE, INC,
Plaintiff

By: /s/ Connor W. Orr
Connor W. Orr (#26454)
The Orr Law Group, LLC
9375 Burt Street, Suite 200
Omaha, NE 68114
Phone: (402) 408-6488
Email: connor@orrlawgrp.com
Attorney for Plaintiffs