Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI250002771
Transaction ID: 0023834336
Filing Date: 09/11/2025 04:10:17 PM CDT

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | |
|---|---|
| KYRON O'BRIEN AND VOODOO LOUNGE, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>EVAN SPENCER, EVAN SPENCER LAW, PLLC, CHUCK STREBLOW, SARAH HOUSTON, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, and ANY OTHER CLAIMED ASSOCIATES, CLIENTS AND OTHER PERSONS ACTING IN CONCERT WITH EVAN SPENCER, IDENTITIES UNKNOWN.<br><br>Defendants. | Case No. 25-2771<br><br>JOINT MOTION TO DISMISS |

COMES NOW, The Parties in the above captioned case, and for their joint motion to dismiss, state the following:

The Parties agree to each, mutually and reciprocally dismiss each other, **with prejudice, from this case and from federal case** Civil Action No. 8:25-cv-00241-JFB-RCC. The Defendant's will specifically dismiss, **with prejudice,** the individuals, employees and entities contained in the list attached hereto as "Exhibit A", The Parties shall jointly dismiss, **with prejudice,** all claims and counterclaims in the abovementioned cases no later than end of business Thursday September 11, 2025.

KYRON O'BRIEN AND VOODOO LOUNGE, INC.
Plaintiffs

BY: *<u>/s/ Connor W. Orr</u>*
Connor W. Orr
The Orr Law Group, PLLC
9375 Burt Street, Suite 100
Omaha, NE 68114

Phone: (402) 408-6488
Email: connor@orrlawgrp.com

EVAN SPENCER,
Defendants

BY: */s/ Eric W. Wells*

MICHAEL B. DUFFY #27529
ERIC W. WELLS #23694
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
(402)341-6000
ewells@fraserstryker.com
ATTORNEYS FOR DEFENDANT

1. Jason “Jake” Arnold
2. Kylie O’Brien
3. Kylie Maskell
4. Abbey O’Brien
5. Jordan Lopez
6. Caressa Slatter
7. Camille Righter
8. Justine Hansen
9. Brianna Thomas
10. Mary Cliare Moore
11. Leandra Warren
12. Wade Alberts
13. Sam Gunia
14. Noor Nazar
15. Mia Flaschner
16. Kristina O’Brien
17. Lacey Shaffert
18. Caroline Kauffman Zayer

19. Kyron O'Brien
20. Voodoo Lounge, Inc.
21. Irishmen 180 LLC

# Certificate of Service

I hereby certify that on Friday, September 12, 2025 I provided a true and correct copy of the Motion-Dismissal to the following:

Houston,Sarah, service method: First Class Mail

Evan Spencer Law, PLLC represented by Eric Wells (Bar Number: 23694) service method: Electronic Service to ewells@fraserstryker.com

Imagination Industries, Inc service method: First Class Mail

Spencer,Evan, represented by Eric Wells (Bar Number: 23694) service method: Electronic Service to ewells@fraserstryker.com

Streblow,Chuck, service method: First Class Mail

Spencer,Evan, represented by DUFFY, MICHAEL B (Bar Number: 27529) service method: Electronic Service to mduffy@fraserstryker.com

Signature: /s/ ORR, CONNOR W. (Bar Number: 26454)