Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI250002771
Transaction ID: 0023837594
Filing Date: 09/12/2025 01:40:39 PM CDT

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | |
|---|---|
| KYRON O'BRIEN AND VOODOO LOUNGE, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>EVAN SPENCER, EVAN SPENCER LAW, PLLC, CHUCK STREBLOW, SARAH HOUSTON, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, and ANY OTHER CLAIMED ASSOCIATES, CLIENTS AND OTHER PERSONS ACTING IN CONCERT WITH EVAN SPENCER, IDENTITIES UNKNOWN.<br><br>Defendants. | Case No. 25-2771<br><br>PROPOSED JOINT STIPULATED ORDER |

**THIS MATTER** comes before the Court on the parties joint Motion to Dismiss with Prejudice. Having reviewed the same, the Court hereby finds the Motion to Dismiss with Prejudice is proper and grants the same in all respects.

**IT IS THEREFORE ORDERED, DECREED & ADJUDGED** that the Motion to Dismiss with Prejudice is hereby **GRANETD,** each party is hereby taxed with its own costs and attorney's fees**.**

**IT IS SO ORDERED.**

DATED: September 12, 2025

BY THE COURT:_________________

Honorable Todd Engleman

Respectfully prepared by:
Connor W. Orr, #26454
THE ORR LAW GROUP, PLLC
9375 Burt Street, Suite 200
Omaha, Nebraska 68114
Email: connor@orrlawgrp.com
(402) 408-6488
Attorney for Plaintiff