UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EVAN SPENCER LAW, PLLC,<br><br>Plaintiff,<br><br>-against-<br><br>CONNOR ORR and ORR LAW GROUP, PLLC,<br><br>Defendants. | : | INDEX NO. 1:25-CV-7665<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that the undersigned, as counsel for Defendants Connor Orr and Orr Law Group, PLLC, will move before the Honorable Lewis J. Liman, U.S.D.J., in the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York, for an Order dismissing Plaintiff's Complaint for lack of personal jurisdiction and improper venue under Federal Rules of Civil Procedure 12(b)(2), 12(b)(3) and 28 U.S.C. § 1406(a) or in the alternative, Motion to Transfer Venue to the United States District Court for the District of Nebraska under 28 U.S.C. § 1404(a) or 28 U.S.C. § 1406(a). In support of this Motion, Defendant rely upon the accompanying Memorandum of Law and supporting Declarations.

Dated: New York, New York
October 28, 2025

CONNELL FOLEY LLP

By: ______________________

Eric Weissman
Nikki Alieva
875 Third Avenue, 21st Floor
New York, New York 10022
Telephone: 212.307.3700
Facsimile: 212.542.3790

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on October 28, 2025, the foregoing Notice of Motion to Dismiss against Plaintiff was filed electronically with the Clerk of Court, using the CM/ECF system. Notice of this filing will be sent to all parties in this action by transmission to all counsel of record by operation of the Court's ECF system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. Those parties may access this filing through the Court's ECF system.

s/ Eric C. Weissman
ERIC C. WEISSMAN