IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHUCK STREBLOW, et al.

          Plaintiffs,

vs.

CLUB 180, et al.,

          Defendants.

8:25CV241

ORDER

      This matter comes before the undersigned upon Plaintiffs' Notice of Partial Compliance and Request for Alternative Service of Final 3 Defendants. (Filing No. 245). In response to the court's order dated November 10, 2025, Filing No. 224, Plaintiffs served and returned executed summons as to Defendants Eric Havermann, Miroslava Kotsan, Blaike Koca, Abdul Rahmanzai, and Bravo1 Security, Inc.[1] Having again attempted to serve Defendants Michael Elayan, Nicholas Scalise, and David Ehkdahl (the "remaining defendants"), Plaintiffs now request leave for alternative service by publication. Pursuant to Neb. Rev. Stat. § 25-517.02, Plaintiffs have shown by affidavit that diligent efforts were made to serve the remaining defendants by both personal service and residential service without success[2], and will therefore permit Plaintiffs to serve the remaining defendants by publication.

      Accordingly,

      IT IS ORDERED:

---

[1] Filing No. 236, Filing No. 237, Filing No. 238, Filing No. 239, Filing No. 240.

[2] Michael Elayan: Filing No. 125, Filing No. 243; Nicholas Scalise: Filing No. 128, Filing No. 241; David Ekdahl: Filing No. 88, Filing No. 150, Filing No. 242.

1. Plaintiffs' Request for Alternative Service (Filing No. 245) is granted. Plaintiffs shall publish such notification as requested.
2. The stay to answer Plaintiffs' Second Amended Complaint for all defendants previously served remains in place until the remaining defendants are properly served and Plaintiff files notice of the same, as previously ordered.
3. Once the remaining defendants have been served, the court will enter a further scheduling order(s) lifting the stay as referenced in Filing No. 224 and will further address deadlines at that time.

Dated this 21st day of November, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge