IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHUCK STREBLOW, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, SARAH HOUSTON, JANE DOE DANCERS #1 - 25, JOHN DOE SECURITY GUARDS #1 - 7, JOHN & JANE DOE CUSTOMERS #1 - 100 and all Similarly Situated Residential & Commercial Neighbors of Club 180,

Plaintiffs,

v.

CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, DAVID EKDAHL, ERIC HAVERMANN, JAMES PULL, MICHAEL ALAN BEENE, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, BLAIKE KOCA, JESSICA RICHARDSON, ABDUL RAHMANZAI, TOAST, INC., EVRON, INC., SEVEN OAKS INVESTMENT CORP., PAUL WAGGENER, NANCY WAGGENER, BRAVO1 SECURITY, INC., and MICHAEL ELAYAN,

Defendants.

Civil Action No. 8:25-cv-00241

**INDEX OF EVIDENCE IN SUPPORT OF DEFENDANT ERIC HAVERMANN'S MOTION TO STRIKE AND MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL EVAN SPENCER**

Defendant Eric Havermann ("Havermann") by and through his undersigned counsel, pursuant to NECivR. 7.1(a)(2), hereby submits the following Index of Evidence in Support of Defendant Havermann's Motion to Strike and Motion to Disqualify Plaintiffs' Counsel Evan Spencer:

1. **Exhibit 1:** Affidavit of Eric Havermann dated December 2, 2025, along with the exhibit and attachment thereto:

(a) **Exhibit A:** A true and correct copy of the certified transcript of Mr. Havermann's March 27, 2025, phone call to Evan Spencer.

Dated this 2nd day of December, 2025.

ERIC HAVERMANN,
Defendant

By: *s/ Maggie L. Ebert*
Maggie L. Ebert, #24394
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
Maggie.Ebert@kutakrock.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 2, 2025, the foregoing document was electronically filed with the Clerk of the Court, using the CM/ECF system, which automatically sent notification to all CM/ECF participants of record.

*s/ Maggie L. Ebert*
Maggie L. Ebert

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHUCK STREBLOW, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, SARAH HOUSTON, JANE DOE DANCERS #1 - 25, JOHN DOE SECURITY GUARDS #1 - 7, JOHN & JANE DOE CUSTOMERS #1 - 100 and all Similarly Situated Residential & Commercial Neighbors of Club 180,

Plaintiffs,

v.

CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, DAVID EKDAHL, ERIC HAVERMANN, JAMES PULL, MICHAEL ALAN BEENE, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, BLAIKE KOCA, JESSICA RICHARDSON, ABDUL RAHMANZAI, TOAST, INC., EVRON, INC., SEVEN OAKS INVESTMENT CORP., PAUL WAGGENER, NANCY WAGGENER, BRAVO1 SECURITY, INC., and MICHAEL ELAYAN,

Defendants.

Civil Action No. 8:25-cv-00241

**AFFIDAVIT OF ERIC HAVERMANN IN SUPPORT OF MOTION TO STRIKE AND MOTION TO DISQUALIFY**

**Exhibit 1**

I, Eric Havermann, pursuant to **NECivR 7.1(a)(C)** under penalties of perjury, declare and state the following in support of my Motion to Strike and Motion to Disqualify referenced above:

1. I am over eighteen years of age, a citizen of the State of Nebraska, and competent to testify as to the facts set forth in this Affidavit.

2. I am a named Defendant in the lawsuit with the above-referenced caption. If called as a witness, I could and would testify competently as to the facts set forth herein, as I know each to be true based upon my own personal knowledge. I submit this Affidavit in support of my Motion to Strike and Motion to Disqualify.

3. On March 24, 2025, Evan Spencer sent a letter to me, and 20 other individuals, falsely stating that, "I have texts and screenshots from a dancer that was sex trafficked and beaten by Eric Havermann."

4. I have never sex trafficked or beaten a dancer, or any other individual.

5. In response to the letter, on or about March 27, 2025, I contacted Evan Spencer by telephone and recorded the call. This is the only instance I have spoken to Evan Spencer on the phone, or otherwise contacted him.

6. Attached hereto as **Exhibit A** is a true and correct copy of the certified transcript of that March 27, 2025, phone call I made to Evan Spencer.

7. I have never threatened Evan Spencer, threatened to harm Evan Spencer physically, threatened to kill Evan Spencer, threatened to come to Evan Spencer's house to kill him, or made terrorist threats to Evan Spencer. These are false statements Mr. Spencer has continued to publish about me.

8. Despite never physically threatening Evan Spencer or threatening Evan Spencer's life, shortly thereafter, and before April 3, 2024, Evan Spencer falsely reported to the Douglas County Sheriff's Office ("DCSO") (DCSO2025008565) that I "threatened to come to his house and kill him" and that I made additional "terrorist threats."

FURTHER AFFIANT SAYETH NOT.

Dated this 2 day of December, 2025.

Eric Havermann

STATE OF NEBRASKA )
)ss
COUNTY OF DOUGLAS )

The foregoing instrument was acknowledged before me this 2 day of December, 2025.

Notary Public
My commission expires:

GENERAL NOTARY - State of Nebraska
SYDNEY OLBUR
My Comm. Exp. October 22, 2029

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, SARAH HOUSTON, JANE DOE DANCERS #1-25, JOHN DOE SECURITY GUARDS #1-7, JOHN & JANE DOE CUSTOMERS #1-100, and all Similarly Situated Residential & Commercial Neighbors of Club 180<br><br>Plaintiffs,<br><br>vs.<br><br>CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, DAVID EKDAHL, ERIC HAVERMANN, JAMES PULL, MICHAEL ALAN BEENE, NICHOLAAS SCALISE dba DJ NEXTI, MIROSLAVA KOTSAN, BLAINE KOCA, JESSICA RICHARDSON, ABDUL RAHMANZAI, TOAST, INC., EVRON, INC., SEVEN OAKS INVESTMENT CORP., PAUL WAGGENER, NANCY WAGGENER, BRAVO1 SECURITY, INC., and MICHAEL ELAYAN,<br><br>Defendants. | CASE NO. 8:25-CV-00241-JFB-RCC<br><br>TRANSCRIPTION OF AUDIO FILE<br><br>AUDIO_1783.M4A |

LOCATION: AUDIO FILE
SPEAKER: ERIC HAVERMANN
SPEAKER: EVAN SPENCER
DATE OF RECORDING: UNKNOWN
DATE OF TRANSCRIPTION: NOVEMBER 30, 2025

I-N-D-E-X

CASE CAPTION............................PAGE 1
INDEX...................................PAGE 2
FILE: AUDIO_1783.M4A....................PAGE 3
CERTIFICATE.............................PAGE 9

(START FILE: AUDIO_1783.M4A)

EVAN SPENCER: Hi, Eric.

ERIC HAVERMANN: Hey, Evan.

So what's going on?

EVAN SPENCER: Um, I'm filing a lawsuit on Monday.

ERIC HAVERMANN: Okay.

So you, personally, is filing a lawsuit or who's -- who's -- who's filing a lawsuit on me and everybody else on that list?

EVAN SPENCER: Um, mostly neighbors, security guards, dancers, customers --

ERIC HAVERMANN: So this is --

EVAN SPENCER: -- that have come to me over the last year.

ERIC HAVERMANN: That have just like --

They sought you out or you sought them out or how's that work?

EVAN SPENCER: Well, they all sought me out. I just started hearing about this stuff over the last year; so...

ERIC HAVERMANN: Oh, okay. All right. I'm not sure. So then, obviously -- so as -- as this went on -- so how --

Because I'm named -- I'm named personally in there, along with my companies, that I have abused and sex trafficked women.

So I'm just curious, as -- as an attorney or, like, as a neighbor, I guess, how does -- how does somebody get to put that on paper and send that around?

EVAN SPENCER: I don't understand what you're -- I don't --

ERIC HAVERMANN: I'm saying -- well, I'm saying -- I'm saying, so I was --

I'm accused of -- and, like, the words that are on the paper that have been sent to multiple people --

EVAN SPENCER: You're probably better off having an attorney contact me.

ERIC HAVERMANN: Okay.

EVAN SPENCER: I thought you were contacting me to tell me about all the illegal activities that were going on.

ERIC HAVERMANN: No.

EVAN SPENCER: (Indiscernible.)

ERIC HAVERMANN: No, no. Absolutely not.

EVAN SPENCER: Oh, I thought you were

trying to stay out of jail.

ERIC HAVERMANN: Oh, no, I'm --

No. No. I'm looking to put you there, my friend. Because --

EVAN SPENCER: All right.

ERIC HAVERMANN: -- the truth is, is you have -- there's nothing out there that has me anywhere, was there ever one charge, much less even --

I don't know where you got your things.

EVAN SPENCER: I have -- I have videos from your own dancers.

ERIC HAVERMANN: Okay.

EVAN SPENCER: Own security guards. I have (indiscernible).

ERIC HAVERMANN: So -- so this -- so what you have is hearsay.

Listen, I want -- I want you to file a case. Because what I'm doing is I'm filing a case on you, Evan; so I'm coming for you for defamation of character and slander and loss of wages. You've named my companies.

So you don't have to worry about it. I already hired Koley & Jessen. I just wanted

to talk to you quick and just let you know I'm suing you; so...

EVAN SPENCER: Who did -- who did you hire?

ERIC HAVERMANN: Koley & Jessen, Emily (indiscernible).

EVAN SPENCER: Koley & Jessen?

ERIC HAVERMANN: Yeah. Big attorneys. It's not a -- it's not -- it's not the --

So you're out of New York -- or your personal office is out of New York.

EVAN SPENCER: Where is Koley & Jessen, because I haven't heard from them?

ERIC HAVERMANN: Oh, no, you will. Well, I just got the letter yesterday.

EVAN SPENCER: Okay.

ERIC HAVERMANN: So, no, I'm still putting my case together. I'm just letting you know, I'm putting you on notice that I'm suing you and I'm coming -- I'm going through your Board of Ethics, so just keep -- look -- look for a review.

Because I don't know how you put this kind of paperwork out there without some sort of

a charge ever. I don't have a charge like that ever, so you don't -- you can't just --

EVAN SPENCER: The Douglas County Sheriff's Office is investigating.

ERIC HAVERMANN: Well, yeah, fine, investigating. But you -- I'm just saying, you -- you're putting paperwork out there.

EVAN SPENCER: (Indiscernible.)

ERIC HAVERMANN: This is -- this is --

I don't care. But this is slander and defamation of character.

EVAN SPENCER: I have all the evidence.

ERIC HAVERMANN: No. Evidence -- evidence, that would be police evidence.

EVAN SPENCER: Well, (indiscernible).

ERIC HAVERMANN: So what you have -- what you have is -- what you have is hearsay from a --

EVAN SPENCER: No. It's not hearsay.

ERIC HAVERMANN: -- from (indiscernible). Okay. So you -- if you have --

EVAN SPENCER: It's the sheriff's videos, screenshots.

ERIC HAVERMANN: Okay. So you've -- you've --

EVAN SPENCER: (Indiscernible.)

ERIC HAVERMANN: I can't wait to see this proof that you have that I never -- because I've never sex trafficked anybody. So the fact that you have that out there, you better have the proof. Because I'm coming for you.

EVAN SPENCER: Okay.

ERIC HAVERMANN: I'll see you soon in court.

EVAN SPENCER: All right. Take care.

(**END FILE: AUDIO_1783.M4A)

C-E-R-T-I-F-I-C-A-T-E

I, Ashtin N. Pawloski, Stenographic Court Reporter, General Notary Public within and for the State of Nebraska, do hereby certify that the foregoing audio/video file was provided to Thomas & Thomas for transcription by Kutak Rock;

That I was not personally present during the original recording of said audio/video file; That said audio/video file was subsequently reduced to printed copy by a stenographic court reporter utilizing computer-aided transcription, and the foregoing eight (8) pages contain a full, true, and correct transcription of said audio/video file to the best of my ability;

That I am not in any way associated with any of the parties of said cause of action, or their counsel, and that I am not interested in the event thereof.

IN WITNESS WHEREOF, I hereunto affix my signature and seal this 1st day of December, 2025.

ASHTIN N. PAWLOSKI
Stenographic Court Reporter
General Notary Public

**WORD INDEX**


< 1 >
**1** 2:*1*
**1-100** 1:*7*
**1-25** 1:*5*
**1-7** 1:*6*
**180** 1:*8, 12*
**1st** 9:*20*

< 2 >
**2** 2:*1*
**2025** 1:*24* 9:*21*

< 3 >
**3** 2:*1*
**30** 1:*24*

< 8 >
**8** 9:*12*
**8:25-CV-00241-JFB-RCC** 1:*3*

< 9 >
**9** 2:*1*

< A >
**ABDUL** 1:*16*
**ability** 9:*14*
**about** 3:*21* 4:*19* 5:*24*
**Absolutely** 4:*23*
**abused** 4:*3*
**accused** 4:*12*
**action** 9:*16*
**activities** 4:*20*
**affix** 9:*19*
**ALAN** 1:*14*
**along** 4:*2*
**already** 5:*25*
**AM314** 1:*12*
**AMERICAN** 1:*4*
**any** 9:*15, 16*
**anybody** 8:*6*
**anywhere** 5:*8*
**are** 4:*13*
**Ashtin** 9:*2, 23*
**associated** 9:*15*
**attorney** 4:*5, 16*
**attorneys** 6:*8*
**AUDIO** 1:*11, 21*
**audio/video** 9:*5, 8, 9, 14*

**AUDIO_1783.M4A** 1:*20* 3:*1* 8:*13*
**AUDIO_1783.M4A ....................PAGE** 2:*1*
**AYDEN** 1:*12*

< B >
**BAR** 1:*4*
**BEENE** 1:*14*
**best** 9:*14*
**better** 4:*15* 8:*7*
**Big** 6:*8*
**BLAINE** 1:*15*
**Board** 6:*22*
**BRAVO1** 1:*18*

< C >
**can't** 7:*2* 8:*4*
**CAPTION............................PAGE** 2:*1*
**care** 7:*10* 8:*12*
**CASE** 1:*3* 2:*1* 5:*20, 21* 6:*19*
**cause** 9:*16*
**C-E-R-T-I-F-I-C-A-T-E** 9:*1*
**CERTIFICATE.............................PAGE** 2:*1*
**certify** 9:*4*
**character** 5:*22* 7:*11*
**charge** 5:*8* 7:*1*
**CHUCK** 1:*3*
**Club** 1:*8, 12*
**come** 3:*14*
**coming** 5:*21* 6:*21* 8:*8*
**Commercial** 1:*8*
**companies** 4:*2* 5:*23*
**computer-aided** 9:*11*
**contact** 4:*16*
**contacting** 4:*19*
**contain** 9:*12*
**copy** 9:*10*
**CORP** 1:*17*
**correct** 9:*13*
**counsel** 9:*17*
**County** 7:*3*
**COURT** 1:*1* 8:*11* 9:*2, 10, 24*
**curious** 4:*4*
**CUSTOMERS** 1:*7* 3:*12*

< D >
**DANCERS** 1:*5* 3:*12* 5:*13*
**DATE** 1:*24*
**DAVID** 1:*13*
**day** 9:*20*
**dba** 1:*4, 15*
**December** 9:*20*
**defamation** 5:*22* 7:*11*
**Defendants** 1:*20*
**did** 6:*3*
**DISTRICT** 1:*1*
**DJ** 1:*15*
**do** 9:*4*
**DOE** 1:*5, 6*
**does** 4:*6*
**doing** 5:*20*
**don't** 4:*8, 9* 5:*10, 24* 6:*24* 7:*1, 2, 10*
**Douglas** 7:*3*
**DREAM** 1:*4*
**during** 9:*7*

< E >
**eight** 9:*12*
**EKDAHL** 1:*13*
**ELAYAN** 1:*19*
**Emily** 6:*5*
**ERIC** 1:*13, 23* 3:*2, 3, 7, 13, 16, 23* 4:*10, 17, 21, 23* 5:*2, 6, 14, 17* 6:*5, 8, 15, 18* 7:*5, 9, 14, 17, 21* 8:*1, 4, 10*
**Ethics** 6:*22*
**EVAN** 1:*23* 3:*2, 3, 5, 11, 14, 20* 4:*8, 15, 18, 22, 25* 5:*5, 12, 15, 21* 6:*3, 7, 12, 17* 7:*3, 8, 12, 16, 20, 24* 8:*3, 9, 12*
**event** 9:*18*
**ever** 5:*8* 7:*1, 2*
**everybody** 3:*10*
**evidence** 7:*13, 14, 15*
**EVRON** 1:*17*

< F >
**fact** 8:*6*
**FILE** 1:*11, 21* 2:*1* 3:*1* 5:*19* 8:*13* 9:*5, 8, 9, 14*
**filing** 3:*5, 8, 9* 5:*20*
**fine** 7:*5*
**foregoing** 9:*5, 12*
**friend** 5:*4*
**full** 9:*13*

< G >
**General** 9:*3, 24*
**going** 3:*4* 4:*20* 6:*21*
**GUARDS** 1:*6* 3:*12* 5:*15*
**guess** 4:*5*

< H >
**has** 5:7
**have** 3:14, 16 4:3, 13 5:7, 12, 16, 18, 24 7:1, 12, 18, 23 8:5, 7
**haven't** 6:13
**HAVERMANN** 1:13, 23 3:3, 7, 13, 16, 23 4:10, 17, 21, 23 5:2, 6, 14, 17 6:5, 8, 15, 18 7:5, 9, 14, 17, 21 8:1, 4, 10
**heard** 6:13
**hearing** 3:21
**hearsay** 5:18 7:19, 20
**hereunto** 9:19
**HERNANDEZ** 1:3
**Hey** 3:3
**Hi** 3:2
**hire** 6:4
**hired** 5:25
**HOUSTON** 1:5
**how's** 3:19

< I >
**if** 7:22
**illegal** 4:19
**IMAGINATION** 1:3
**I-N-D-E-X** 2:1
**INDEX...................................PAGE** 2:1
**Indiscernible** 4:22 5:16 6:6 7:8, 16, 22 8:3
**INDUSTRIES** 1:4
**interested** 9:17
**investigating** 7:4, 6
**INVESTMENT** 1:17

< J >
**jail** 5:1
**JAMES** 1:13
**JANE** 1:5, 6
**Jessen** 5:25 6:5, 7, 13
**JESSICA** 1:16
**JOHN** 1:5, 6

< K >
**keep** 6:22
**KIMBERLY** 1:3
**kind** 6:25
**know** 5:10 6:1, 20, 24
**KOCA** 1:15
**Koley** 5:25 6:5, 7, 13
**KOTSAN** 1:15
**Kutak** 9:6

< L >
**last** 3:15, 22
**lawsuit** 3:6, 9, 10
**letter** 6:16
**letting** 6:19
**list** 3:10
**Listen** 5:19
**LLC** 1:12
**LOCATION** 1:21
**LONGCOR** 1:12, 13
**look** 6:22
**looking** 5:3
**loss** 5:22

< M >
**MATTHEW** 1:12
**MICHAEL** 1:14, 19
**MIROSLAVA** 1:15
**Monday** 3:6
**multiple** 4:14

< N >
**named** 4:1 5:23
**NANCY** 1:18
**NEBRASKA** 1:1 9:4
**neighbor** 4:5
**Neighbors** 1:8 3:11
**never** 8:5, 6
**New** 6:10, 11
**NEXTI** 1:15
**NICHOLAAS** 1:14
**NO** 1:3 4:21, 23 5:2, 3 6:15, 18 7:14, 20
**Notary** 9:3, 24
**notice** 6:20
**NOVEMBER** 1:24

< O >
**OAKS** 1:17
**obviously** 3:24
**off** 4:16
**office** 6:11 7:4
**Oh** 3:23 4:25 5:2 6:15
**Okay** 3:7, 23 4:17 5:14 6:17 7:22 8:1, 9
**original** 9:8

< P >
**pages** 9:12
**paper** 4:7, 13
**paperwork** 6:25 7:7
**parties** 9:16
**PAUL** 1:18
**Pawloski** 9:2, 23
**people** 4:14
**personal** 6:11
**personally** 3:8 4:2 9:7
**Plaintiffs** 1:10
**police** 7:15
**present** 9:7
**printed** 9:10
**probably** 4:15
**proof** 8:5, 8
**provided** 9:5
**Public** 9:3, 24
**PULL** 1:14
**put** 4:6 5:3 6:24
**putting** 6:19, 20 7:7

< Q >
**quick** 6:1

< R >
**RAHMANZAI** 1:16
**RECORDING** 1:24 9:8
**reduced** 9:10
**Reporter** 9:3, 11, 24
**Residential** 1:8
**review** 6:23
**RICHARDSON** 1:16
**right** 3:23 5:5 8:12
**Rock** 9:6

< S >
**SARAH** 1:5
**saying** 4:10, 11 7:6
**SCALISE** 1:14
**screenshots** 7:25
**seal** 9:20
**SECURITY** 1:6, 19 3:12 5:15
**see** 8:4, 10
**send** 4:7

**sent** 4:*13*
**SEVEN** 1:*17*
**sex** 4:*3* 8:*6*
**Sheriff's** 7:*4*, *24*
**signature** 9:*20*
**Similarly** 1:*7*
**Situated** 1:*7*
**slander** 5:*22* 7:*10*
**somebody** 4:*6*
**soon** 8:*10*
**sort** 6:*25*
**sought** 3:*18*, *20*
**SPEAKER** 1:*23*
**SPENCER** 1:*23* 3:*2*, *5*, *11*, *14*, *20* 4:*8*, *15*, *18*, *22*, *25* 5:*5*, *12*, *15* 6:*3*, *7*, *12*, *17* 7:*3*, *8*, *12*, *16*, *20*, *24* 8:*3*, *9*, *12*
**START** 3:*1*
**started** 3:*21*
**State** 9:*4*
**STATES** 1:*1*
**stay** 5:*1*
**Stenographic** 9:*2*, *10*, *24*
**STREBLOW** 1:*3*
**stuff** 3:*21*
**subsequently** 9:*9*
**suing** 6:*2*, *20*
**sure** 3:*24*

< T >
**Take** 8:*12*
**talk** 6:*1*
**tell** 4:*19*
**thereof** 9:*18*
**things** 5:*11*
**Thomas** 9:*6*
**thought** 4:*18*, *25*
**TOAST** 1:*16*
**trafficked** 4:*3* 8:*6*
**TRANSCRIPTION** 1:*11*, *24* 9:*6*, *11*, *13*
**true** 9:*13*
**truth** 5:*6*
**trying** 5:*1*

< U >
**Um** 3:*5*, *11*
**understand** 4:*8*
**UNITED** 1:*1*
**UNKNOWN** 1:*24*
**utilizing** 9:*11*

< V >
**videos** 5:*12* 7:*25*
**vs** 1:*11*

< W >
**wages** 5:*23*
**WAGGENER** 1:*18*
**wait** 8:*4*
**want** 5:*19*
**wanted** 5:*25*
**way** 9:*15*
**Well** 3:*20* 4:*10* 6:*16* 7:*5*, *16*
**went** 3:*25*
**WHEREOF** 9:*19*
**within** 9:*3*
**without** 6:*25*
**WITNESS** 9:*19*
**women** 4:*3*
**words** 4:*12*
**work** 3:*19*
**worry** 5:*24*
**would** 7:*15*

< Y >
**Yeah** 6:*8* 7:*5*
**year** 3:*15*, *22*
**yesterday** 6:*16*
**York** 6:*10*, *11*