UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,<br><br>Plaintiffs,<br>versus,<br><br>CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, DAVID EKDAHL, ERIC HAVERMANN, JAMES PULL, MICHAEL ALAN BEENE, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, BLAIKE KOCA, JESSICA RICHARDSON, ABDUL RAHMANZAI, TOAST, INC., EVRON, INC., SEVEN OAKS INVESTMENT CORP., PAUL WAGGENER, NANCY WAGGENER, BRAVO1 SECURITY, INC., and MICHAEL ELAYAN,<br><br>Defendants. | Case No. 8:25-cv-00241-JFB-RCC<br><br><br><br><br><br><br>**REVISED NOTICE OF SERVICE OF FINAL 3 DEFENDANTS** |

In compliance with the Court's order of November 21, 2025 (ECF No. 250), Plaintiffs served Defendants Scalise, Elayan and Ekdahl pursuant to Neb. Rev. Stat. § 25-517.02. by publication via the Omaha World Herald. Defendants Scalise and Elayan were served by publication on November 28, December 5, and December 12, 2025, and Defendant Ekdahl was served by publication on December 2, 9, and 16, 2025. Plaintiffs emailed courtesy copies of the publication notice and second amended complaint to Defendants Scalise (iamdjnext1@gmail.com) and Elayan (info@bravo1security.com) on November 28, 2025. Plaintiffs do not have an email address for Defendant Ekdahl. The affidavits for service of process are attached hereto collectively as **Exhibits "A"**.

1

Plaintiffs request a briefing schedule for Defendants' motions to dismiss, Plaintiffs' response, and Defendants' replies in accordance with ECF No. 268.

December 23, 2025

Respectfully Submitted,

By: /s/ *Evan Spencer*
Evan Spencer
Evan Spencer Law, PLLC
305 Broadway, 7th Floor
New York, NY   10007
Tel. 917.547.4665
Evan@EvanSpencerLaw.com

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of December, 2025, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, giving notice to all parties in this action.

/s/Evan Spencer
Evan Spencer, Esq.