

**PROOF OF PUBLICATION**

# AFFIDAVIT

State of Florida, County of Broward, ss:

I, Anjana Bhadoriya, being of lawful age, being duly sworn upon oath, hereby depose and say that I am agent of Column Software, PBC, duly appointed and authorized agent of the Publisher of Omaha World Herald, a legal daily newspaper printed and published in the counties of Douglas and Cass and State of Nebraska, and of general circulation in the Counties of Douglas, and Sarpy and State of Nebraska, and that the attached printed notice was published in said newspaper on the dates stated below and that said newspaper is a legal newspaper under the statutes of the State of Nebraska.

**PUBLICATION DATES:**
Dec. 2, 2025

Dec. 9, 2025

Dec. 16, 2025

**NOTICE NAME:** Ekdahl Service by Publication

**PUBLICATION FEE:** $52.08

*Anjana Bhadoriya*

(Signed)_____



SHERI SMITH
Notary Public - State of Florida
Commission # HH000000
Expires on May 31, 2026

**VERIFICATION**

State of Florida
County of Broward

Subscribed in my presence and sworn to before me on this: 12/17/2025

*S. Smith*
Notary Public

Notarized remotely online using communication technology via Proof.

---

Evan Spencer Law, PLLC
305 Broadway, 7th Floor, NY, NY 10007
U.S. District Court District of Nebraska
Streblow, et al. v. Club 180, et al.
Case #: 8:25-cv-241-JFB-RCC
SERVICE BY PUBLICATION
To: David Ekdahl, whose whereabouts are unknown, upon whom personal service of summons cannot be had, and is a Defendant in said proceedings: You are notified that on November 12, 2025, the Plaintiffs Streblow, Hernandez, and others filed a Complaint against you in the United States District Court for the District of Nebraska for Civil RICO Violations, Nuisance and other Causes of Action. You are required to answer on or before 30 days after the last date of publication or said Complaint will be taken as true and you will risk default judgment.
2025, (12) 2, 9, 16 - Tuesdays, ZNEZ



**Omaha World-Herald**
**PROOF OF PUBLICATION**

# AFFIDAVIT

State of Florida, County of Orange, ss:

I, Ankit Sachdeva, being of lawful age, being duly sworn upon oath, hereby depose and say that I am agent of Column Software, PBC, duly appointed and authorized agent of the Publisher of Omaha World Herald, a legal daily newspaper printed and published in the counties of Douglas and Cass and State of Nebraska, and of general circulation in the Counties of Douglas, and Sarpy and State of Nebraska, and that the attached printed notice was published in said newspaper on the dates stated below and that said newspaper is a legal newspaper under the statutes of the State of Nebraska.

**PUBLICATION DATES:**
Nov. 28, 2025

Dec. 5, 2025

Dec. 12, 2025

**NOTICE NAME:** Elayan Service by Publication

**PUBLICATION FEE:** $85.08

*Ankit Sachdeva*

(Signed)_____

**VERIFICATION**

State of Florida
County of Orange



JESSICA GORDON-THOMPSON
Notary Public - State of Florida
Commission # HH301656
Expires on August 17, 2026

Subscribed in my presence and sworn to before me on this: 12/15/2025

_____
Notary Public

Notarized remotely online using communication technology via Proof.

Evan Spencer Law, PLLC
305 Broadway, 7th Floor, NY, NY 10007
U.S. District Court District of Nebraska
Streblow, et al. v. Club 180, et al.
Case #: 8:25-cv-241-JFB-RCC
SERVICE BY PUBLICATION
To: Michael Elayan, whose whereabouts are unknown, upon whom personal service of summons cannot be had, and is a Defendant in said proceedings: You are notified that on November 12, 2025, the Plaintiffs Streblow, Hernandez, and others filed a Complaint against you in the United States District Court for the District of Nebraska for Civil RICO Violations, Nuisance and other Causes of Action. You are required to answer on or before **30 days** after the last date of publication or said Complaint will be taken as true and you will risk default judgment.
2025, (11) 28 (12) 5, 12 - Fridays, ZNEZ



**PROOF OF PUBLICATION**

# AFFIDAVIT

State of Florida, County of Broward, ss:

I, Anjana Bhadoriya, being of lawful age, being duly sworn upon oath, hereby depose and say that I am agent of Column Software, PBC, duly appointed and authorized agent of the Publisher of Omaha World Herald, a legal daily newspaper printed and published in the counties of Douglas and Cass and State of Nebraska, and of general circulation in the Counties of Douglas, and Sarpy and State of Nebraska, and that the attached printed notice was published in said newspaper on the dates stated below and that said newspaper is a legal newspaper under the statutes of the State of Nebraska.

**PUBLICATION DATES:**
Nov. 28, 2025

Dec. 5, 2025

Dec. 12, 2025

**NOTICE NAME:** Scalise Service by Publication

**PUBLICATION FEE:** $86.71

*Anjana Bhadoriya*

(Signed)_____



SHERI SMITH
Notary Public - State of Florida
Commission # HH888888
Expires on May 31, 2026

**VERIFICATION**

State of Florida
County of Broward

Subscribed in my presence and sworn to before me on this: **12/15/2025**

*S. Smith*

Notary Public

Notarized remotely online using communication technology via Proof.

---

Evan Spencer Law, PLLC
305 Broadway, 7th Floor, NY, NY 10007
U.S. District Court District of Nebraska
Streblow, et al. v. Club 180, et al.
Case #: 8:25-cv-241-JFB-RCC
SERVICE BY PUBLICATION
To: Nicholas Scalise dba DJ Next1, whose whereabouts are unknown, upon whom personal service of summons cannot be had, and is a Defendant in said proceedings: You are notified that on November 12, 2025, the Plaintiffs Streblow, Hernandez, and others filed a Complaint against you in the United States District Court for the District of Nebraska for Civil RICO Violations, Nuisance and other Causes of Action. You are required to answer on or before **30 days** after the last date of publication or said Complaint will be taken as true and you will risk default judgment.

2025, (11) 28 (12) 5, 12 - Fridays, ZNEZ