UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,<br><br>         Plaintiffs,<br>versus,<br><br>CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, DAVID EKDAHL, ERIC HAVERMANN, JAMES PULL, MICHAEL ALAN BEENE, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, BLAIKE KOCA, JESSICA RICHARDSON, ABDUL RAHMANZAI, TOAST, INC., EVRON, INC., SEVEN OAKS INVESTMENT CORP., PAUL WAGGENER, NANCY WAGGENER, BRAVO1 SECURITY, INC., and MICHAEL ELAYAN,<br><br>         Defendants. | Case No. 8:25-cv-00241-JFB-RCC<br><br><br><br>**DECLARATION OF PLAINTIFFS' ATTORNEY EVAN SPENCER IN OPPOSITION TO KOCA MOTION TO DISQUALIFY** |

  Declaration of Plaintiffs' attorney Evan Spencer in opposition to Defendant Blaike Koca's motion to disqualify:

  Evan Spencer, being first duly sworn upon oath, deposes and states as follows:

1) I am above the age of 19, am competent to testify, and have personal knowledge of all facts set forth herein.

2) I am the attorney for the Plaintiffs in this case and submit this Declaration in opposition to Defendant Koca's motion to disqualify me for being a necessary witness in this case.

3) I am not a necessary witness to the witness intimidation in this case because all acts of intimidation and tampering of my clients and myself (and any other torts) can be proven by people other than me, including Plaintiffs, Defendants, and witnesses.

4) Since I am not a "necessary" witness Koca's motion should be denied.

5) In addition, disqualification would cause my clients substantial hardship.

6) My clients retained my legal services on a contingency basis where they have paid nothing out of pocket for my services and costs to date.

7) I will only be compensated upon the successful resolution of the case.

8) If I were billing my clients at my Lodestar rate of $500 per hour, my bills would be well in excess of $250,000 to date.

9) If I am disqualified, no other attorney will represent my clients on a contingency fee basis and they do not wish to continue paying lawyers $450 per hour as I have done in the defense of Defendants' frivolous retaliatory litigation in Nebraska state court.

10) Therefore, disqualifying me as counsel would pose "substantial hardship" on the Plaintiffs because they would not be able to proceed with their case.

11) If the Court finds that I am a necessary witness, other attorneys can represent the Plaintiffs for trial, but I should not be disqualified in any event at the pre-trial stage.

*I declare under penalty of perjury that the foregoing statement is true and correct.*

Sworn to this 23rd day of December, 2025 by:

*s/Evan Spencer*
**Evan Spencer**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 23rd day of December, 2025, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, giving notice to all parties in this action.

*/s/Evan Spencer*
Evan Spencer, Esq.
