UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,<br><br>Plaintiffs,<br>versus,<br><br>CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, DAVID EKDAHL, ERIC HAVERMANN, JAMES PULL, MICHAEL ALAN BEENE, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, BLAIKE KOCA, JESSICA RICHARDSON, ABDUL RAHMANZAI, TOAST, INC., EVRON, INC., SEVEN OAKS INVESTMENT CORP., PAUL WAGGENER, NANCY WAGGENER, BRAVO1 SECURITY, INC., and MICHAEL ELAYAN,<br><br>Defendants. | Case No. 8:25-cv-00241-JFB-RCC<br><br><br><br>**AFFIDAVIT OF WITNESS JUSTINE DUBOIS** |

I, Justine Dubois, being first duly sworn upon oath, deposes and states as follows:

1) I am over the age of 21 and am a resident of the City of Omaha, Nebraska.

2) While I was incarcerated at Douglas County Corrections in May 2025, I was befriended by an inmate Delaney Wilson aka Stormie, who spent hours telling me about illegal activities at Club 180 strip club in west Omaha.

3) After she informed me that they were **planning to kill attorney Evan Spencer**, I contacted him to warn him that his life was in danger.

4) When the Defendants in this lawsuit discovered that I had contacted Mr. Spencer, they began threatening and assaulting me on a regular basis, making my life hell.

5) The following are messages that I sent to Evan Spencer since May 10, 2025.

1

6) I have edited typographical errors and highlighted the most relevant portions of my messages in this affidavit.

8) <u>On May 10, 2025 at 4:08 pm, I sent the following message to attorney Evan Spencer</u>: Mr. Spencer, Delaney Wilson ("Stormie") is in here for Accessory to a felony for a shooting. She told me that her and her best friend Emily (who is also in here but in a different unit for the same charge) had gotten jumped by this girl and a few different people. **<u>Afterwards she talked to her boss Matt Longcor (Club180) and told him what happened and he told her to find someone to go "take care" of the girl and the others</u>**. And he would send her the money to pay whoever she found. So she said she told her boyfriend Tobias Strong to go handle it. That way she could keep some of the money. Since it wouldn't be the first time her boyfriend has handled problems for her and her boss. **<u>So her boyfriend and some friends went and shot up the house</u>**. She knew the address because she had been texting with one of the girls to get the address so she can go fight her. And instead of her showing up her boyfriend Tobias and some friends showed up instead. After Tobias left Delaney left and went to her mom Karissa Wilson in Pappillion so she would have an alibi for the shooting. When Tobias got back home she was already gone to her mom's and they were texting back and forth because he was mad. And in the text messages Tobias even said, "I did that for you." Delaney also was telling me how her boss was planning on bonding her out as soon as her bond got lowered. **<u>That they were supposed to be going on a trip to New York to take care of you (Evan Spencer) because you were becoming an issue for her boss</u>**. So Matt told her that she was going to be the bait used to lure you to go out with her and then Matt was going to handle the rest. So you wouldn't ever be an issue anymore. Since the threats made to you before didn't work. She said this wouldn't be the first time that she has helped her boss with illegal things. **<u>She said she helps her boss find new talent and helps get</u>**

2

them hooked on coke or meth. Since she used coke all the time before she got locked up. She said the ones that were unwilling she would put the meth in their drinks without their knowledge. So that they had leverage over them of they ever tried to say anything about what was happening inside the club. She would make some of the girls go with her to "special" events outside the club. Where they were expected to let her boss and his wife watch them have sex. Where her boss and his friends even touched them with or without permission. She said that she sells coke to the customers also. And she has sex with them sometimes even at the club where the cameras can't see for extra money. Even in here she has had her mother Karissa put money on other inmates accounts so that they will do anything for her and help her in case anyone tries to fight her. She keeps saying that anyone who even messes with her will get dealt with by her boss and his friends. That her boss has been making sure she has money on her account because he gives it to her mom so the money is in her name when it gets put on her account. So that he stays in the dark. Since I have been in here I heard Delaney make the threats against you and a detective Ewin whom I did also contact. He came to see me here at the jail this past Thursday and asked me what I knew about Delaney and if I knew her outside of here. I told him I knew her mom Karissa and I've seen Delaney at Club 180 cause cocaine isn't the only thing being sold out of there. He asked me if I would be willing to wear a wire here inside the jail and try to get her to talk about her case and I informed him I would. He said he would be getting back to me as soon as he talked to his supervisors. Sincerely, Justine Dubois

9) On May 19, 2025 at 3:02 pm, I sent the following message to Mr. Spencer:

I am still in the same unit as Delaney Wilson. She just informed me that the bullets used for the shooting were purchased by her with money from her boss Matt. Also her best friend Emily Garcia Sybert is also in here in another unit for accessory to a felony for the shooting also.

3

She is just in a different unit. Delaney also informed me that Matt and Miro have the strippers that are willing to have sex with the customers get a tattoo on the back of their neck which her and Breaunna (Rose) both have and that they would go to the sex parties which her boss had together and perform together by having sex with each other.

10) <u>On May 22, 2025 at 6:25 pm, I sent the following message to Mr. Spencer</u>:

When I came back Delaney wanted to talk to me about her case. She stated that she thinks that her boyfriend Tobias is gonna tell on her because her fingerprints are on the gun because she is the one who loaded it after she purchased the bullets. I asked her how she even knew how to load a gun and **<u>she said Stu the security guard and Matt her boss showed her how to load and shoot a gun after she was harassed in the parking lot</u>**. That Stu was the one who went with her to some of the special events parties where she and Breaunna performed together. **<u>She said that after the parking lot incident Matt got a gun for her and told her that it was illegal and if she got caught with it she didn't get it from him.</u>** *<u>She also informed me that she is scared of Matt because she knows that he has had people killed</u>*. She then asked me if I were to make bond can I go to Club 180 for her and get the money for her bond from her boss Matt cause he owes her for 2 special events still and if I could go get the gun Matt got for her and get rid of it for her. Sincerely, Justine Dubois

11) <u>On May 23, 2025 at 9:28 am, I sent the following message to Mr. Spencer</u>: Mr. Spencer yes I do know Stormie said the gun is at her mom's the gun Matt gave her. Yes I do know where the shooting was and where and what house and who was shot at. I know everything about Stormie's case including co-defendant Emily and their boyfriends Tobias and Rasheed who did the shooting that Stormie's boss Matt paid her to have retaliate for her. He even gave her money for the bullets. She was not in the car she just set it up and her and Emily stayed home. **Also know a**

4

**lot more about her boss Matt and the things he's done to the girls. Yes, I am willing to go to the sheriff's office with you and tell them everything**. Sincerely, Justine Dubois.

12) On October 15, 2025, at 7:32 pm, I sent the following message to Mr. Spencer: I filed for a protection order yesterday and they arrested me at the courthouse. **There have been many attempts on my life ... the most recent one being the scariest**. **I am still willing to be subpoenaed to testify against Delaney and Matt since Matt and his goons have made my life miserable. I'm willing to have my name on public record also... I don't want to be scared anymore**.

13) On October 28, 2025, at 7:12 pm, I sent the following message to Mr. Spencer:

**May 23rd 2025 I was shoved and threatened by other inmates in my unit because Delaney Wilson and Matt were going to pay them to hurt me for warning you (Evan Spencer) about their plan to kill you**.

June 3rd 2025 I was leaving Megasaver around 11pm on 72nd and Dodge when a black SUV possibly a Chevy with all tinted windows pulled up on me by Taco Bell and **pointed a gun at my head and told me no matter where I go I'll never be able to hide from them and that they would kill me if I kept helping Evan Spencer with his case against the club** it was the same white boy in the passenger seat from the threat at the casino there was a white male driving i hurried back to the hotel until my friend could move me to a different hotel.

June 20th 2025 I was walking to Casey's on 72nd and Grover from Super on 71st and Spring when a black SUV with tinted windows pulled up along me and **pointed a gun thru the window and stated I told you you couldn't hide from us we are everywhere. Then asked if I had been in contact with Evan Spencer I said no** and they drove off it was two white males.

5

July 3rd 2025 I was leaving Megasaver on Saddle Creek and California when a white car with tinted windows pulled up on me and **told me to get in the car** it was two white males I obeyed and got in the back passenger seat cause the **passenger had a gun pointed at me** when I got in **they said if I go to court to testify against Matt they were going to kill me and my daughter**.

July 21st 2025 I was at the laundry mat on Saddle Creek when a black SUV pulled up on me and rolled the passenger window down and said no matter where I go they will find me that Matt can find anyone no matter where they go and **if I talk to you (Evan spencer) they were going to kill us both**.

August 24th 2025 I was hit in the back of the head by a hooded white male behind the laundry mat. I fell and was held down by the hooded white male while **he groped me and stated that matt will do a lot worse to me than what was at me to the other dancers who were suing him**. He had an accent.

October 8th 2025 I was out at the Sonesta Suites when I was punched in the head by a visitor and was told that **if I contacted you (Evan Spencer) and told you about the XXXX that Matt was going to kill us both** and my daughter it was the same male from the XXXX.

October 26th 2025 one of **Delaney Wilson's friends has been threatening me in my previous unit and saying that Matt is gonna harm my daughter for helping you (Evan Spencer) out with your case against him**.

14) On November 15, 2025, at 6:15 pm I sent the following message to Mr. Spencer:

I talked to C.O. on duty and kited the sergeants about moving me out of the unit because my roommate threw garbage at me pretending like she didn't mean to and laughing and ooh did I hit you thought you were safe. And they are refusing to do anything about it

15) On November 24, 2025, at 4:05 pm I sent the following message to Mr. Spencer:

I'm sorry I haven't been able to respond I just got out of medical. I'm tired of this this time it was someone who said that they are related to a guy named James Pull. I'm in a different unit again they moved me today. I don't know any of these people.

16) On November 26, 2025, at 2:53 pm, I sent the following message to Mr. Spencer:

There is a girl who came in last night named Isabella Buckman who approached me from behind this morning around 7:45 followed me halfway upon the stairs and started threatening me stating "you're not gonna be alive for long, you or that lawyer." I started walking on the stairs asking her who told her to say that and she said, "Matt and that he is going to kill me before my birthday." How does he know my birthday is in a few days?

17) Your affiant further states she has read the foregoing Affidavit, that she knows the contents thereof, and that the statements contained therein are true and based upon personal knowledge.

FURTHER AFFIANT SAYETH NOT.

STATE OF NEBRASKA    )
                     ) ss.
COUNTY OF DOUGLAS    )

DUBOIS)

_____
(AFFIANT JUSTINE DUBOIS)

Subscribed and sworn to before me this 15 day of December, 20 25 by Justine Dubois

General Notary - State of Nebraska
SIERA THOMAS
My Comm. Exp. July 31, 2028.

_____
Notary Public

7