

Evan Spencer <evan@evanspencerlaw.com>

## Club 180 Lawsuit - Confidential
1 message

**Evan Spencer** <evan@evanspencerlaw.com>  Wed, Apr 2, 2025 at 3:34 AM
To: matt@libertylawgroup.com

Dear Matt,

I only contacted you on a Sunday because your client asked me to. I had been planning to file the lawsuit on Monday after midnight March 31st for weeks and only delayed because of your correspondence. I've attached the lawsuit that was filed against your client and 50 of her partners, employers, agents and/or co-conspirators.

I have enclosed a waiver for the service of your client. Kindly agree to waive formal service of process and return this document to me by email within 30 days. If I do not receive it by then, your client will be served at her own expense by a sheriff and you will only have 21 days to respond rather than 60 days if you execute the waiver timely.

Sincerely,

Tel. 917.547.4665
Evan@EvanSpencerLaw.com
EvanSpencerLaw.com
305 Broadway, 7th Floor
New York, NY 10007

EVAN SPENCER
Evan Spencer Law, PLLC

---

**2 attachments**

- Waiver Koca 4.1.25.pdf
  344K

- 180 LAWSUIT 4.1.25.pdf
  9464K