UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,<br><br>Plaintiffs,<br>versus,<br><br>CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, DAVID EKDAHL, ERIC HAVERMANN, JAMES PULL, MICHAEL ALAN BEENE, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, BLAIKE KOCA, JESSICA RICHARDSON, ABDUL RAHMANZAI, TOAST, INC., EVRON, INC., SEVEN OAKS INVESTMENT CORP., PAUL WAGGENER, NANCY WAGGENER, BRAVO1 SECURITY, INC., and MICHAEL ELAYAN,<br><br>Defendants. | **Case No. 8:25-cv-00241-JFB-RCC**<br><br><br><br>**FRCP RULE 4 MOTION FOR COSTS OF SERVICE OF DEFENDANTS CLUB 180, AM314, LLC, MATTHEW LONGCOR AND AYDEN LONGOR** |

## MOTION FOR COSTS OF SERVICE

Rule 4(2)(a)(b) of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure. Defendants Matt and Ayden Longcor, AM314, LLC and Club 180 were provided waivers April 2, 2025 **(Exhibits "A - F")** by way of their attorneys and refused to return them without a valid excuse other than causing unnecessary expense and delay. Plaintiff files this motion, brief and exhibits in support.

1

WHEREFORE, Plaintiffs request an award of attorney's fees and costs in the amount of

$5,718, to be paid within 30 days by Defendants Matthew Longcor, Ayden Longcor, AM314,

LLC and Club 180.

                                         Respectfully Submitted,

December 23, 2025

By: /s/ *Evan Spencer*

Evan Spencer
Evan Spencer Law, PLLC
305 Broadway, 7th Floor
New York, NY   10007
Tel. 917.547.4665
Evan@EvanSpencerLaw.com

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of December, 2025, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, giving notice to all parties in this action.

/s/Evan Spencer
Evan Spencer, Esq.

2