

Evan Spencer <evan@evanspencerlaw.com>

## Club 180 Lawsuit & Waivers - CONFIDENTIAL
1 message

**Evan Spencer** <evan@evanspencerlaw.com>  Wed, Apr 2, 2025 at 12:46 AM
To: mattlongcor@yahoo.com, info@club-180.com

Mr. Longcor:

Attached is a lawsuit that was filed against you and 50 of your partners, employees, agents and/or co-conspirators. Please retain an attorney to protect your interests.

I have enclosed four waivers for the service of process of you, your son Ayden, Club 180, and AM314, LLC. If you agree to waive formal service of process, have your attorney execute and return these documents to me by email within 30 days. If I do not receive them by then, you will be served at your own expense by a sheriff and your attorneys will only have 21 days to respond rather than 60 days if they execute the waiver timely.

You are also advised to cease tampering with witnesses in this case as it is a felony that will only increase the amount of damages that you owe and the likelihood that you will end up in prison. Lastly, my clients request that you vacate the premises due to the public nuisance caused by Club 180 and the millions of dollars in depreciated property values suffered by the Class of Neighbor Defendants.

Sincerely,

*Evan Spencer*
**EVAN SPENCER**
Evan Spencer Law, PLLC

Tel. 917.547.4665
Evan@EvanSpencerLaw.com
EvanSpencerLaw.com
305 Broadway, 7th Floor
New York, NY 10007

**Confidentiality: This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this e-mail in error please notify the sender immediately at the address shown above and delete this message from your computer without further action. Any dissemination, distribution or copying of this message or any files transmitted with it by an unauthorized recipient is strictly prohibited. THIS CONFIDENTIAL DOCUMENT MAY NOT BE FILED WITH THE COURT OR SHARED WITH THE PUBLIC, MEDIA, OR ANY THIRD PARTIES.**

---

**5 attachments**

📄 **180 LAWSUIT 4.1.25.pdf**
9464K

📄 **Waiver Club 180 4.1.25.pdf**
343K

📄 **Waiver AM314, LLC 4.1.25.pdf**
343K

📄 **Waiver Matthew Longcor 4.1.25.pdf**
344K

📄 **Waiver Ayden Longcor 4.1.25.pdf**
344K