IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, et al.;<br><br>    Plaintiffs,<br><br>vs.<br><br>CLUB 180, et al.,<br><br>    Defendants. | 8:25CV241<br><br><br>**BRIEFING SCHEDULE** |

Pursuant to Filing No. 224, Plaintiffs were ordered to complete service on the remaining defendants and the court stayed any responsive pleading deadline as to those defendants previously served. Plaintiffs have now completed service and filed notice of the same. (Filing No. 281). The stay is hereby lifted and the briefing schedule is set forth as follows:

1. Any defendants who have not yet filed a responsive pleading shall have twenty-one (21) days, or no later than January 20, 2026, to file an answer or other responsive pleading as to Plaintiffs' Second Amended Complaint. (Filing No. 225).

2. Plaintiffs shall have twenty-one (21) days thereafter, or no later than February 10, 2026, to file any oppositions to Defendants' responsive pleadings, regardless of when they were filed.

3. Defendants shall have fourteen (14) days, or no later than February 24, 2026 to file any replies.

4. The above briefing schedule only applies to responses filed in accordance with Fed. R. Civ. P. 12. All other motions, including the Motion to Disqualify (Filing

No. 271) and Motions for Attorney Fees (Filing No. 284, 286) shall follow the standard briefing schedule as set out in the Local Rules.

5. Defendant Havermann's Motion to Strike and Motion to Disqualify (Filing No. 253) and Defendant Rahmanzai's Motion to Strike (Filing No. 269) are now fully briefed and ripe for review. No additional briefing is authorized.

Dated this 29th day of December, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge