IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, SARAH HOUSTON, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, JANE DOE DANCERS #1 – 7, JOHN DOE SECURITY GUARDS #1 – 5, JOHN & JANE DOE CUSTOMERS #1 – 11, and all Similarly Situated Residential & Commercial Neighbors of Club 180,<br><br>Plaintiffs,<br><br>versus,<br><br>CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, NICHOLAS SCALISE dba DJ NEXT1, ERIC HAVERMANN, ELLIE JAEKE, EVRON, INC., SEVEN OAKS INVESTMENT CORP., HIGHLAND ASSOCIATES, INC., CTS, LLC, PTM, INC., NANCY WAGGENER, PAUL WAGGENER, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, MIROSLAVA KOTSAN, STU SLEEPER aka STUPAC X, DAVID EKDAHL, CHAD MCMAHON, JAMES PULL, IVON PENNY, BLAIKE KOCA, MARLEY NYGAARD, ROMAN, JALIL TOOKHI, MALIK HARMON, ABDUL RAHMANZAI aka JAMAAL, DAVID LOOLOO, TONY PHAM, BREANNA PHAM-CARR, THROWBACK EMPIRE, LLC | Case No. 8:25-cv-00241-JFB-RCC<br><br><br><br><br><br><br><br><br><br><br><br><br><br>MOTION TO WITHDRAW AS COUNSEL<br>ON BEHALF OF DEFENDANT JESSICA RICHARDSON |

| | |
|---|---|
| dba KRUSH ULTRA LOUNGE, BRE MANNING aka ROSE, BROOKE LEIBERT aka MALIBU, ELENA RHODD-MORALES aka STARR, CHRISTINA CRAFT aka SKYLA, KATHERINE TEDI SMITH aka SIENNA, , ECHO, AMIRA, PERSUSIA, KINO, JESSIE, INDIE, NEA, PRETTY P, STORMIE, SANTANA, VOODOO LOUNGE, INC., KYRON O'BRIEN SR., TOAST, INC., COSTCO WHOLESALE CORP., and JOHN & JANE ROES #1– 50,  Defendants. | |

COMES NOW Lynae Tucker-Chellew and requests leave to withdraw from the above captioned matter at the request of the Defendant.

WHEREFORE, counsel prays for an Order granting leave to withdraw as attorney of record and for such other and further relief as the Court may deem just and equitable.

                              JESSICA RICHARDSON, Defendant,

                              By:    *s/Lynae Tucker-Chellew*
                                      LYNAE TUCKER-CHELLEW, #27521
                                      Attorney for Defendant
                                      Dornan, Howard, Breitkreutz
                                      Dahlquist & Klein, PC LLO
                                      1403 Farnam Street, Suite 232
                                      Omaha, Nebraska 68102
                                      (402) 884-7044 (phone)
                                      (402) 884-7045 (fax)
                                      Lynae@dltlawyers.com

## CERTIFICATE OF SERVICE

 I hereby certify that on December 29, 2025, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

 Evan Spencer, Attorney

and I hereby certify that I have emailed the document to the following non CM/ECF participants:

 N/A

        *s/Lynae Tucker-Chellew*
        Lynae Tucker-Chellew #27521
        Attorney for Defendant