

Evan Spencer <evan@evanspencerlaw.com>

## 180 Lawsuit & Waiver - CONFIDENTIAL
1 message

**Evan Spencer** <evan@evanspencerlaw.com>  Wed, Apr 2, 2025 at 1:11 AM
To: iAmDjNext1@gmail.com

Mr. Scalise:

Attached is a lawsuit that was filed against you and 50 of your partners, employees, customers, agents and/or co-conspirators. Please retain an attorney to protect your interests.

I have enclosed a waiver of service of process for you. If you agree to waive formal service of process, have your attorney execute and return this document to me by email within 30 days. If I do not receive it by then, you will be served at your own expense by a sheriff and your attorneys will only have 21 days to respond rather than 60 days if they execute the waiver timely.

Sincerely,



**Confidentiality:** This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this e-mail in error please notify the sender immediately at the address shown above and delete this message from your computer without further action. Any dissemination, distribution or copying of this message or any files transmitted with it by an unauthorized recipient is strictly prohibited. **THIS CONFIDENTIAL DOCUMENT MAY NOT BE FILED WITH THE COURT OR SHARED WITH THE PUBLIC, MEDIA, OR ANY THIRD PARTIES.**

**2 attachments**

📄 **180 LAWSUIT 4.1.25.pdf**
9464K

📄 **Waiver Nick 4.1.25.pdf**
345K