

Evan Spencer <evan@evanspencerlaw.com>

## Club 180 Lawsuit & Waiver
1 message

**Evan Spencer** <evan@evanspencerlaw.com>   Wed, Apr 2, 2025 at 1:14 AM
To: bbelmont@bcplaw.com, ojenkins@bcplaw.com

Dear Counselors,

Attached is a lawsuit that was filed against your client Miroslava Kotsan together with a waiver of service. Please execute and return this form by email within 30 day or advise me as to Ms. Kotsan's address for service of process.

Sincerely,

Tel. 917.547.4665
Evan@EvanSpencerLaw.com
EvanSpencerLaw.com
305 Broadway, 7th Floor
New York, NY 10007

EVAN SPENCER
Evan Spencer Law, PLLC

**2 attachments**

📄 **180 LAWSUIT 4.1.25.pdf**
9464K

📄 **Waiver Kotsan 4.1.25.pdf**
344K