```
                                            FILED
                                        U.S. DISTRICT COURT
                                        DISTRICT OF NEBRASKA
```

**IN THE UNITED STATES DISTRICT COURT**      2025 DEC 30   AM 11: 04
**FOR THE DISTRICT OF NEBRASKA**
                                        OFFICE OF THE CLERK

**Streblow, et al.,**
   Plaintiffs,

v.

**Club 180, et al.,**
   Defendants.

**Case No. 8:25-cv-00241-JFB-RCC**

## LIMITED SPECIAL APPEARANCE AND MOTION TO STRIKE OR DENY PLAINTIFFS' MOTION FOR ATTORNEY FEES FOR LACK OF PERSONAL JURISDICTION AND IMPROPER SERVICE

Defendant **Nicholas Scalise**, appearing specially and for the limited purpose only of contesting personal jurisdiction and service of process, respectfully moves the Court to strike or deny Plaintiffs' Motion for Attorney Fees (Doc. 292).

### I. LIMITED SPECIAL APPEARANCE

Defendant has not been properly served, has not waived service, and has not previously appeared in this action. This filing is made solely to contest personal jurisdiction and improper service and does not waive any defenses under Federal Rule of Civil Procedure 12.

### II. DEFENDANT HAS NOT BEEN PROPERLY SERVED

Defendant has never been personally served with a summons or complaint in this matter as required by Federal Rule of Civil Procedure 4. Absent valid service, this Court lacks personal jurisdiction over Defendant.

### III. DEFENDANT DID NOT WAIVE SERVICE

Defendant has never signed, executed, or returned any waiver of service and has never knowingly or voluntarily agreed to waive service of process in this case.

### IV. PLAINTIFFS' MOTION FOR ATTORNEY FEES IS PREMATURE

Because Defendant has not been served and has not appeared, the Court lacks authority to impose attorney fees against Defendant at this time. Plaintiffs' motion is therefore premature and must be denied or stricken.

## V. REQUESTED RELIEF

Defendant respectfully requests that the Court strike or deny Plaintiffs' Motion for Attorney Fees and grant such other relief as the Court deems just and proper.

DATED: December 30, 2025

Signature: _____

**Nicholas Scalise**
Defendant, Pro Se
2711 N 48th St
Omaha, NE 68104
Email: iAmDjNext1@gmail.com
Phone: (402) 714-2337

## DECLARATION OF NICHOLAS SCALISE

I, Nicholas Scalise, declare as follows:

1. I am an individual residing in Omaha, Nebraska. I make this declaration based on personal knowledge.

2. I have never been personally served with a summons or complaint in *Streblow et al. v. Club 180 et al.*, Case No. 8:25-cv-00241-JFB-RCC.

3. I have never been contacted by a process server regarding this case.

4. I have never signed, executed, or returned a waiver of service in this matter.

5. I have never agreed, orally or in writing, to waive service of process.

6. Prior to this filing, I have never appeared in this action or submitted to the jurisdiction of the Court.

7. I have not taken any action intended to evade service of process.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 30, 2025, in Omaha, Nebraska.

Signature: _____

**Nicholas Scalise**
Defendant, Pro Se
2711 N 48th St
Omaha, NE 68104
Email: iAmDjNext1@gmail.com
Phone: (402) 714-2337