IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, SARAH HOUSTON, IMAGINATION INDUSTRIES, INC., KIMBERLY HERNANDEZ, JANE DOE DANCERS #1-25, JOHN DOE SECURITY GUARDS #1-7, and JOHN & JANE DOE CUSTOMERS #1-100, and all Similarly Situated Residential & Commercial Neighbors of Club 180;<br><br>                    Plaintiffs,<br>     vs.<br><br>CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, NICHOLAS SCALISE, EVRON, INC., SEVEN OAKS INVESTMENT CORP., NANCY WAGGENER, PAUL WAGGENER, BRAVO1 SECURITY, INC., MICHAEL ELAYAN, MIROSLAVA KOTSAN, DAVID EKDAHL, JAMES PULL, BLAIKE KOCA, ABDUL RAHMANZAI, TOAST, INC., ERIC HAVERMANN, JESSICA RICHARDSON, and MICHAEL ALAN BEENE,<br><br>                    Defendants. | 8:25CV241<br><br>ORDER OF DISMISSAL OF PARTIES |

This matter comes before the Court on the plaintiffs' Notices of Voluntary Dismissal of David Ekdahl, Jessica Richardson, Bravo1 Security, Inc., and Michael Elayan (Filing Nos. 302, 305, and 306). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that defendants David Ekdahl, Jessica Richardson, Bravo1 Security, Inc., and Michael Elayan be dismissed without prejudice.

Dated this 6th day of January, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge