UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180, | **Case No. 8:25-cv-00241-JFB-RCC** |
| Plaintiffs, | |
| versus, | |
| CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, JAMES PULL, MICHAEL ALAN BEENE, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, BLAIKE KOCA, ABDUL RAHMANZAI, TOAST, INC., EVRON, INC., SEVEN OAKS INVESTMENT CORP., PAUL WAGGENER and NANCY WAGGENER, | **SUPPLEMENT REGARDING INDEX TO OPPOSITION TO KYRON O'BRIEN'S MOTION FOR CONTEMPT** |
| Defendants. | |

On October 16, 2025, attorney Connor Orr filed a motion for contempt with this Court against Plaintiffs' counsel on behalf of Kyron O'Brien, a previous Defendant in this case who was dismissed with prejudice (ECF Nos. 198 – 199). On October 30, 2025, Plaintiffs submitted an opposition brief, index, exhibits, and an affidavit (ECF Nos. 204 – 206). On November 6, 2025, movant filed a reply (ECF No. 223). On December 10, 2025, Plaintiffs' counsel filed a supplement to the opposition (ECF No. 273), which was the Order of the Southern District of New York dismissing the lawsuit by Evan Spencer Law, PLLC against Connor Orr and Orr Law Group, PLLC without prejudice for lack of jurisdiction. This Order rendered O'Brien's motion before this Cour moot. In addition, the Nebraska state court entered an Order today denying O'Brien's motion for contempt **(Exhibit "A")**. Their state court motion is nearly identical to

their motion now pending before this federal court. For the same reasons provided by the Nebraska State Court and Plaintiffs' opposition, Defendant O'Brien's motion for contempt should be denied.

WHEREFORE, Plaintiffs respectfully request that movant Orr's motion for contempt be denied in its entirety.

January 6, 2026

Respectfully Submitted,

By: /s/ *Evan Spencer*

Evan Spencer
Evan Spencer Law, PLLC
305 Broadway, 7th Floor
New York, NY   10007
Tel. 917.547.4665
Evan@EvanSpencerLaw.com

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 6th day of January, 2026, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, giving notice to all parties in this action.

/s/Evan Spencer
Evan Spencer, Esq.

2