Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI250002771
Transaction ID: 0024378992
Filing Date: 01/05/2026 02:50:38 PM CST

**ORDER ON MOTION FOR CONTEMPT OR IN THE ALTERNATIVE, TO VACATE AND ENFORCE SETTLEMENT**

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

VOODOO LOUNGE, INC. V. EVAN SPENCER                                           Case ID: CI25-2771

This matter came on for hearing on Plaintiff's Motion for Contempt or in the alternative, To Vacate and Enforce Settlement. Connor Orr appeared for Plaintiff. Eric Wells appeared for Defendants. The motion was argued and evidence was adduced, the Court took the matter under advisement and is prepared to rule.

Connor Orr and Orr Law Group, PLLC, filed a motion for contempt or in the alternative, to vacate and enforce settlement agreement because they claim that a lawsuit filed in New York by Evan Spencer Law, PLLC against Connor Orr and Orr Law Group, PLLC, violates the settlement agreement reached between Orr, his 21 clients, and Defendants and their attorneys. However, reviewed the evidence and the arguments while the new lawsuit is similar in nature to the once previously dismissed, the new lawsuit was filed against Connor Orr and the Orr Law Group, PLLC. The new lawsuit does not name any of the above named Plaintiffs in this new lawsuit.

The settlement agreement reached in this matter contained no term requiring that Defendants not sue Connor Orr or Orr Law Group, LLC, nor was Orr or Orr Law Group included in the settlement agreement at all. The Court is bound by the four corners of the settlement agreement and had the parties wished to extend the settlement agreement to cover other, not named parties, they should have included that in the final settlement agreement. This Court is bound by the settlement agreement and the language contained therein. Thus, the lawsuit filed by Evan Spencer in New York cannot violate any agreement or order in this case as Connor Orr and the Orr Law Group, PLLC, were not parties in this matter and were not listed in the settlement agreement.

Thus, Orr and Orr Law Group, PLLC, do not have standing. Attorney Connor Orr and his law firm Orr Law Group, PLLC have filed this on behalf of their clients Kyron O'Brien and Voodoo Lounge. However, all claims against these parties in the state lawsuit were dismissed with prejudice and the federal lawsuit. And the new lawsuit at issue as the alleged breach does not name as parties any of the individuals or associations subject to the settlement agreement so that agreement has not been breached by the filing of the new lawsuit at issue.

Since the Plaintiffs in this matter are no longer parties to this action and were not parties to the new action filed in New York, they do not have standing to file this motion. Even if Orr's clients were not dismissed from this case with prejudice, they would still lack standing to request relief sought on behalf of their attorneys. None of Orr's 21 clients were sued in New York, and Defendants' counsel has taken no "retaliatory" action against Orr's clients. Connor Orr and Orr Law Group, PLLC cannot claim that the rights of the dismissed parties (Orr's clients) somehow extend to them.

Therefore, the Motion for Contempt or in the alternative, To Vacate and Enforce Settlement is hereby **DENIED**.

All parties responsible for their own attorney fees in this matter.

**IT IS SO ORDERED.**

_____
Todd Engleman