IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, SARAH HOUSTON, IMAGINATION INDUSTRIES, INC., KIMBERLY HERNANDEZ, JANE DOE DANCERS #1-25, JOHN DOE SECURITY GUARDS #1-7, and JOHN & JANE DOE CUSTOMERS #1-100, and all Similarly Situated Residential & Commercial Neighbors of Club 180;<br><br>    Plaintiffs,<br> vs.<br><br>CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, NICHOLAS SCALISE, EVRON, INC., SEVEN OAKS INVESTMENT CORP., NANCY WAGGENER, PAUL WAGGENER, MIROSLAVA KOTSAN, JAMES PULL, BLAIKE KOCA, ABDUL RAHMANZAI, TOAST, INC., ERIC HAVERMANN, and MICHAEL ALAN BEENE,<br><br>    Defendants. | 8:25CV241<br><br>ORDER OF DISMISSAL OF PARTY |

This matter comes before the Court on the plaintiffs' Notices of Voluntary Dismissal of Blaike Koca (Filing No. 311). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that defendant Blaike Koca be dismissed without prejudice.

Dated this 8th day of January, 2026.

                 BY THE COURT:

                 s/ Joseph F. Bataillon
                 Senior United States District Judge