FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 JAN 15 PM 2: 30

OFFICE OF THE CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, *et al,.* | Case No. 8:25-cv-00241-JFB-RCC |
| Plaintiffs, | |
| v. | DEFENDANT NICHOLAS SCALISE'S MOTION TO DISMISS |
| CLUB 180, *et al,.* | |
| Defendants. | |

Defendant Nicholas Scalise, appearing pro se, respectfully moves to dismiss the Second Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5), and 12(b)(6).

As set forth in the accompanying Brief in Support, Defendant preserves his previously raised objections to personal jurisdiction and service of process and moves to dismiss the Second Amended Complaint for failure to state a claim upon which relief can be granted.

WHEREFORE, Defendant respectfully requests that the Court dismiss the Second Amended Complaint as to him, with prejudice, and grant such other relief as the Court deems just and proper.

DATED: January 15, 2026

Respectfully submitted,

/s/ _____

Nicholas Scalise, Pro Se Defendant
2711 N. 48th Street
Omaha, NE 68104
Phone: (402) 714-2337
Email: iamdjnext1@gmail.com