IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100 and all similarly situated residential & commercial neighbors of Club 180,<br><br>                      Plaintiffs,<br><br>v.<br><br>CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, MICHAEL ALAN BEENE, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, JAMES PULL, BLAIKE KOCA, TOAST, INC., EVRON INC., 7 OAKS INVESTMENT CORP., NANCY WAGGENER, PAUL WAGGENER, ABDUL RAHMANZAI,<br><br>                      Defendants. | Case No. 8:25-cv-00241 |

## CERTIFICATE OF SERVICE OF DEFENDANT'S OBJECTION TO SUBPOENA

Defendant James Pull, by and through his undersigned counsel, hereby certifies that on this 15th day of January, 2026, he served his formal Objection to Plaintiffs' Notice of Subpoena via electronic mail upon all parties of record, including the following:

    Evan Spencer
    305 Broadway, 7th Floor
    New York, NY 10007
    Evan@EvanSpencerEsq.com

Dated this 15th day of January, 2026.

JAMES PULL, Defendant,

By:   */s/ Ryan M. Kunhart*
Ryan M. Kunhart, #24692
Dvorak Law Group, LLC
9500 W. Dodge Rd., Ste. 100
Omaha, NE  68114
402-934-4770
402-933-9630 (facsimile)
rkunhart@ddlawgroup.com

Attorneys for Defendant.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 15, 2026, the foregoing document was electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification to all CM/ECF participants, including the following:

Evan Spencer
305 Broadway, 7th Floor
New York, NY 10007
Evan@EvanSpencerEsq.com

   */s/ Ryan M. Kunhart*
Ryan M. Kunhart