IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180, <br><br>           Plaintiffs,<br><br>v.<br><br>CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, DAVID EKDAHL, ERIC HAVERMANN, JAMES PULL, MICHAEL ALAN BEENE, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, BLAIKE KOCA, JESSICA RICHARDSON, ABDUL RAHMANZAI, TOAST, INC., EVRON, INC., SEVEN OAKS INVESTMENT CORP., PAUL WAGGENER, NANCY WAGGENER, BRAVO1 SECURITY, INC., and MICHAEL ELAYAN,<br><br>           Defendants. | CASE NO: 8:25-cv-00241<br><br><br>**DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)** |

Defendants Seven Oak Investments Corporation, Evron, Inc. and Nancy Waggener, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), move to dismiss the claims set forth in Plaintiffs' Second Amended Class Action Complaint with prejudice against Defendants Seven Oak

Investments Corporation, Evron, Inc., and Nancy Waggener because the Second Amended Complaint fails to state a claim upon which relief can be granted. In support of their Motion, Defendants rely upon the Declaration of Nancy Waggener (Doc. #105) and their Brief in Support of Motion to Dismiss Second Amended Complaint filed contemporaneously herewith.

    Dated this 20th day of January, 2026.

>SEVEN OAKS INVESTMENT CORPORATION, EVRON, INC., and NANCY WAGGENER, Defendants,
>
>By:   /s/ Erin R. Robak
>Erin R. Robak, #23407
>ERICKSON | SEDERSTROM, P.C.
>10330 Regency Parkway Drive, #100
>Omaha, NE 68114
>(402) 397-2200
>(402) 390-7137 Fax
>eroba@eslaw.com
>*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

    I hereby certify that on January 20, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a copy by electronic mail to all counsel of record.

>   /s/ Erin R. Robak