IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100 and all similarly situated residential & commercial neighbors of Club 180,<br><br>      Plaintiffs,<br><br>v.<br><br>CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, MICHAEL ALAN BEENE, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, JAMES PULL, BLAIKE KOCA, TOAST, INC., EVRON INC., 7 OAKS INVESTMENT CORP., NANCY WAGGENER, PAUL WAGGENER, ABDUL RAHMANZAI,<br><br>      Defendants. | Case No. 8:25-cv-00241<br><br><br><br><br><br><br><br><br>**DEFENDANT JAMES PULL'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

Defendant James Pull ("Defendant"), pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), by and through his counsel of record, hereby moves the Court for an Order dismissing Plaintiffs Chuck Streblow, Kimberly Hernandez, Imagination Industries, Inc. dba The American Dream Bar, Sarah Houston, Jane Doe Dancers 1-25, John Doe Security Guards 1-7, and John and Jane Doe Customers 1-100's (collectively hereinafter, "Plaintiffs") Second Amended Class Action Complaint ("Second Amended Complaint") for failure to state a claim upon which relief can be granted on all claims and for lack of subject matter jurisdiction. Defendant has submitted a Brief in Support of this Motion to Dismiss.

WHEREFORE, Defendant James Pull respectfully requests that the Court enter an Order, dismissing Plaintiffs' Second Amended Complaint and the claims alleged against him, with prejudice.

Dated this 20th day of January, 2026.

JAMES PULL, Defendant,

By: */s/ Ryan M. Kunhart*
Ryan M. Kunhart, #24692
Alison C. Griffith, #27557
Dvorak Law Group, LLC
9500 W. Dodge Rd., Ste. 100
Omaha, NE  68114
402-934-4770
402-933-9630 (facsimile)
rkunhart@ddlawgroup.com
agriffith@ddlawgroup.com

Attorneys for Defendant.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 20, 2026, the foregoing document was electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification to all CM/ECF participants.

*/s/ Ryan M. Kunhart*
Ryan M. Kunhart