IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180, | CASE NO: 8:25-cv-00241 |
| Plaintiffs, | **DEFENDANTS' INDEX OF EVIDENCE IN SUPPORT OF THEIR MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)** |
| v. | |
| CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, DAVID EKDAHL, ERIC HAVERMANN, JAMES PULL, MICHAEL ALAN BEENE, NICHOLAS SCALISE dba DJ NEXT1, MIROSLAVA KOTSAN, BLAIKE KOCA, JESSICA RICHARDSON, ABDUL RAHMANZAI, TOAST, INC., EVRON, INC., SEVEN OAKS INVESTMENT CORP., PAUL WAGGENER, NANCY WAGGENER, BRAVO1 SECURITY, INC., and MICHAEL ELAYAN, | |
| Defendants. | |

Defendants Seven Oak Investments Corporation, Evron, Inc. and Nancy Waggener, by and through their undersigned counsel, hereby submits the following evidence in support of their Motion to Dismiss Plaintiffs' Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6):

1. Declaration of Nancy Waggener (Doc. No. 105).

Dated this 20th day of January, 2026.

                        SEVEN OAKS INVESTMENT CORPORATION, EVRON, INC., and NANCY WAGGENER, Defendants,

By:  /s/ Erin R. Robak
      Erin R. Robak, #23407
      ERICKSON | SEDERSTROM, P.C.
      10330 Regency Parkway Drive, #100
      Omaha, NE 68114
      (402) 397-2200
      (402) 390-7137 Fax
      eroba@eslaw.com
      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a copy by electronic mail to all counsel of record.

                        /s/ Erin R. Robak