IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHUCK STREBLOW, *et al.*, | ) | |
| | ) | CASE NO. 8:25-cv-241-JFB-RCC |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **DEFENDANT PAUL WAGGENER'S** |
| | ) | **MOTION TO DISMISS** |
| CLUB 180, *et al.*, | ) | **SECOND AMENDED COMPLAINT** |
| | ) | |
| Defendants. | ) | |

COMES NOW, Defendant, Paul Waggener, and moves the Court to dismiss the Plaintiff's Second Amended Complaint as against this Defendant pursuant to Rules 12(b)(6) and 21 of the Federal Rules of Civil Procedure on the bases that (1) the Second Amended Complaint fails to state a claim upon which relief may be granted, and (2) Defendant is improperly joined in this action.

WHEREFORE, Defendant, Paul Waggener, prays for an Order dismissing him from this action, and that Defendant go hence without day.

Dated this 20th day of January, 2026.

PAUL WAGGENER, Defendant

By: /s/ Damien J. Wright
    DAMIEN J. WRIGHT, #23256
    WELCH LAW FIRM, P.C.
    1299 FARNAM ST., SUITE 1220
    OMAHA, NE 68102
    (402) 341-1200
    (402) 341-1515 (FAX)
    damien@welchlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

<u>/s/ Damien J. Wright</u>