UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, KIMBERLY HERNANDEZ, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180,<br><br>                                    Plaintiffs,<br><br>         versus,<br><br>CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, JAMES PULL, NICHOLAS SCALISE dba DJ NEXT1 and MIROSLAVA KOTSAN,<br><br>                                    Defendants. | **Case No. 8:25-cv-00241-JFB-RCC**<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF KIMBERLY HERNANDEZ WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |

Plaintiffs by and through undersigned counsel, and pursuant to FRCP Rule 41(a)(1)(A)(i), hereby file a Notice of Voluntary Dismissal Without Prejudice of Plaintiff Kimberly Hernandez in the above-captioned case.

DATED this 14th day of April, 2026.

Respectfully Submitted,

By: /s/ *Evan Spencer*

Evan Spencer
Evan Spencer Law, PLLC
305 Broadway, 7th Floor
New York, NY   10007
Tel. 917.547.4665
Evan@EvanSpencerLaw.com

ATTORNEY FOR PLAINTIFFS

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 14th day of April, 2025, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, giving notice to all parties in this action.

/s/Evan Spencer
Evan Spencer, Esq.
