IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, SARAH HOUSTON, IMAGINATION INDUSTRIES, INC., KIMBERLY HERNANDEZ, JANE DOE DANCERS #1-25, JOHN DOE SECURITY GUARDS #1-7, and JOHN & JANE DOE CUSTOMERS #1-100, and all Similarly Situated Residential & Commercial Neighbors of Club 180;<br><br>                    Plaintiffs,<br><br>        vs.<br><br>CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, NICHOLAS SCALISE, EVRON, INC., SEVEN OAKS INVESTMENT CORP., NANCY WAGGENER, PAUL WAGGENER, MIROSLAVA KOTSAN, JAMES PULL, ABDUL RAHMANZAI, TOAST, INC., and ERIC HAVERMANN,<br><br>                    Defendants. | 8:25CV241<br><br>ORDER OF DISMISSAL OF PARTY |

This matter comes before the Court on Plaintiff's, Kimberly Hernandez's, notice dismissing her claims in the above-captioned case without prejudice. Filing No. 378. The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiff Kimberly Hernandez's claims are dismissed without prejudiced. The Clerk of Court is ordered to terminate her as a plaintiff in the above-captioned case.

Dated this 15th day of April, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge