IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, et al., | Civil Action No. 8:25-cv-00241 |
| Plaintiffs, | |
| v. | **MOTION TO SEAL FILING** |
| CLUB 180, et al., | |
| Defendants. | |

Pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure and Rule 7.5(a)(1) of the Local Rules of Civil Procedure for the United States District Court for the District of Nebraska, Defendant James Pull ("Defendant") files this Motion to Seal Plaintiffs' Exhibit "A" (Filing No. 386-1) filed in support of their Motion to Set Aside Order Pursuant to FRCP Rule 60 (Filing No. 383) (the "Plaintiffs' Motion to Set Aside") and the identical Exhibit "A" (Filing No. 389-1) filed in support of Plaintiffs' Motion to Strike Carter Lake Police Report and Sanction Defendant Pull (Filing No. 387) (the "Plaintiffs' Motion to Strike and Sanction") (collectively, the "Plaintiffs' Motions") (Exhibit "A" and Exhibit "A" collectively, the "Exhibits"), because the Exhibits to the Plaintiffs' Motions contain the same immaterial, impertinent, and scandalous material that this Court previously Ordered shall be sealed. (Filing No. 146). In support of this Motion, Defendant states as follows:

1. On April 22, 2026, Plaintiffs filed the Plaintiffs' Motion to Set Aside (Filing No. 383), objecting to the portion of the Court's April 2, 2026 Order that awards monetary sanctions to Defendant (Filing No. 377). In response to the Court's Order (Filing No. 377), Plaintiffs also filed the Plaintiffs' Motion to Strike and Sanction (Filing No. 387), requesting the Court strike a Carter Lake police report and sanction Defendant.

2.    In support of Plaintiffs' Motion to Set Aside, Plaintiffs filed a supporting brief (Filing No. 384), a Declaration of Plaintiffs' attorney Evan Spencer (Filing No. 385), an Index of Exhibits to Declaration (Filing No. 386) and several exhibits (Filing Nos. 386-1 – 386-4), including Exhibit "A" (Filing No. 386-1). In support of Plaintiffs' Motion to Strike and Sanction, Plaintiffs also filed a supporting brief (Filing No. 388) and a Declaration of Plaintiffs' attorney Evan Spencer (Filing No. 389), which again attaches Exhibit "A" (Filing 389-1).

3.    The Exhibits concern Defendant and contain matters that are completely immaterial and impertinent to Plaintiffs' Motions, are scandalous, and are offered solely to embarrass, humiliate, and harass Defendant, as well as damage his personal and professional reputation. The Exhibits also contain a photo depicting the nude body of an unidentified person and are sexually explicit.

4.    Plaintiffs previously filed the Exhibits with the Court. (Filing No. 123-20 at 5-6). As a result, Defendant filed a Motion to Strike Filing or in the Alternative Motion to Seal Filing. (Filing No. 132). In response, this Court found that the exhibit "does contain explicit material" and ordered that Filing 123-20 be sealed. (Filing No. 146).

5.    Despite the Court's prior Order sealing the Exhibits, Plaintiffs again filed the same exhibit with the Court without seal.

6.    Accordingly, pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure and Rule 7.5(a)(1) of the Local Rules of Civil Procedure for the United States District Court for the District of Nebraska, Defendant moves to seal the Exhibits (Filing No. 386-1 and Filing No. 389-1) for the reason that the Exhibits contain explicit material. Plaintiffs' failure to file the Exhibits under seal renders the Exhibits, which depict the nude body of an unidentified person, readily

viewable and accessible to any person with a PACER subscription. Accordingly, the filing is highly inappropriate and must be sealed, if not stricken.

WHEREFORE, Defendant James Pull respectfully requests that the Court enter an Order sealing the Exhibits (Filing No. 386-1 and Filing No. 389-1).

Dated this 23rd day of April, 2026.

JAMES PULL, Defendant,

By:    /s/ Ryan M. Kunhart
Ryan M. Kunhart, #24692
Alison C. Griffith, #27557
Dvorak Law Group, LLC
9500 W. Dodge Rd., Ste. 100
Omaha, NE  68114
402-934-4770
402-933-9630 (facsimile)
rkunhart@ddlawgroup.com
agriffith@ddlawgroup.com

Attorneys for Defendant.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 23, 2026, the foregoing document was electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification to all CM/ECF participants, including the following:

Evan Spencer
305 Broadway, 7th Floor
New York, NY  10007
Evan@EvanSpencerEsq.com

/s/ Ryan M. Kunhart
Ryan M. Kunhart

3