IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, et al., | Civil Action No. 8:25-cv-00241 |
| Plaintiffs, | |
| v. | **DEFENDANT JAMES PULL'S STATEMENT OF OBJECTIONS TO MAGISTRATE JUDGE'S ORDER** |
| CLUB 180, et al., | |
| Defendants. | |

Defendant James Pull ("Mr. Pull"), by and through his undersigned counsel and pursuant to NECivR 72.2(a), hereby submits his Statement of Objections to Magistrate Judge's Order, issued by Magistrate Judge Carson on May 19, 2026 (the "Objection"). *See* Filing No. 405. Mr. Pull objects only to the portion of Filing No. 405 recommending that "all pending motions be denied as moot in light of the recommended dismissal with prejudice" and respectfully requests that the Court enter an Order awarding Mr. Pull his attorney fees and costs as provided in the Court's prior ruling. *See* Filing No. 405 at 14, Filing No. 377. In further support of the Objection and in accordance with NECivR 72.2(a), Mr. Pull contemporaneously submits his Brief in Support of his Statement of Objections to Magistrate Judge's Order.

WHEREFORE, Defendant James Pull respectfully requests that the Court enter an Order dismissing the Second Amended Complaint with prejudice and declining to accept the Magistrate Judge's recommendation that all pending motions be denied as moot only as it relates to his Motion for Assessment of Fees and Costs, Filing No. 403.

Dated this 2nd day of June, 2026.

JAMES PULL, Defendant,

By:     */s/ Ryan M. Kunhart*
        Ryan M. Kunhart, #24692
        Alison C. Griffith, #27557
        Dvorak Law Group, LLC
        9500 W. Dodge Rd., Ste. 100
        Omaha, NE  68114
        402-934-4770
        402-933-9630 (facsimile)
        rkunhart@ddlawgroup.com
        agriffith@ddlawgroup.com

Attorneys for Defendant.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 2nd, 2026, the foregoing document was electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification to all CM/ECF participants, including the following:

Evan Spencer
305 Broadway, 7th Floor
New York, NY  10007
Evan@EvanSpencerEsq.com

*/s/ Ryan M. Kunhart*
Ryan M. Kunhart

2