UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, IMAGINATION INDUSTRIES, INC. dba THE AMERICAN DREAM BAR, SARAH HOUSTON, JANE DOE DANCERS #1 – 25, JOHN DOE SECURITY GUARDS #1 – 7, JOHN & JANE DOE CUSTOMERS #1 – 100, and all Similarly Situated Residential & Commercial Neighbors of Club 180, <br><br>                               Plaintiffs, <br>          versus, <br><br> CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, ERIC HAVERMANN, JAMES PULL, NICHOLAS SCALISE dba DJ NEXT1 and MIROSLAVA KOTSAN, <br><br>                               Defendants. | **Case No. 8:25-cv-00241-JFB-RCC** <br><br><br><br> **DECLARATION IN RESPONSE TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS** |

Declaration of Plaintiffs' attorney Evan Spencer in response to Magistrate's Findings and Recommendations (ECF No. 405):

1)  I am the attorney for Plaintiffs and submit this declaration under penalty of perjury in opposition to the Order recommending dismissal of Plaintiffs' case with prejudice sua sponte.

2)  When I filed this case in April 2025, I was working with co-counsel Chandler Conway.

3)  Their first order of business was to amend the complaint by April 22, 2025, without leave of the Defendants of the Court.

4)  However, after attorneys for some of the Defendants sued me and my clients in Douglas County District Court in a frivolous retaliatory lawsuit, they withdrew from the case out of fear of being sued themselves.

1

5) No other firm would join the case to assist me after that occurred and Defendants were represented by over 25 lawyers at 10 of Omaha's best law firms by the time everyone was served.

6) On such short notice, I was only able to make a few changes to the Complaint within the 21-day time period to amend without leave, primarily adding a wrongful death claim (ECF No. 24), on April 21, 2025.

7) Thereafter, I was able to retain a Nebraska law firm to assist me with some aspects of the case, including the revisions of the amended complaint.

8) A senior partner at one of Omaha's most prestigious firms, helped edit my amended complaint to a proposed Second Amended Complaint ("SAC"), that was essentially half the length with half the parties and causes of action.

9) This was the proposed SAC that I was attempting to file June 9 and 10, 2025 (ECF No. 167-1).

**10) In granting Plaintiffs' motion to file a SAC, the Court mistakenly adopted 169-1 as the operative complaint, when it was merely the red-line version.**

11) This one small error created a butterfly effect that led to the Magistrate's recommendation of dismissal with prejudice sua sponte (ECF No. 405).

12) The reason there are over 400 filings is because the DEA, City of Omaha and Douglas County are allowing Club 180 to operate illegally.

13) If the authorities were doing their jobs, I wouldn't have to sue 60 people who are committing crimes in plain sight.

14) Nearly half of the filings pertain to service of process and the other half are largely motions filed by Defendants.

2

15) When original Defendant Voodoo Lounge (the ones who sued my clients and I in April 2025) settled with Plaintiffs, they demanded that 21 separate people be included in the release, demonstrating the sweeping extent of their activities.

16) The 60 Defendants named in the original complaint were sex traffickers, prostitutes, drug dealers, and their associates and co-conspirators who damaged my clients and the community of West Omaha.

17) I confirmed their complicity in the conspiracy and enterprise with dozens of witnesses, affidavits, videos, photos, and police reports obtained over the course of 18 months.

18) It has been the single biggest conglomerate of crime in West Omaha and they are responsible for at least two deaths.

19) I only released most of these parties because it was impossible to identify most of their real names and addresses and for those where I did, they evaded service of process and/or had no money for an attorney or to contribute to a settlement or judgment.

20) I reduced the causes of action to make the case more manageable for the Court and the parties.

21) Instead of being commended for holding these people accountable, I have been treated like the villain in this case by the Court, the authorities, and the Defendants' attorneys.

22) When I began the case, I thought it was one of the strongest of my 30-year career.

23) I had several lead Plaintiffs, many John and Jane Doe Plaintiff Dancers, Security Guards, Neighbors, and Customers, and more evidence that one can imagine.

24) I had also retained a prestigious firm Chandler Conway to serve as co-counsel.

25) Unfortunately, due to the unethical, tortious and criminal conduct by Defendants, my co-counsel withdrew from the case along with most of the Plaintiffs and witnesses.

26) Since the Defendants are protected, they continue to operate without fear of this Court, the police or the DEA.

27) When I discovered that this illegal enterprise is protected by the DEA and the Douglas County Sheriff's Office, I began dismissing as many Defendants as possible with the hope of dismissing the cases in their entirety.

28) It became clear that Plaintiffs and witnesses were not willing to testify against the Defendants because they are protected by the authorities.

29) The remaining Defendants are so comfortable with the protection provided by the Court, their attorneys, the DEA, and the DCSO, that they are trying to extort money from me and my clients by pursuing frivolous litigation where they are demanding hundreds of thousands of dollars.

30) On May 19, 2026, the Magistrate recommended the dismissal of this case with prejudice sua sponte (ECF No. 405).

31) The Court gave me an impossible task when they asked for me on multiple occasions to use ECF No. 169-1 as the operative complaint from which to remove dozens of parties and causes of action while otherwise keeping the pleading "identical" to 169-1.

32) The operative complaint designated by the court was incorrect and directions by the Court to "correct" the complaint were not precise enough.

33) The Defendants were provided copies of the Proposed SAC, and though they objected to the amendments generally, they did not identify anything specifically objectionable; they merely said it did not comply with the Court Order.

34) In fact, the Court has the right to strike anything it likes from the pleading, so if there is an allegation they claim shouldn't be there, they have the power to strike it while ruling on Defendants' motions to dismiss as Rahmanzai had a pending motion to Strike..

35) I provided ledgers showing where every approved allegation was derived from and that nothing new was added.

36) I have been trying to file a SAC since June 2025, but since I dismissed 50 Defendants and removed 35 pages and 11 causes of action, it was impossible for Plaintiffs' counsel to do so to the satisfaction of the Court.

37) A greater problem was created when the intimidation of Plaintiff Kimberly Hernandez by Defendants caused her to withdraw from the case, which greatly altered the Corrected SAC.

38) It was unclear whether or not Plaintiff Hernandez should be left in the final draft of the Proposed SAC after she withdrew from the case.

39) There was also the unresolved issue of dancers who were originally named as Defendants being included (ie. Original Defendants including Delaney Wilson "Stormie" were left in the Complaint but the designation "Defendant" was removed).

40) Plaintiffs Streblow, Houston, and Imagination Industries are being sued by Eric Havermann in District Court of Douglas County Nebraska, in a retaliatory lawsuit.

41) They should have the opportunity to pursue counterclaims in State Court or the opportunity to pursue the Corrected SAC (ECF No. 380) or a motion to file a Third Amended Complaint in this Court.

***I declare under penalty of perjury that the foregoing statement is true and correct.***

Sworn to this 2nd day of June, 2026 by:



**Evan Spencer**

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of June, 2026, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, giving notice to all parties in this action.

*/s/Evan Spencer*
Evan Spencer, Esq.