IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, SARAH HOUSTON, IMAGINATION INDUSTRIES, INC., JANE DOE DANCERS #1-25, JOHN DOE SECURITY GUARDS #1-7, and JOHN & JANE DOE CUSTOMERS #1-100, and all Similarly Situated Residential & Commercial Neighbors of Club 180;<br><br>Plaintiffs,<br><br>vs.<br><br>CLUB 180, AM314, LLC, MATTHEW LONGCOR, AYDEN LONGCOR, NICHOLAS SCALISE, EVRON, INC., SEVEN OAKS INVESTMENT CORP., NANCY WAGGENER, PAUL WAGGENER, MIROSLAVA KOTSAN, JAMES PULL, ABDUL RAHMANZAI, TOAST, INC., and ERIC HAVERMANN,<br><br>Defendants. | **8:25CV241**<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order issued on today's date, judgment is hereby entered in Defendants' favor, and this case is dismissed with prejudice.

Dated this 8th day of June, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge