IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, et al.;<br><br>Plaintiffs,<br><br>vs.<br><br>CLUB 180, et al.,<br><br>Defendants. | **8:25CV241**<br><br>**ORDER** |

This matter comes before the Court on Defendant's motion for entry of judgment and to discharge automatic stay of proceedings. Filing No. 433. Having received no objections to the Magistrate Judge's attorney fees orders, Filing No. 413; Filing No. 432, the Court finds the motion should be granted and judgment entered upon the same. Accordingly,

IT IS ORDERED:

1. Defendant's motion for entry of judgment and to discharge automatic stay of proceedings, Filing No. 433, is granted.
2. The stay of proceedings pursuant to Fed. R. Civ. P. 62(a) is hereby lifted.
3. The Court will enter a separate judgment.

Dated this 1st day of September, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge