IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, et al.;<br><br>Plaintiffs,<br><br>vs.<br><br>CLUB 180, et al.,<br><br>Defendants. | **8:25CV241**<br><br>**JUDGMENT** |

In accordance with the Court's order granting attorney fees, Filing No. 413, judgment is hereby in favor of Defendant James Pull and against Plaintiffs in the amount of $10,475.00 plus post-judgment interest.

In accordance with the Court's order denying additional attorney fees, Filing No. 432, judgment is hereby entered in favor of Plaintiffs and against Defendants AM314, LLC, Club 180, Ayden Longcor, Matthew Longcor, Miroslava Kotsan, Eric Havermann, and James Pull.

Dated this 1st day of September, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge