IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, et al.;<br><br>Plaintiffs,<br><br>v.<br><br>CLUB 180, et al.,<br><br>Defendants. | Case No. 8:25cv241<br><br>**PRAECIPE** |

TO THE CLERK OF SAID COURT:

Please issue a Summons in Garnishment on behalf of Defendant James Pull in the above-captioned matter. A copy of the Affidavit and Praecipe for Summons in Garnishment in Aid of Execution is attached hereto as Exhibit A. A copy of the Summons and Order of Garnishment in Aid of Execution is attached hereto as Exhibit B. A Notice to the Judgment Debtor and Request for Hearing Form are attached as Exhibits C and D, respectively.

Dated this 22nd day of October, 2026.

JAMES PULL, Defendant,

By: */s/ Alison C. Griffith*
Ryan M. Kunhart, #24692
Alison C. Griffith, #27557
Dvorak Law Group, LLC
9500 W. Dodge Rd., Ste. 100
Omaha, NE 68114
402-934-4770
402-933-9630 (facsimile)
rkunhart@ddlawgroup.com
agriffith@ddlawgroup.com

Attorneys for Defendant.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22nd, 2026, the foregoing was electronically filed with the Clerk of the Court, using the CM/ECF system, which will send notification of said filing to all CM/ECF participants.

*/s/ Alison C. Griffith*
Alison C. Griffith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CLUB 180, et al.,<br><br>Defendants. | Case No. 8:25-cv-241<br><br>**AFFIDAVIT AND PRAECIPE FOR SUMMONS IN GARNISHMENT IN AID OF EXECUTION** |

STATE OF NEBRASKA )
) ss.
COUNTY OF DOUGLAS )

Alison C. Griffith, being first duly sworn, states that she is the attorney for Defendant James Pull, creditor in the above-entitled action; that creditor recovered a judgment debtor on September 1, 2026; that debtor's name and last known address is **Sarah Houston, 5106 S. 181st Plaza, Omaha, NE 68135**. That there is now due on said judgment the sum of **$10,475.00**, plus post-judgment interest as provided pursuant to 28 U.S.C. § 1961 until satisfaction of the judgment. This sum is based upon a Judgment that: (check one)

☐ A. ***is not for*** the support of a person, and the judgment debtor ***is*** the head of a family.
☒ B. ***is not for*** the support of a person, and the judgment debtor ***is not*** the head of a family.
☐ C. ***is for*** the support of a person, the judgment debtor ***is*** supporting a spouse or dependent child, and this support order ***is not for*** payments more than 12 weeks in arrears.
☐ D. ***is for*** the support of a person, the judgment debtor ***is*** support of a spouse or dependent child, and this support order ***is for*** payments more than 12 weeks in arrears.
☐ E. ***is for*** the support of a person, the judgment debtor ***is not*** supporting any other spouse or dependent child, and this support order ***is not for*** payments more than 12 weeks in arrears.
☐ F. ***is for*** the support of a person, the judgment debtor ***is not*** supporting any other spouse or dependent child, and this support order ***is for*** payments more than 12 weeks in arrears.

Affiant further states that she has good reason to and does believe that the garnishee, **Pinnacle Bank**, has property of and is indebted to the said judgment debtor.

Further affiant saith not.

[signature: Alison Griffith]
Alison C. Griffith, #27557, Attorney    402-452-3462
Telephone #

EXHIBIT
A

Signed in my presence, and sworn to before me this 22nd day of October, 2026.

GENERAL NOTARY - State of Nebraska
JEN PAYNE
My Comm. Exp. November 20, 2027

Notary Public

**PRAECIPE**

TO THE CLERK OF SAID COURT:

Please issue Summons in Garnishment upon the following Garnishee in the above-captioned case: **Pinnacle Bank, 1401 N Street, Lincoln, NE 68508**.

DESIGNATED MODE OF SERVICE FOR GARNISHEE:

SHERIFF: ☐ CERTIFIED MAIL: ☒

Alison C. Griffith, #27557, Attorney
Address: 9500 W. Dodge Rd., Ste. 100
Omaha, NE 68114
Attorney for Defendant James Pull

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CLUB 180, et al.,<br><br>Defendants. | Case No. 8:25-cv-241<br><br>**SUMMONS AND ORDER OF GARNISHMENT IN AID OF EXECUTION** |

**To Garnishee**:
Pinnacle Bank
1401 N Street,
Lincoln, NE 68508

**Judgment Debtor**:
Sarah Houston
5106 S. 181st Plz.,
Omaha, NE 68135

The judgment debtor is indebted to the judgment creditor in the sum of $10,475.00, the amount due on judgment, interest and costs. You are required by law to answer the attached Interrogatories and file them in this court within 10 days of service of this summons upon you. The filed affidavit shows this garnishment is based on a judgment that is not for the support of a person, and the judgment debtor is not the head of a family.

You are obligated to hold the property and credits of every description of the judgment debtor now in your possession or under your control until further order of this court, except:

1. If the only property in your possession or under your control at the time of service of this summons is credits or wages of the judgment debtor, hold only such credits or wages to the extent of the amount due that is shown above;

2. If you hold wages of the judgment debtor, you must pay to your employee the disposable earnings not subject to garnishment, as determined according to the attached Interrogatories and instructions.

If you do not answer the attached Interrogatories, you will be presumed to owe the judgment debtor the full amount of the claim of the judgment creditor, and upon further notice to you for such amount as the court may find due.

You are required by law to answer the attached Interrogatories and file them in this court within 10 days of service of this Summons upon you. Penalties may be imposed in the event of willful

EXHIBIT
B

falsification. Return your answered Interrogatories to the court within 10 days of service of this Summons upon you.

Date: October____, 2026

By the Court:

Method of Service: Certified Mail

Attorney: Alison C. Griffith
9500 West Dodge Road, Suite 100
Omaha, NE 68114
(402)-452-3462

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CLUB 180, et al.,<br><br>Defendants. | Case No. 8:25-cv-241<br><br>**INTERROGATORIES FOR GARNISHMENTS** |

JUDGMENT CREDITOR: James Pull
ATTORNEY: Alison C. Griffith
JUDGMENT DEBTOR: Sarah Houston
GARNISHEE: Pinnacle Bank

**WAGES**

1. Is the judgment debtor currently in your employ? _____Yes _____No.
2. Did you owe the judgment debtor any money for wages on the date and time you were served with this garnishment? _____Yes _____No.
3. Will you owe earnings to the judgment debtor within the next 60 days? _____Yes _____No.
4. How often is the judgment debtor paid? __Weekly or more often; __ Biweekly; __ Semimonthly; ___ Monthly; ___Other (Explain:__________________________________________)
5. What are the judgment debtor's earnings for the pay period?
6. What amount are you required by law to deduct from the judgment debtor's earnings? *See part 3 of the Employer's Instruction Sheet.*
7. What are the judgment debtor's disposable earnings for the pay period? (*Subtract line 6 from line 5*)
8. What portion of the judgment debtor's disposable earnings are subject to this garnishment order? *Calculate the amount according to part 4 of the Employer's Instruction Sheet.*

| |
|---|
| 5. ___________ |
| 6. ___________ |
| 7. ___________ |
| 8. ___________ |

9. Is any portion of the judgment debtor's earnings currently withheld pursuant to any Withholding and Transmit Order, Income Withholding Order, or Garnishment Order, including an Order of Continuing Lien? ____Yes ____No.

**If you answer No**, enter the amount shown on line **8** on line **10** and answer the remaining interrogatories. The amount subject to garnishment under this order for each pay period cannot exceed the amount on line **8**.

**If you answer Yes**, you must answer the questions in this interrogatory and calculate the amount subject to garnishment under this order in accordance with part 5 of the Employer's Instruction Sheet.

Is any portion of the judgment debtor's earnings currently withheld pursuant to:

A. A Withhold and Transmit Order for support of a person? _____Yes _____No.
If **Yes**, what is the amount withheld for this pay period under the order?

B. An order requiring Income Withholding for the support of a person? _____Yes _____No.
If **Yes**, what is the amount withheld for this pay period under the order?

C. A Garnishment order (including an Order of Continuing Lien) for support of a person?
_____Yes _____No
If **Yes**, what is the amount withheld for this pay period under the order?

D. A Garnishment order (including an Order of Continuing Lien) that is support of a person? _____Yes _____No
If **Yes**, what is the amount withheld for this pay period under the order?

9a. ________________

9b. ________________

9c. ________________

9d. ________________

If you have entered any amount on lines **9A** to **9D**, consult **part 5** of the Employer's Instruction Sheet and enter the amount determined according to those instructions on line **10**.

10. The amount of wages subject to garnishment under this order for the pay period cannot exceed the amount shown on line **10**. Pay the judgment debtor the wages not subject to garnishment.

11. Based upon the above answers, the amount of wages being withheld on this garnishment is:

10. ________________

$ ________________

12. Was any portion of the wages of the judgment debtor already being withheld pursuant to an Order of Continuing Lien at the time this garnishment was served? (This does **not** include a Withhold and Transmit Order or an Income Withholding Order.) _____Yes _____No. What is the date of termination of that continuing lien?

____________________

13. If you answered **Yes to 9A, 9B, 9C, 9D, or 12,** what is the court, case number and title of all cases?

______________________________________________________________________

______________________________________________________________________

**OTHER THAN WAGES**

1. Do you have property belonging to the judgment debtor, or credits or monies owed to the judgment debtor, whether due or not, other than the earnings described above? _____Yes _____No.

2. If **Yes**, specify:
   a. Property of the judgment debtor in your possession: ______________________________

   ______________________________________________________________________

   b. Amount of money or credits you owe the judgment debtor, other than earnings:

   ______________________________________________________________________

   c. Date the money or credits were due, or will be due: ______________________________

Date: _____________

Prepared by: ______________________________

**RETURN TO COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHUCK STREBLOW, et al.

Plaintiffs,

v.

CLUB 180, et al.,

Defendants.

Case No. 8:25-cv-241

**NOTICE TO JUDGMENT DEBTOR**

COURT MAILING ADDRESS:
Clerk of Court
111 S. 18th Plza., Ste. 1152
Omaha, NE 68102

JUDGMENT DEBTOR:
Sarah Houston
5106 S. 181st Plz.
Omaha, NE 68135

The enclosed summons and order of garnishment has been issued by the court at the request of the person who has a judgment against you in the above case. That person is called the judgment creditor. A garnishment is a method of collecting money from you by withholding funds due you by your employer, your bank, or some other third person holding your funds. This notice informs you of your rights as a judgment debtor.

Certain money, funds, or income are exempt from garnishment (cannot be taken) but you must claim the property exempt. **If you believe your wages or bank account funds are exempt from garnishment, you must act quickly or you may lose your right to claim the exemption, and your money, fund, or income may be used to pay the judgment creditor. You must file a claim of exemptions and request for hearing with the court within 3 business days of receiving this notice.** A form to request a hearing on the garnishment is provided with this notice.

1. Wages: Wages are exempt up to a certain level and the amount that can be garnished varies depending on whether you are the head of a family. Head of a family means an individual who actually supports and maintains one or more individuals who are closely connected to him or her by blood relationship, by relationship by marriage, by adoption, or by guardianship, and whose right to exercise family control and provide for the dependent individual(s) is based upon some moral or legal obligation.

    a. If you are the head of a family, a judgment creditor can garnish up to 15% of your disposable wages. If you are not the head of a family, a judgment creditor can

EXHIBIT
C

garnish up to 25% of your disposable wages. If you believe your status as "not the head of a family" is incorrect, you may request a hearing.

2. Bank accounts and other financial institutions: Some bank account funds are exempt from garnishment if they are from certain government benefits and other sources.

    a. If your bank account consists solely of direct deposited funds from the federal government such as Social Security, SSI, Veterans', Black Lund and/or Railroad Retirement benefits and you have less than 2 months' worth of benefits in your account, then you do not need to request a hearing unless the bank or credit union froze your account. If the garnishment is based on a judgment for support of a person, such as child support or alimony, federal exemptions may not apply. Bank accounts that mingle federal benefits and other money may be subject to garnishment.

       Contact and confirm with your bank that your funds are exempt. You do not need to request a hearing unless the bank or credit union froze your account. UPON RECEIVING THIS NOTICE, CONTACT YOUR BANK OR FINANCIAL INSTITUTION IMMEDIATELY TO SEE WHETHER THERE IS A HOLD ON THE FUNDS IN YOUR ACCOUNT.

    b. If you are claiming that your bank account funds are exempt as personal property under Neb. Rev. Stat. § 25-1552, you must file a list of all property you own, including all of your bank accounts, and the value of each item listed. In addition, you must indicate which items you claim to be exempt. Under Neb. Rev. Stat. § 25-1552(1), each natural person residing in this state shall have exempt from forced sale on execution the sum of five thousand dollars ($5,000) in personal property, except wages.

3. Please note these exemptions may not apply to judgments for child support, alimony, spousal support, and certain debts owed to the government such as taxes.

4. If the person holding your funds or wages says they owe you money or will owe you money within the next 60 days, and if the judgment creditor makes application, the court will order the person who is holding your money to keep withholding funds for the next 90 days. This is called "continuing lien.". The lien can be extended for a second 90 days by the judgment creditor.

5. If you believe the court should not allow a garnishment either because the funds sought are exempt or because the amount of the garnishment is not owed on the judgment, you are entitled to a hearing to determine those issues. However, the original judgment will not be reconsidered, set aside, or the case tried again as part of an objection to the garnishment proceeding.

6. If you wish a hearing, you must complete the request for hearing on garnishment form provided with this notice and file it with the court **within three business days** of receiving this notice.

7. If you request a hearing, the court will set a hearing date. That hearing date will be set within 10 days after the court receives your request. The court will notify you of the hearing date and time. **You must attend the hearing.** At the hearing, you must prove your right to an exemption. You should bring to the hearing any documents or other evidence supporting your claim.

8. If you think you are entitled to an exemption, it may be helpful for you to speak with an attorney right away. If you need the name of an attorney, you can contact the local bar association. If you cannot afford an attorney, you may want to contact a free legal services provider such as Legal Aid of Nebraska. Information about legal resources and information may be found online at https://supremecourt.nerbaska.gov/self-help/legal-resources-information.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUCK STREBLOW, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CLUB 180, et al.,<br><br>Defendants. | Case No. 8:25-cv-241<br><br>**REQUEST FOR HEARING ON GARNISHMENT** |

JUDGMENT DEBTOR:
Sarah Houston
5106 S. 181st Plz.
Omaha, NE 68135

I, ________________________________________, of lawful age, state that I am the Judgment Debtor in the above-entitled action in which a judgment has been rendered against me, and that a garnishment in aid of execution has been issued. I request a hearing on this garnishment proceeding because (Please read each box carefully and choose the option that best fits your situation.):

☐ THE GARNISHMENT AMOUNT IS NOT OWED ON THE JUDGMENT.

**I understand that the original judgment against me will not be reconsidered, set aside, or the case tried again as part of this request for hearing.**

☐ I AM THE HEAD OF A FAMILY. I state that I am the head of a family (contribute substantial support to my spouse, child(ren), and/or dependent(s) and under the laws of the State of Nebraska a creditor is only allowed to garnish 15% of my disposable earnings. My status, listed by the judgment creditor as "not the head of a family," is incorrect. As the head of a family, I request the judgment creditor be allowed to garnish 15% of my disposable earnings, as provided by statute.

Note: If you are the head of a family, more than 15% of disposable earnings can be garnished for child support and other types of non-consumer debt. If you are not the head of a family, a judgment creditor can garnish up to 25% of your disposable earnings, as provided by statute.

☐ MY FUNDS ARE EXEMPT:

EXHIBIT
D

☐ (a) The funds in my bank account are exempt from garnishment. I further state that the sum of $ ____________ in my account at ________________________ consists of the following exempt funds:

☐ Social Security Benefits
☐ Veteran Benefits
☐ Public Assistance Benefits
☐ Disability
☐ Unemployment Compensation
☐ Earned Income Tax Credit (EITC)
☐ Student Loans/Student Financial Aid
☐ Other ________________________

☐ (b) I am claiming the funds in my bank account are exempt under Neb. Rev. Stat. § 25-1552, which provides an exemption of property of any kind, except wages, not to exceed five thousand dollars ($5,000) in the aggregate. The inventory of all of the property I own, the property's fair market value, and if I am claiming that property to be exempt is below (and on additional pages if necessary).

**INVENTORY:**

| ITEM OF PROPERTY | FAIR MARKET VALUE | CHECK IF CLAIMED AS EXEMPT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Signature: ______________________________ Date: ______________________

Printed Name: _________________________________________________________

Street Address/P.O. Box: __________________________________________________

City/State/ZIP Code: _____________________________________________________

Telephone Number: _______________________________________________________

*Email address: _________________________________________________________

*Nebraska Supreme Court Rule § 2-208 requires individuals who are not attorneys and representing themselves to provide their email address. The court will use the email address to send notices from the court about this case except for items that require another type of service as directed by statute or Nebraska Supreme Court Rule.

If you no longer have email capability or if your email or other contact information changes, you must complete a Change of Contact Information Form.

☐ By checking this box, I am letting the court know that I do not have the ability to receive emails. The reason I cannot receive email is:

_____________________________________________________________________________

**If completed by an attorney:**
**Bar Number:**

**If you want a court hearing, you must complete this form and file it with the court within 3 business days of receiving the notice to judgment debtor.**

**Do not return this request to the court unless you want a court hearing.**